**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern _____ District of New York

(State)

Case number (*if known*): _____ Chapter 11

❑ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

1.  **Debtor's name**

   Credivalores - Crediservicios S.A.

2.  **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Credivalores – Crediservicios S.A.S.

3.  **Debtor's federal Employer Identification Number (EIN)**

   8  0  –  5  0  2  5  9  6  4    NIT - Colombia

4.  **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | Carrera 7 # 76-35 Piso 7 | |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | Bogotá D.C. | |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Colombia | |
   | County | Number    Street |
   | | |
   | | City    State    ZIP Code |

5.  **Debtor's website** (URL)

   www.credivalores.com.co

| Debtor | Credivalores - Crediservicios S.A. | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☑ Other. Specify: Sociedad Anonima organized under the laws of Colombia

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   5   2   2   2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. Check all that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ A plan is being filed with this petition.

☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| Debtor | Credivalores - Crediservicios S.A. | Case number (if known) |
|---|---|---|
| | Name | |

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                                State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

Debtor    Credivalores - Crediservicios S.A.                                    Case number *(if known)*_____
                  Name

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☑ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☑ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☑ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/16/2024
                        MM  / DD / YYYY

✗ /s/ Jaime Francisco Buritica Leal                          Jaime Francisco Buritica Leal
Signature of authorized representative of debtor              Printed name

Title   Chief Executive Officer

| Debtor | Credivalores - Crediservicios S.A. | Case number (if known) |
|--------|-------------------------------------|-------------------------|
|        | Name                                |                         |

**18. Signature of attorney**

✘ /s/ Blaire Cahn

_Signature of attorney for debtor_

Date    05/16/2024

MM  / DD  / YYYY

Blaire Cahn
_Printed name_

Baker & McKenzie LLP
_Firm name_

452      Fifth Avenue
_Number_      _Street_

New York          NY      10018
_City_          _State_      _ZIP Code_

212-626-4100          blaire.cahn@bakermckenzie.com
_Contact phone_          _Email address_

4737276          NY
_Bar number_          _State_

000063

| ACTA NO. 262 REUNIÓN EXTRAORDINARIA DE LA JUNTA DIRECTIVA DE CREDIVALORES - CREDISERVICIOS, S.A. | MINUTES NO. 262 EXTRAORDINARY MEETING OF THE BOARD OF DIRECTORS OF CREDIVALORES - CREDISERVICIOS, S.A. |
|---|---|
| Siendo las 9:00 AM del 5 de abril de 2024, se reunió la Junta Directiva de CREDIVALORES - CREDISERVICIOS, S.A. (la "Sociedad"), en sesión extraordinaria de manera no presencial a través de la plataforma Teams en los términos del artículo 19 de la Ley 222 de 1995, modificado por el artículo 148 del Decreto Ley 019 de 2012 en la cuidad de Bogotá, la cual había sido convocada por el representante legal mediante comunicación enviada a los directores el 3 de abril de 2024. | At 9:00 AM on April 5, 2024, the Board of Directors of CREDIVALORES - CREDISERVICIOS, S.A. (the "Company"), in extraordinary session held remotely through the Teams platform under the terms of Article 19 of Law 222 of 1995, as amended by Article 148 of Decree Law 019 of 2012, in the city of Bogotá, which had been summoned by the legal representative by means of a communication sent to the directors on April 3, 2024. |

**ASISTENCIA**

Los siguientes miembros de la Junta Directiva estaban presentes en la reunión (los "Directores"):

| Cargo | Nombre |
|---|---|
| Miembro principal, primer renglón | Jose Miguel Knoell |
| Miembro principal, segundo renglón | David Seinjet Neirus |
| Miembro principal, tercer renglón | Gustavo Adrian Ferraro |
| Miembro principal, cuarto renglón | Luis Maria Blaquier |
| Miembro principal, quinto renglón | Juan Manuel Trujillo Sanchez |
| Miembro principal, sexto renglón | Carlos Eduardo Meza Guarnizo |

**ATTENDANCE**

The following members of the Board of Directors were present at the meeting (the "Directors"):

| Position | Name |
|---|---|
| Principal member, first line | Jose Miguel Knoell |
| Principal member, second line | David Seinjet Neirus |
| Principal member, third line | Gustavo Adrian Ferraro |
| Principal member, fourth line | Luis Maria Blaquier |
| Principal member, fifth line | Juan Manuel Trujillo Sanchez |
| Principal member, sixth line | Carlos Eduardo Meza Guarnizo |

| Miembro principal, séptimo renglón | Martin Kontarovsky |
|---|---|

Adicionalmente el señor Jaime Francisco Buriticá Leal, en su calidad de gerente y representante legal de la Sociedad y Liliana Arango Salazar en su calidad de representante legal suplente y secretaria general asistieron a la reunión como invitados.

## ORDEN DEL DÍA

Los Directores aprobaron por unanimidad el siguiente Orden del Día:

1. Verificación del quórum.
2. Elección del presidente y secretario.
3. Autorizaciones sobre inicio de una solicitud bajo el Capítulo 11
4. Aprobación del acta de la reunión.

### 1. Verificación del quórum

Verificado el quórum de acuerdo con lo indicado en la sección de Asistencia, en razón de estar presentes en la reunión los 7 miembros principales de la Junta Directiva de la Sociedad, se acreditó que hay quorum para deliberar y decidir según lo establecido en la ley y los estatutos.

### 2. Nombramiento del Presidente y Secretario

Por designación unánime de la Junta Directiva, esto es, con el voto afirmativo de los [7] Directores, fueron designados como Presidente y Secretario de la reunión, Luis María Blaquier y Liliana Arango Salazar, respectivamente.

| Principal member, seventh line | Martin Kontarovsky |
|---|---|

Additionally, Mr. Jaime Francisco Buriticá Leal, in his capacity as manager and legal representative of the Company and Liliana Arango Salazar in her capacity as substitute legal representative and general secretary of the Company attended the meeting as guests.

## AGENDA

The Directors unanimously approved the following Agenda:

1. Qurum verification.
2. Election of the chairman and secretary.
3. Authorizations on initiation of an application under Chapter 11
4. Approval of the minutes of the meeting.

### 1. Quorum verification

Verified the quorum as indicated in the Attendance section, since the 7 principal members of the Board of Directors of the Company were present in the meeting, it was accredited that there is a quorum to deliberate and decide as established by law and the bylaws.

### 2. Appointment of the President and Secretary

By unanimous designation of the Board of Directors, that is, with the affirmative vote of the [7] Directors, Luis María Blaquier and Liliana Arango Salazar were designated as Chairman and Secretary of the meeting, respectively.

000064

| | |
|---|---|
| **3. Autorizaciones sobre inicio de una solicitud bajo el Capítulo 11** | **3. Authorizations on initiation of an application under Chapter 11** |
| Previo al otorgamiento de las autorizaciones correspondientes, los Directores tuvieron en cuenta las siguientes consideraciones: | Prior to granting the corresponding authorizations, the Directors took into account the following considerations: |
| Considerando que la Sociedad ha experimentado dificultades en obtener la caja suficiente para cumplir con sus obligaciones bajo los bonos senior al 8,875% con vencimiento en 2025 y que la Sociedad no ha efectuado el pago del cupón que vencía el 7 de febrero de 2024 (los "Bonos Antiguos"); | Whereas the Company has experienced difficulties in obtaining sufficient cash to meet its obligations under the 8.875% senior notes due on 2025 and the Company has not made the coupon payment due February 7, 2024 (the "Old Notes"); |
| Considerando que la Junta ha considerado los aspectos financieros y operativos del negocio de la Sociedad y las recomendaciones de los profesionales y asesores de la Sociedad, incluida la necesidad de reestructurar las obligaciones de la Sociedad en virtud de los Bonos Antiguos; | Whereas the Board has considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors, including the necessity to restructure the Company's obligations under the Old Notes; |
| Considerando que, el 7 de marzo de 2024, la Sociedad lanzó una oferta de canje de los Bonos Antiguos y solicitó el voto de todos los tenedores de los Bonos Antiguos para canjear los Bonos Antiguos (la "Oferta de Canje") por nuevos bonos senior garantizados mejorados con vencimiento en 2029 (los "Nuevos Bonos"), e informó sobre su *Prepackaged Plan* (como se denomina bajo la legislación estadunidense) bajo el Capítulo 11 de la ley estadounidense (según sea modificado, el "Plan") que tendría como efecto llevar a cabo la reestructuración financiera, es *decir*, el canje de los Bonos Antiguos por los Nuevos Bonos, esencialmente en los mismos términos que la Oferta de Canje; | Whereas, on March 7, 2024, the Company launched an exchange offer for the Old Notes and solicited the vote of all holders of the Old Notes to exchange the Old Notes (the "Exchange Offer") for new senior secured enhanced notes due 2029 (the "New Notes"), and disclosed its *Prepackaged Plan* (as referred to under U.S. law) under Chapter 11 of U.S. law (as amended, the "Plan") that would have the effect of carry out the financial restructuring, i.e., the exchange of the Old Notes for the New Notes, on substantially the same terms as the Exchange Offer; |

Considerando que, sobre la base de las papeletas devueltas por los tenedores de Bonos Antiguos sobre el Plan, más de US 98,467,079.65 en monto y 124 en número de tenedores que emitieron papeletas, constituyendo aproximadamente el 96.12% de los Bonos Antiguos que efectivamente votaron sobre el Plan (y aproximadamente el 47% del principal total en circulación de los Bonos Antiguos), votó a favor de aceptar el Plan;

Considerando que, sobre la base de los resultados de la Oferta de Canje y de las consultas con los asesores de la Sociedad, la Sociedad considera que ha obtenido el apoyo suficiente para la ejecución del Plan y satisfacer el Umbral de Quiebra (tal y como se define dicho término en los materiales facilitados en relación con la Oferta de Canje) y por ende confirmar la reestructuración de los Bonos Antiguos para todos los tenedores de los Bonos Antiguos por medio del Plan (dichas solicitudes, la "Solicitud del Capítulo 11") bajo las disposiciones del capítulo 11 del título 11 del Código de los Estados Unidos (el "Código de Quiebras") en el Tribunal de Quiebras de los Estados Unidos del Distrito Sur de Nueva York (el "Tribunal de Quiebras") de tal forma que el Plan se convierta en vinculante para todos los tenedores de los Bonos Antiguos;

Considerando que la Oferta de Canje, el Plan y la Solicitud del Capítulo 11 han sido estructurados de forma que se minimice cualquier impacto o perturbación en los negocios de la Sociedad, incluso a través de disposiciones en el Plan que indican que se pagarán íntegramente y no se perjudicarán de forma alguna a los acreedores de la Sociedad

Whereas, based on the ballots returned by Old Bondholders on the Plan, more than US 98,467,079.65 in amount and 124 in number of holders who cast ballots, constituting approximately 96.12% of the Old Bonds that actually voted on the Plan (and approximately 47% of the total outstanding principal amount of Old Bonds), voted in favor of accepting the Plan;

Whereas, based on the results of the Exchange Offer and consultations with counsel to the Company, the Company believes that it has obtained sufficient support to implement the Plan and satisfy the Bankruptcy Threshold (as such term is defined in the materials provided in connection with the Exchange Offer) and thereby confirm the restructuring of the Old Notes for all holders of the Old Notes through the Plan (such applications, the "Chapter 11 Petition") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") so that the Plan becomes binding on all holders of the Old Notes;

Whereas the Exchange Offer, the Plan and the Chapter 11 Petition have been structured in a manner that minimizes any impact or disruption to the Company's business, including through provisions in the Plan that indicate that creditors of the Company (other than the Old

000065

(distintos de los Bonos Antiguos que están siendo reestructurados en virtud del Plan) y

Considerando que la Junta de la Sociedad ha determinado que, a su juicio basado en conversaciones con los asesores de la Compañía, incluidos sus asesores legales y financieros, es deseable y es en el mejor interés de la Sociedad, de sus acreedores y de otras partes interesadas que, en el momento que determine el Funcionario Autorizado (según se define más adelante), la Sociedad presente la Solicitud del Capítulo 11 en el Tribunal de Quiebras para confirmar el Plan que refleja los términos de la Oferta de Canje

Teniendo en cuenta las anteriores consideraciones, los Directores analizaron y discutieron la situación, y luego, la Junta, por [unanimidad] de los Directores, aprobó las siguientes decisiones:

- Autoriza que la Sociedad inicie la Solicitud del Capítulo 11 en el Tribunal de Quiebras con el fin de que el Plan se convierta en vinculante para todos los tenedores de los Bonos Antiguos;

- Autoriza y faculta al representante legal de la Sociedad, quien es el señor Jaime Francisco Buriticá Leal (el "Funcionario Autorizado" o el "Representante Legal" ) para ejecutar y presentar en nombre y representación de la Sociedad todas las peticiones, demandas, anexos, memoriales, mociones, listas, solicitudes, alegatos y cualquier otro tipo de documentos o solicitudes ante el Tribunal de

Notes being restructured under the Plan) will be paid in full and will not be prejudiced in any way, and

Whereas the Board of the Company has determined that, in its judgment which is informed by discussions with the Company's advisors, including its legal and financial advisors, it is desirable and in the best interests of the Company, its creditors and other interested parties that, at a time to be determined by the Authorized Officer (as defined below), the Company files the Chapter 11 Petition in the Bankruptcy Court to confirm the Plan that reflects the terms of the Exchange Offer.

Taking into account the above considerations, the Directors analyzed and discussed the situation, and then, the Board, by [unanimous] vote of the Directors, approved the following decisions:

- Authorizes the Company to initiate the Chapter 11 Petition in the Bankruptcy Court in order for the Plan to become binding on all holders of the Old Notes;

- Authorizes and empowers the legal representative of the Company, who is Mr. Jaime Francisco Buriticá Leal (the "Authorized Officer" or the "Legal Representative" ) to execute and file in the name and on behalf of the Company all petitions, claims, demands, exhibits, briefs, motions, schedules, applications,

Quiebras, y, en relación con los mismos, a emplear y contratar toda la asistencia de asesores legales, contadores, financieros, banqueros de inversión y otros profesionales según sea requerido para estos fines, y para tomar y realizar todos y cada uno de los actos que considere necesarios, apropiados o deseables en relación con la Solicitud del Capítulo 11, incluyendo, sin limitación, la negociación, ejecución, entrega y realización de todos y cada uno de los documentos, acuerdos, certificados y/o instrumentos en relación con las transacciones y las retenciones profesionales establecidas en esta resolución, con miras a la prosecución exitosa de la Solicitud del Capítulo 11;

- Autoriza a la Sociedad a contratar a la firma de abogados Baker & McKenzie LLP, 452 Fifth Avenue New York, NY 10018, para que preste servicios jurídicos a la Sociedad y la represente como apoderado en la Solicitud del Capítulo 11 y en todos y cada uno de los procedimientos relacionados, sujeto a la aprobación del Tribunal de Quiebras, y autoriza expresamente al Representante Legal para suscribir un contrato de prestación de servicios de asesoría legal con esta firma para estos fines;

- Autoriza a la Sociedad a contratar a la empresa de asesoría financiera FTI Consulting Canada ULC, TD Waterhouse Tower, 79 Wellington Street West, Suite 2010, P.O. Box 104,

pleadings and any other documents or applications before the Bankruptcy Court, and, in connection therewith, to employ and retain all assistance of legal counsel, accountants, financiers, investment bankers and other professionals as may be required for these purposes, and to take and perform any and all acts it deems necessary, appropriate or desirable in connection with the Chapter 11 Petition, including, without limitation, the negotiation, execution, delivery and performance of any and all documents, agreements, certificates and/or instruments in connection with the transactions and professional retainers set forth in this resolution, with a view to the successful prosecution of the Chapter 11 Petition;

- Authorizes the Company to retain the law firm of Baker & McKenzie LLP, 452 Fifth Avenue New York, NY 10018, to provide legal services to the Company and to represent the Company as attorney-in-fact in the Chapter 11 Petition and any and all related proceedings, subject to the approval of the Bankruptcy Court, and expressly authorizes the Legal Representative to enter into an agreement for the provision of legal services with this firm for these purposes;

- Authorizes the Corporation to engage the financial advisory firm FTI

000066

Toronto ON M5K 1G8, para que asista a la Sociedad en relación con la presentación y tramitación en la Solicitud del Capítulo 11, incluyendo, sin limitación, en la preparación de cualquier análisis, planilla, declaración jurada u otros documentos o la prestación de cualquier servicio que pueda ser necesario o requerido con respecto a la aprobación del Plan, sujeto a la aprobación del Tribunal de Quiebras y autoriza expresamente al Representante Legal para suscribir un contrato de prestación de servicios con esta empresa para estos fines;

- Autoriza a la Sociedad a contratar a Epiq Corporate Restructuring LLC, para que preste servicios de notificación, votación, administración de reclamaciones y servicios relacionados en relación con la Solicitud del Capítulo 11 y con respecto a otros asuntos relacionados en relación con los mismos, sujeto a la aprobación del Tribunal de Quiebras y autoriza expresamente al Representante Legal para suscribir un contrato de prestación de servicios con esta empresa para estos fines;

- Autoriza, faculta e instruye al Representante Legal de la Sociedad a contratar en nombre de la Sociedad a todos aquellos otros profesionales que considere necesarios, apropiados o convenientes, en los términos y condiciones que considere, para que presten servicios a la Sociedad en

Consulting Canada ULC, TD Waterhouse Tower, 79 Wellington Street West, Suite 2010, P.O. Box 104, Toronto ON M5K 1G8, to assist the Corporation in connection with the filing and processing in the Chapter 11 Petition, including, without limitation, in the preparation of any analyses, schedules, affidavits or other documents or the provision of any services that may be necessary or required in connection with the approval of the Plan, subject to the approval of the Bankruptcy Court and expressly authorizes the Legal Representative to enter into a services agreement with this company for these purposes;

- Authorizes the Company to engage Epiq Corporate Restructuring LLC, to provide notice, voting, claims administration and related services in connection with the Chapter 11 Petition and with respect to other related matters in connection therewith, subject to the approval of the Bankruptcy Court and expressly authorizes the Legal Representative to enter into a service agreement with this company for these purposes;

- Authorizes, empowers and directs the Company's Legal Representative to retain on behalf of the Company all such other professionals as it deems necessary, appropriate or convenient, on such terms and conditions as it

relación con la Solicitud del Capítulo 11 y con respecto a otros asuntos relacionados con los mismos, sujeto a la aprobación del Tribunal de Quiebras, si fuera necesaria;

- Autoriza que todos y cada uno de los actos realizados y todos y cada uno de los certificados, instrumentos, acuerdos u otros documentos ejecutados en nombre de la Sociedad por el Funcionario Autorizado antes de la adopción de las anteriores autorizaciones con respecto a cualquiera de las transacciones, acciones, certificados, instrumentos, acuerdos u otros documentos autorizados o aprobados por las autorizaciones antes impartidas sean, y por la presente sean, ratificados, confirmados, adoptados y aprobados;

- Autoriza y faculta al Funcionario Autorizado para tomar o hacer que se tomen todas las medidas y para ejecutar y entregar todos los instrumentos que el Funcionario Autorizado determine que son necesarios o convenientes con el fin de hacer cumplir y ejecutar las decisiones y autorizaciones antes tomadas.

### 4. Aprobación del acta de la reunión.

A continuación, se declaró en receso la reunión con el fin de elaborar la presente Acta No. 262.

Media hora después se reanudó la sesión y, sometida el Acta a consideración de la Junta

deems, to render services to the Company in connection with the Chapter 11 Petition and with respect to other matters related thereto, subject to the approval of the Bankruptcy Court, if necessary;

- Authorizes that any and all acts done and any and all certificates, instruments, agreements or other documents executed on behalf of the Company by the Authorized Officer prior to the adoption of the foregoing authorizations with respect to any of the transactions, actions, certificates, instruments, agreements or other documents authorized or approved by the foregoing authorizations be, and they hereby are, ratified, confirmed, adopted and approved;

- Authorizes and empowers the Authorized Officer to take or cause to be taken all such actions and to execute and deliver all such instruments as the Authorized Officer determines to be necessary or advisable for the purpose of enforcing and carrying out the decisions and authorizations hereinabove made.

### 4. Approval of the minutes of the meeting.

The meeting was then declared in recess for the purpose of preparing this Minute No. 262.

Half an hour later, the meeting was resumed and the minutes were submitted for consideration by

000067

| | |
|---|---|
| Directiva ésta fue aprobada con el voto favorable de todos los Directores presentes en la reunión. | the Board of Directors and were approved with the favorable vote of all the Directors present at the meeting. |
| Para finalizar y siendo las 10:00 AM. el presidente de la reunión levantó la sesión, teniendo en cuenta que no había asuntos adicionales a discutir. | Finally, at 10:00 AM the Chairman of the meeting adjourned the meeting, taking into account that there were no additional matters to be discussed. |

Luis María Blaquier
P.P. 530430714
Presidente/Chairman

Liliana Arango Salazar
52.428.949
Secretario/Secretary

Jaime Francisco Buriticá Leal
71.322.917
Representante Legal / Legal Representative

| **CREDIVALORES - CREDISERVICIOS, S.A**<br>**NIT 805.025.964-3**<br>**ACTA ACLARATORIA AL ACTA NO. 262 DE LA**<br>**JUNTA DIRECTIVA** | **CREDIVALORES - CREDISERVICIOS, S.A**<br>**NIT 805.025.964-3**<br>**CLARIFYING MINUTES TO MINUTES NO. 262 OF THE**<br>**BOARD OF DIRECTORS** |
|---|---|
| **LILIANA ARANGO SALAZAR**, en mi calidad de secretaria de la reunión de la Junta Directiva de **CREDIVALORES – CREDISERVICIOS S.A., ("Credivalores")** celebrada el 5 de abril de 2024, la cual consta mediante "Acta No. 262", manifiesto que, por omisión involuntaria en la elaboración de esta acta, se cometió un error de la transcripción de los números que constituían la información relativa a las papeletas devueltas por los tenedores de bonos y los votos sobre el plan. | **LILIANA ARANGO SALAZAR**, in my capacity as secretary of the meeting of the Board of Directors of **CREDIVALORES - CREDISERVICIOS S.A.**, ("**Credivalores**") held on April 5, 2024, which is recorded in "Minutes No. 262", I hereby state that due to an involuntary omission in the preparation of these minutes, an error was made in the transcription of the numbers that constituted the information related to the ballots returned by the bondholders and the votes on the plan. |
| En este sentido, se deja incorporado en esta acta el texto corregido, en los siguientes términos, en el quinto párrafo de la aprobación del tercer punto del orden del día: | In this sense, the corrected text is incorporated in these minutes, in the following terms, in the fifth paragraph of the approval of the third item on the agenda: |
| - A continuación, el texto original que fue consignado en el acta: | - Following is the original text that was recorded in the minutes: |
| *[…]* | *[...]* |
| **3. Autorizaciones sobre inicio de una solicitud bajo el Capítulo 11**<br>*[…]*<br>*Considerando que, sobre la base de las papeletas devueltas por los tenedores de Bonos Antiguos sobre el Plan, más de US 98,467,079.65 en monto y 124 en número de tenedores que emitieron papeletas, constituyendo aproximadamente el 96.12% de los Bonos Antiguos que efectivamente votaron sobre el Plan (y aproximadamente el 47% del principal total en circulación de los Bonos Antiguos), votó a favor de aceptar el Plan* | **3. Authorizations on initiation of an application under Chapter 11**<br>*[...]*<br>*Whereas, based on the ballots returned by Old Bondholders on the Plan, more than US 98,467,079.65 in amount and 124 in number of holders who cast ballots, constituting approximately 96.12% of the Old Bonds that actually voted on the Plan (and approximately 47% of the total outstanding principal amount of Old Bonds), voted in favor of accepting the Plan.* |
| *[…]* | *[...]* |
| - A continuación, el texto <u>aclarado</u>: | - The following is the <u>clarified</u> text: |
| *[…]* | *[...]* |

1

| **3. Autorizaciones sobre inicio de una solicitud bajo el Capítulo 11** | **3. Authorizations on initiation of an application under Chapter 11** |
|---|---|
| *[…]* | [...] |
| *Considerando que, sobre la base de las papeletas devueltas por los tenedores de Bonos Antiguos sobre el Plan, más de US 73,351,079 en monto y 123 en número de tenedores que emitieron papeletas, constituyendo aproximadamente el 96.09% de los Bonos Antiguos que efectivamente votaron sobre el Plan (y aproximadamente el 81.25% del principal total en circulación de los Bonos Antiguos), votó a favor de aceptar el Plan;* | *Whereas, based on the ballots returned by Old Bondholders on the Plan, more than US 73,351,079 in amount and 123 in number of holders who cast ballots, constituting approximately 96.09% of the Old Bonds that actually voted on the Plan (and approximately 81.25% of the total outstanding principal amount of Old Bonds), voted in favor of accepting the Plan;* |
| *[…]* | [...] |
| La presente acta aclaratoria se elabora y se suscribe el quince (15) de abril de dos mil veinticuatro (2.024) | The present clarifying minutes are prepared and subscribed on April fifteenth (15), two thousand twenty-four (2024). |
| La presente copia certificada es fiel copia del acta que reposa en los libros de la Sociedad. | This certified copy is a true copy of the minutes that appear in the Company's books. |

**El Presidente / President,**

[FIMRADO/SIGNED]___
**Luis Maria Blaquier**

**La Secretaria / Secretary,**

[FIMRADO/SIGNED]___
**Liliana Arango Salazar**

Se certifica que la anterior es una fiel copia del Acta Aclaratoria al No. 262 de la Junta Directiva de CREDIVALORES - CREDISERVICIOS, S.A. la cual se encuentra debidamente asentada en el libro de actas de la Junta Directiva./ It is hereby certified that the foregoing is a true copy of the Clarifying Minutes To Minutes No. 262 of the Board of Directors of CREDIVALORES - CREDISERVICIOS, S.A. which is duly recorded in the minutes book of the Board of Directors..

**LILIANA ARANGO SALAZAR**
**La secretaria / Secretary**

| Fill in this information to Identify the case: |
| --- |
| Debtor Name:    Credivalores – Crediservicios S.A. |
| United States Bankruptcy Court for the:    Southern District of New York |
| Case Number (If known):    24-____1 |

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | THE BANK OF NEW YORK MELLON 240 GREENWICH STREET, FLOOR 7 EAST NEW YORK, NY 10286 UNITED STATES | CONTACT: CREDIVALORES – CREDISERVICIOS TRUSTEE - JOANNE ADAMIS PHONE: (212) 815-4259 FAX: (212) 815 5875 / (212) 815 5877 JOANNE.ADAMIS@BNYMELLON.COM | TRUSTEE OF UNSECURED BONDS 2025 | | | | $220,154,250.00 |
| 2 | FINANZA INVERSIONES S.A.S CARRERA 10 65-98 BOGOTA, CUNDINAMARCA N/A COLOMBIA | CONTACT: MARIA CRISTINA ROJAS PHONE: +57-601-4926792 FAX: N/A NOTIFICACIONES@FINANZAINVERSIONES.COM | SHAREHOLDERS LOANS (RELATED PARTIES) | | | | $42,600,551.78 |
| 3 | DEUTSCHE BANK WINCHESTER HOUSE GREAT WINCHESTER STREET 1 LONDON, N/A EC2N 2DB UNITED KINGDOM | CONTACT: DEBT AND AGENCY SERVICES PHONE: +44-207-547-5796 FAX: +44-0207-547-5782 TSS-GDS.ROW@DB.COM | AGENT OF UNSECURED NOTES 2028 | | | | $32,865,666.30 |
| 4 | FONDO NACIONAL DE GARANTIAS CALLE 26 13-97 PISO25 BOGOTA, CUNDINAMARCA N/A COLOMBIA | CONTACT: MAYRA PEREZ PHONE: +57-601-3239000 EXT 4061 FAX: N/A GARANTIABONOS@FNG.GOV.CO | UNSECURED DEBT | | | | $25,471,061.42 |
| 5 | BAN100 S.A CR 7 76 35 P 9 BOGOTA, CUNDINAMARCA N/A COLOMBIA | CONTACT: RICARDO VALDES PHONE: +57-4926792 EXT. 2216 FAX: N/A RVALDES@BAN100.COM.CO | COMMISSIONS & SALE OF BUSINESS SEGMENT (RELATED PARTIES) | | | | $8,753,563.97 |

**Note 1**: Total Prepetition Debt balance converted from COP to USD using the FX Rate from Colombia's Central Bank as of May 15, 2024 @ 3,825.42 USD/COP.

Debtor: Credivalores – Crediservicios S.A.                    Case Number (if known): 24-_____1

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   BANCO DE OCCIDENTE CRA 7 NO. 71 - 52 TORRE A PISO 1 BOGOTA, CUNDINAMARCA  N/A COLOMBIA | CONTACT: LEONARDO JIMENEZ PHONE: +57-601-7462060 EXT 15242 FAX: N/A LJIMENEZ@BANCODEOCCIDENTE.COM.CO | UNSECURED WORKING CAPITAL FACILITY | | | | $2,315,273.48 |
| 7   BANCOLOMBIA AVENIDA 8 NORTE NO. 12 N - 43 PISO 5 CALI, VALLE DEL CAUCA  N/A COLOMBIA | CONTACT: MARIA CRISTINA CADAVID VALENCIA PHONE: +57-602- 4853243 FAX: N/A MCCADAVI@BANCOLOMBIA.COM.CO | OPERATIONAL LEASES & UNSECURED WORKING CAPITAL FACILITIES | | | | $2,189,218.37 |
| 8   DIRECCION DE IMPUESTOS Y ADUANAS NACIONALES (DIAN) CR 7 34 69 BOGOTA, CUNDINAMARCA  N/A COLOMBIA | CONTACT: N/A PHONE: +57-601-3325100 FAX: N/A DIRECCIONGENERAL@DIAN.GOV.CO | INCOME TAXES | | | | $988,255.34 |
| 9   BANCO DE BOGOTA CARRERA 3 NO. 8 - 13 PISO 8 CALI, VALLE DEL CAUCA  N/A COLOMBIA | CONTACT: CARLOS DAVILA PHONE: +57-602- 8900760 EXT. 55241 FAX: N/A CDAVIL1@BANCODEBOGOTA.COM.CO | UNSECURED WORKING CAPITAL FACILITY | | | | $644,842.84 |
| 10   METLIFE COLOMBIA SEGUROS DE VIDA S.A CR 7  99 53 P 17 BOGOTA, BOGOTA  N/A COLOMBIA | CONTACT: GUILLERMO RODRIGUEZ PHONE: +57-601-6388240 FAX: N/A GUILLERMO.A.RODRIGUEZ@METLIFE.COM.CO | INSURANCE | | | | $599,721.46 |
| 11   AMERICAS BUSINESS PROCESS SERVICES SA AV EL DORADO 85 D 55 LC 149 BOGOTA, CUNDINAMARCA  N/A COLOMBIA | CONTACT: OLGA LUCIA GARZON ABRIL PHONE: +57-601-4251700 FAX: N/A OLGA.GARZON@AMERICASBPS.COM; CRISTIAN.HERNANDEZH@AMERICASBPS.COM | PROFESSIONAL SERVICES | | | | $236,369.50 |
| 12   SECRETARIA DE HACIENDA BOGOTA CR 30  25 90 BOGOTA, CUNDINAMARCA  N/A COLOMBIA | CONTACT: N/A PHONE: +57-601-3385000 FAX: N/A RADICACIONHACIENDABOGOTA@SHD.GOV.CO | INCOME TAXES | | | | $156,520.80 |
| 13   CUATRECASAS, GONCALVES PEREIRA S.A.S CR 11 79 35 OF 701 BOGOTA, CUNDINAMARCA  N/A COLOMBIA | CONTACT: MANUEL FERNANDO QUINCHE GONZALEZ PHONE: +57-606-7953030 FAX: N/A MANUEL.QUINCHE@CUATRECASAS.COM | PROFESSIONAL SERVICES | | | | $143,535.48 |

**Note 1**: Total Prepetition Debt balance converted from COP to USD using the FX Rate from Colombia's Central Bank as of May 15, 2024 @ 3,825.42 USD/COP.

**Debtor:** Credivalores – Crediservicios S.A.    Case Number (if known): 24-____1

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | DELIMA MARSH CL 67N 6N 85 CALI, VALLE DEL CAUCA  N/A COLOMBIA | CONTACT: YASNI GIOVANNETTI PHONE: +57-602-3985000 FAX: N/A YASNI.GIOVANNETTI@MARSH.COM; ALEXANDER.BOTELLO@MARSH.COM; ANDRES.C.POVEDA@MARSH.COM | INSURANCE | | | | $107,921.30 |
| 15 | FINLECO B P O SAS CR 27B 68 96 BOGOTA, CUNDINAMARCA  N/A COLOMBIA | CONTACT: SERGIO ERNESTO REYES OROZCO PHONE: +57-601-7449772 – +57-3208498435 FAX: N/A ERNESTO.REYES@FINLECOBPO.COM; SERGIO.REYES@FINLECOBPO.COM; CONTABILIDAD@FINLECOBPO.COM; COMERCIAL@FINLECOBPO.COM; SERGIO.REYES@FINLECOBPO.COM | PROFESSIONAL SERVICES | | | | $104,209.67 |
| 16 | ECONTACT COL SAS CR 28  48  59 MANIZALES, CALDAS  N/A COLOMBIA | CONTACT: EVARISTO CANETE DEL RIO PHONE: +57-3164544541 FAX: N/A JHOYOS@EMERGIACC.COM; AAGUDELO@EMERGIACC.COM | COLLECTION & TECHNICAL SERVICES | | | | $62,490.74 |
| 17 | CENTRAL DE COBRANZAS SAS CR 43  95 20 BRR EL TABOR BARRANQUILLA, ATLANTICO  N/A COLOMBIA | CONTACT: MONICA PATRICIA VELEZ ANGULO PHONE: (57) 3205654955 +57-605- 3091735 FAX: N/A JHERRERA@CENTRALDECOBRANZASLTDA.COM; VELEZMONICA@CENTRALDECOBRANZASLTDA.COM | PROFESSIONAL SERVICES | | | | $61,164.69 |
| 18 | AMERICAN SMART SYSTEM & NETWORKS LTDA CR 49 A 91 31 BBR LA CASTELLANA BOGOTA, CUNDINAMARCA  N/A COLOMBIA | CONTACT: JOSE FERNANDO RODRIGUEZ CABRERA PHONE:  +57-601- 5801800 EXT 1020 FAX: N/A EARIAS@ASNETLA.COM; YTORRES@ASNETLA.COM; ASNET@ASNETLA.COM; GTORRES@ASNETLA.COM; YTORRES@ASNETLA.COM; FRODRIGUEZ@ASNETLA.COM | TECHNICAL SERVICES & MAINTENANCE | | | | $59,476.12 |

**Note 1**: Total Prepetition Debt balance converted from COP to USD using the FX Rate from Colombia's Central Bank as of May 15, 2024 @ 3,825.42 USD/COP.

Debtor:  Credivalores – Crediservicios S.A.                                    Case Number (if known):  24-_____1

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | CREDIBANCO SA AK 68 75 A 50 METROPOLIS BOGOTA, CUNDINAMARCA  N/A COLOMBIA | CONTACT: ANDRES MAURICIO GOMEZ DURAN PHONE: +57 (1) 3766440 FAX: N/A REPRESENTANTELEGALCREDIBANCO@CREDIBANCO.COM; ANDRESM.GOMEZ@CREDIBANCO.COM; CARLOS.DELUQUE@CREDIBANCO.COM | TECHNICAL SERVICES & MAINTENANCE | | | | $59,293.52 |
| 20 | GRUPO CONSULTOR RA SAS CL 29 BIS 6 58 OF 402 BOGOTA, CUNDINAMARCA  N/A COLOMBIA | CONTACT: SANDRA ROSA ACUNA PAEZ PHONE: (57) 3208770066 FAX: N/A SANDRARAP72@HOTMAIL.COM | PROFESSIONAL SERVICES | | | | $51,337.33 |

**Note 1:** Total Prepetition Debt balance converted from COP to USD using the FX Rate from Colombia's Central Bank as of May 15, 2024 @ 3,825.42 USD/COP.

Paul J. Keenan Jr. (*pro hac vice* pending)
Reginald Sainvil (*pro hac vice* pending)
Baker & McKenzie LLP
1111 Brickell Avenue, Suite 10th Floor
Miami, FL 33130
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: paul.keenan@bakermckenzie.com
        reginald.sainvil@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Proposed Counsel for the Debtor*
*and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CREDIVALORES – CREDISERVICIOS S.A., | Case No. |
| Debtor. | |

_____/

## <u>CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are the corporations, other than a governmental unit, that directly own 10% or more of any class of the above-captioned debtor's equity interest:

| | |
|---|---|
| Crediholding S.A.S. | 20.6 % |
| Lacrot Inversiones 2014 SLU | 41.9 % |
| Acon Consumer Finance Holdings II S L | 12.0 % |

| Davalia gestión de Activos S.L | 20.0 % |
|---|---|

| Fill in this information to identify the case and this filing: |
| --- |
| Debtor Name  Credivalores - Crediservicios S.A. |
| United States Bankruptcy Court for the:  Southern          District of  New York |
|                                                                         (State) |
| Case number (*If known*):  _____ |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule ____*

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/16/2024                    ✗ /s/ Jaime Francisco Buritica Leal
                MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                              Jaime Francisco Buritica Leal
                                              Printed name

                                              Chief Executive Officer
                                              Position or relationship to debtor