UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CREDIVALORES – CREDISERVICIOS S.A.[1] | Case No. 24-10837 (DSJ) |
| Debtor. | |

_____/

### DECLARATION OF JANE SULLIVAN OF EPIQ CORPORATE RESTRUCTURING, LLC REGARDING SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST ON THE PREPACKAGED CHAPTER 11 PLAN

I, Jane Sullivan, declare, under the penalty of perjury:

1.    I am Executive Vice President of Epiq Corporate Restructuring, LLC ("**Epiq**"), located at 777 Third Avenue, 12th Floor, New York, NY 10017. I am over the age of eighteen years and not a party to the above-captioned action. Unless otherwise noted, I have personal knowledge of the facts set forth herein.

2.    I submit this declaration with respect to the solicitation of votes and the tabulation of ballots cast on the *Prepackaged Chapter 11 Plan of Credivalores - Crediservicios S.A.,* dated March 7, 2024 (as may be amended, supplemented, or modified from time to time, the "**Prepackaged Plan**"). Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of relevant documents. I am authorized to submit this Declaration on behalf of Epiq. If I were called to testify, I could and would testify competently as to the facts set forth herein.

3.    Prior to the commencement of this chapter 11 case, the Debtor[2] appointed Epiq as its solicitation and tabulation agent to assist with, among other things, (a) service of solicitation materials to the parties entitled to vote to accept or reject the Prepackaged Plan and (b) tabulation

---

[1]    The address for Credivalores – Crediservicios S.A. is Carrera 7 #76-35, 7th Floor, Bogota Colombia.
[2]    All capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Prepackaged Plan.

of votes cast with respect thereto. Epiq and its employees have considerable experience in soliciting and tabulating votes to accept or reject proposed prepackaged chapter 11 plans.

4.      Pursuant to the Prepackaged Plan only Holders of Claims in the following Class (the "**Voting Class**") were entitled to vote to accept or reject the Prepackaged Plan:

| Class | Class Description |
|-------|-------------------|
| A | Old Notes Claims |

**Service and Transmittal of Solicitation Packages and the Tabulation Process**

5.      The procedures adhered to by Epiq for the solicitation and tabulation of votes are outlined in the ballots distributed to parties entitled to vote on the Prepackaged Plan (the "**Solicitation Procedures**"). I supervised the solicitation and tabulation performed by Epiq employees pursuant to the Solicitation Procedures.

6.      The Debtor established March 7, 2024 as the record date (the "**Voting Record Date**") for determining which creditors were entitled to vote on the Prepackaged Plan. Pursuant to the Prepackaged Plan and the Solicitation Procedures, only holders of the Debtor's Step-Up Senior Notes (the "**Old Notes**") as of the Voting Record Date were entitled to vote to accept or reject the Plan (the "**Voting Noteholders**"). No other parties were entitled to vote on the Prepackaged Plan.

7.      In accordance with the Solicitation Procedures, Epiq coordinated the distribution of solicitation materials to the Voting Noteholders in accordance with procedures commonly used to serve solicitation materials on holders of public securities. A detailed description of Epiq's distribution of solicitation materials is set forth in Epiq's *Certificate of Service of Solicitation Materials*, filed contemporaneously herewith.

8.      Further, in accordance with the Solicitation Procedures, Epiq reviewed, determined the validity of, and tabulated the ballots submitted to vote on the Prepackaged Plan. Each ballot or

master ballot submitted to Epiq was processed and tabulated in accordance with the Solicitation

Procedures. To be included in the tabulation results as valid, a ballot must have been (a) properly

completed pursuant to the Solicitation Procedures, (b) executed by the relevant holder entitled to

vote on the Prepackaged Plan (or such holder's authorized representative), (c) returned to Epiq via

an approved method of delivery set forth in the Solicitation Procedures and (d) received by Epiq by

5:00 PM (prevailing Eastern Time) on April 3, 2024 (the "**Voting Deadline**") unless extended or

waived by the Debtor.

9.      All valid ballots cast by Voting Noteholders or their authorized representative and

received by Epiq on or before the Voting Deadline were tabulated in accordance with the Solicitation

Procedures.

10.     The final tabulation of votes cast by timely and properly completed ballots received

by Epiq is attached hereto as **Exhibit A**.

11.     A report of all ballots excluded from the final tabulation prepared by Epiq, and the

reasons for exclusion of such ballots, is attached hereto as **Exhibit B**.

12.     Holders of Old Note Claims had the opportunity to give the third-party release set

forth in Article VIII of the Plan (the "**Third-Party Release**"), either by affirmatively checking the

box in Item 4 of the ballot or by voting to Accept the Plan.  One-hundred twenty-nine (129) holders

of Old Note Claims either affirmatively consented to the Third-Party Release or were deemed to

consent to the Third-Party Release.

To the best of my knowledge, information and belief, I declare under penalty of perjury

that the foregoing information concerning the distribution, submission and final tabulation of

Ballots in connection with the Plan is true and correct.

Dated:  May 17, 2024

*/s/ Jane Sullivan*

Jane Sullivan
Executive Vice President
Epiq Corporate Restructuring, LLC

**<u>Exhibit A</u>**

**Credivalores – Crediservicios S.A.**
**Exhibit A[3] - Tabulation Summary**

| Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting * % | Amount Rejecting * % | Class Voting Result |
|-------|-------------------|--------------------|--------------------|----------------------|----------------------|---------------------|
| A | Old Notes Claims | 123 | 5 | $73,351,079.65 | $16,921,620.35 | Accept |
|   |                  | (96.09%) | (3.91%) | (81.25%) | (18.75%) |   |

---

\*   Note 1.  The tabulation procedures specify that, "if over-votes on a master Ballot are not reconciled prior to the preparation of the Voting Report, the Balloting Agent shall apply the votes to accept and to reject the Plan in the same proportion as the votes to accept and to reject the Plan submitted on the master Ballot that contained the over-vote, but only to the extent of the nominee's position, as of the Voting Record Date, of Old Notes Claims."  In accordance with the foregoing, a total of $14,623,700 in principal amount was tabulated and $342,290 in principal amount was cut-back proportionately from all votes submitted by Pershing to reflect the principal amount held by Pershing as of the Voting Record Date, which cut-back had an insignificant impact on the voting amounts.

Note 2.  Epiq was advised that a position held by an insider was voted through UBS. Only a single valid vote was cast through UBS, and Epiq was instructed to omit that vote from the tabulation.  The results above exclude that accepting vote in the amount of $25,116,000 in principal amount.

## Exhibit B

Credivalores - Crediservicios S.A.

**Exhibit B - Ballots Excluded From the Final Tabulation and Reasons Why**

| Ballot No. | Class | | Participant Number | Participant Name | CUSIP | ACCOUNT | Amount | Vote Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|---|---|---|
| BB001 | A | Old Notes Claims | | N/A | N/A | A3E Capital SICAV p.l.c. | $1,500,000.00 | R | Improper Delivery. This is a Beneficial Holder Ballot that was submitted directly to the Voting Agent. |
| BB002 | A | Old Notes Claims | 908 | Citibank | P32086AR4 | Vontobel Fund II - Fixed Maturity Emerging Markets Bond 2021 | $5,777,000.00 | A/R | Inconsistent ballots submitted by this party; one accepting and one rejecting; the rejecting vote was not properly delivered through the nominee. |
| BB003 | A | Old Notes Claims | | N/A | N/A | Vontobel Fund - Emerging Markets Corporate Bond | $11,650,000.00 | R | Improper Delivery. This is a Beneficial Holder Ballot that was submitted directly to the Voting Agent. |
| BB004 | A | Old Notes Claims | 908 | Citibank | P32086AR4 | Julius Baer Fixed Income Emerging Markets Corp | $3,500,000.00 | A/R | Inconsistent ballots submitted by this party; one accepting and one rejecting; the rejecting vote was not properly delivered through the nominee. |
| BB005 | A | Old Notes Claims | | N/A | N/A | Name on file | $250,000.00 | R | Improper Delivery. This is a Beneficial Holder Ballot that was submitted directly to the Voting Agent. |
| BB006 | A | Old Notes Claims | | N/A | N/A | Name on file | $653,000.00 | R | Improper Delivery. This is a Beneficial Holder Ballot that was submitted directly to the Voting Agent. |
| BB007 | A | Old Notes Claims | | N/A | N/A | Formuepleie EM Virksomhedsobligationer | $400,000.00 | R | Improper Delivery. This is a Beneficial Holder Ballot that was submitted directly to the Voting Agent. |
| BB008 | A | Old Notes Claims | | N/A | N/A | Absalon EM Corporate Debt SICAV | $3,600,000.00 | R | Improper Delivery. This is a Beneficial Holder Ballot that was submitted directly to the Voting Agent. |
| BR001.007 | A | Old Notes Claims | 8457 | Safra Securities | P32086AR4 | 4529467855434385 | $400,000.00 | | No Vote. This Ballot did not include a vote to accept or to reject the Plan. |
| BR001.015 | A | Old Notes Claims | 15 | Morgan Stanley | P32086AR4 | 5341902192423311 | $200,000.00 | | No Vote. This Ballot did not include a vote to accept or to reject the Plan. |
| BR001.017 | A | Old Notes Claims | 221 | UBS Financial Services LLC | P32086AR4 | 4850639102924470 | $200,000.00 | | No Vote. This Ballot did not include a vote to accept or to reject the Plan. |
| BR001.019 | A | Old Notes Claims | 352 | J.P. Morgan Securities LLC/JPMC | P32086AR4 | 0483797990900586 | $8,382,000.00 | R | Not Entitled to Vote. This Nominee does not appear on DTC's position report as of the Voting Record Date. |
| BR001.020 | A | Old Notes Claims | 352 | J.P. Morgan Securities LLC/JPMC | P32086AR4 | 7341058591233656 | $2,450,000.00 | R | Not Entitled to Vote. This Nominee does not appear on DTC's position report as of the Voting Record Date. |
| BR001.025 | A | Old Notes Claims | 1970 | Euclear Bank SA/NV | P32086AR4 | 7321449450933632 | $168,000.00 | | No Vote. This Ballot did not include a vote to accept or to reject the Plan. |
| BR001.033 | A | Old Notes Claims | 1970 | Euclear Bank SA/NV | P32086AR4 | 4514166793515950 | $800,000.00 | | No Vote. This Ballot did not include a vote to accept or to reject the Plan. |
| BR001.116 | A | Old Notes Claims | 2598 | BNY Mellon/ Re Caceis Bank Germany re HVB MIB | P32086AR4 | 5823715208751261 | $11,650,000.00 | | No Vote. This Ballot did not include a vote to accept or to reject the Plan. |
| BR001.117 | A | Old Notes Claims | 571 | Oppenheimer & Co. Inc. | P32086AR4 | 2313674367930258 | $400,000.00 | A | Not Entitled to Vote. This Nominee does not appear on DTC's position report as of the Voting Record Date. |
| MB001 | A | Old Notes Claims | 5002 | RBC Dominion Securities Inc. | P32086AR4 | 245-04939-25 | $4,635,000.00 | A | Not Entitled to Vote. This Nominee does not appear on DTC's position report as of the Voting Record Date. |
| MB002.11 | A | Old Notes Claims | 908 | Citibank | P32086AR4 | Name on file | $200,000.00 | A | Duplicate. This vote is a duplicate of a counted vote. |
| MB002.12 | A | Old Notes Claims | 908 | Citibank | P32086AR4 | Name on file | $200,000.00 | A | Duplicate. This vote is a duplicate of a counted vote. |
| MB005 | A | Old Notes Claims | 571 | Oppenheimer & Co. Inc. | P32086AR4 | 6010 | $951,000.00 | A | Not Entitled to Vote. This Nominee does not appear on DTC's position report as of the Voting Record Date. |
| BB009 | A | Old Notes Claims | 221 | UBS Financial Services LLC | | GDA Luma Special Opportunties Fund | $7,562,519.00 | A | Late. Ballot was received after the Voting Deadline. Improper Delivery. This is a Beneficial Holder Ballot that was submitted directly to the Voting Agent. |
| BR001.018 | A | Old Notes Claims | 221 | UBS Financial Services LLC | P32086AR4 | 7229695784588998 | $25,116,000.00 | A | Insider. Vote was submitted by an Insider. |