Paul J. Keenan Jr. (*pro hac vice*)
Reginald Sainvil (*pro hac vice*)
Baker & McKenzie LLP
1111 Brickell Avenue, 10th Floor
Miami, FL 33130
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: paul.keenan@bakermckenzie.com
       reginald.sainvil@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Proposed Counsel for the Debtor*
*and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CREDIVALORES – CREDISERVICIOS S.A., | Case No. 24-10837 (DSJ) |
| Debtor. | |

## NOTICE OF AGENDA FOR FIRST DAY HEARING

| | |
|---|---|
| Date and Time of Hearing: | May 20, 2024, at 12:00 p.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable David S. Jones, Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at https://ecf.nysb.uscourts.gov and on the website of the Debtor's proposed notice and claims agent, Epiq Restructuring LLC https://dm.epiq11.com/case/credivalores/info Further information may be obtained by calling (855) 957-5868 (U.S.) or +1 (503) 749-9261 (Non U.S.) or emailing credivalores@epiqglobal.com. |

**Procedural Motions**

1. **Scheduling Motion.** *Debtor's Motion For Entry of an Order (I) Scheduling a Combined Hearing to Consider the Adequacy of the Disclosure Statement and Confirmation of the Plan; (II) Approving the Form and Manner of Notice of the Combined Hearing; (III) Approving the Solicitation Procedures; (IV) Directing That a Meeting of Creditors not be Convened; and (V) Granting Related Relief* [Doc. No. 19].

    Status: The matter is going forward.

2. **SOFA/Schedules Extension Motion.** *Debtor's Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs, (II) Waiving the Same Upon Confirmation of the Debtor's Prepackaged Chapter 11 Plan, and (III) Granting Related Relief* [Doc. No. 11].

    Status: The matter is going forward.

3. **Dispense with Official Committee of Unsecured Creditors.** *Debtors Motion for an Order Under 11 U.S.C. § 341(e) Dispensing With or Delaying the Formation of an Official Committee of Unsecured Creditors, or for Compliance with Fed. R. Bankr. P. 2007(b)* [Doc. No. 13].

    Status: The matter is going forward.

4. **Automatic Stay Motion.** *Motion of the Debtor for Entry of an Order (I) Enforcing the Protections of 11 U.S.C. §§ 362, 365, 525, and 541; (II) Approving the Form and Manner of Notice; and (III) Granting Related Relief* [Doc. No. 15].

    Status: The matter is going forward.

**First Day Motions Pertaining to Business Operations**

5. **Utilities Motion.** *Motion of the Debtor for Entry of an Order (A) Authorizing the Debtor to Continue Paying Amounts Owed to its Foreign Utility Providers in the Normal Course of Business, (B) Approving the Debtor's Proposed Adequate Assurance and Adequate Assurance Procedures for Consenting Foreign Utility Providers, (C) Prohibiting Consenting Foreign Utility Providers from Altering, Refusing, or Discontinuing Utility Services on Account of Prepetition Amounts Outstanding or on Account of any Perceived Inadequacy of the Debtor's Proposed Adequate Assurance, and (D) Granting Related Relief* [Doc. No. 5].

    Status: The matter is going forward.

6. **Insurance Motion.** *Motion of the Debtor for Entry of Interim and Final Orders Authorizing the Debtor To Maintain Existing Insurance Policies, Pay All Insurance Policy Premiums Arising Thereunder, Renew or Enter Into New Insurance Policies, and Maintain Borrowers' Insurance Program* [Doc. No. 12].

    Status: The matter is going forward.

7. **Taxes Motion.** *Motion of the Debtor for Entry of Interim and Final Orders Authorizing (A) the Debtor to Pay Prepetition Colombian Taxes and Regulatory Fees in the Ordinary Course of Business and (B) Banks and Financial Institutions to Honor and Process Payments Related Thereto* [Doc. No. 9].

   Status: The matter is going forward.

8. **Cash Management Motion.** *Motion of the Debtor for Entry of Interim and Final Orders (A) Authorizing (I) Continued Use of Existing Cash Management System, (II) Maintenance of Existing Bank Accounts, and (III) Continued Use of Existing Business Forms, (B) Authorizing Continued Performance Under Related Party Transactions and Historical Practices, and (C) Waiving the Requirements of Section 345(B) of the Bankruptcy Code* [Doc. No. 6].

   Status: The matter is going forward.

9. **Unimpaired Claims Motion.** *Motion Pursuant to 11 U.S.C. §§ 105, 363 And 503 and Fed. R. Bankr. P. 6003 And 6004 for Entry of an Order Authorizing the Debtor to Pay Unimpaired Claims in the Ordinary Course of Business* [Doc. No. 10].

   Status: The matter is going forward.

10. **Wages Motion.** *Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay (A) Prepetition Employee Obligations and (B) Maintain and Continue Employee Benefits Post-Petition and (II) Granting Related Relief* [Doc. No. 14].

    Status: The matter is going forward.

11. **Hedging Motion.** *Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to (A) Continue Prepetition Hedging Practices, and (B) Perform Ancillary Transactions Related Thereto* [Doc. No. 17].

    Status: The matter is going forward.

**Related Filings**

12. **First Day Declaration.** *Declaration of Jaime Francisco Buriticá Leal in Support of (I) the Chapter 11 Petition and First Day Pleadings and (II) Pursuant to Local Rule 1007-2* [Doc. No. 4].

13. **Sullivan Declaration.** *Declaration of Jane Sullivan of Epiq Corporate Restructuring, LLC Regarding Solicitation of Votes and Tabulation of Ballots Cast on the Prepackaged Chapter 11 Plan* [Doc. No. 23].

14. **Offering Memorandum and Consent Solicitation Statement.** *Notice of Filing of (I) Offering Memorandum and Consent Solicitation Statement, (II) First Supplement to Offering Memorandum and Consent Solicitation Statement, and (III) Second Supplement to Offering Memorandum and Consent Solicitation Statement* [Doc. No. 18].

Dated: May 17, 2024                        **BAKER & McKENZIE LLP**

By: <u>*/s/ Reginald Sainvil*</u>
    Paul J. Keenan Jr. (*pro hac vice*)
    Reginald Sainvil (*pro hac vice*)
    1111 Brickell Avenue, 10th Floor
    Miami, FL 33131
    Telephone: 305-789-8900
    Facsimile: 305-789-8953
    Email: paul.keenan@bakermckenzie.com
           reginald.sainvil@bakermckenzie.com

    Blaire Cahn
    452 Fifth Avenue
    New York, NY 10018
    Telephone: 212-626-4875
    Facsimile: 212-310-1695
    Email: blaire.cahn@bakermckenzie.com

*Proposed Counsel for the Debtor and Debtor-in-Possession*