**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CREDIVALORES – CREDISERVICIOS S.A. | Case No. 24-10837 (DSJ) |
| Debtor. | **Ref. Docket Nos. 4-6 & 9-19** |

<u>**CERTIFICATE OF SERVICE**</u>

I, NADIA ALAZRI, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 16, 2024, I caused to be served the:

    a.  "Notice of Commencement of Chapter 11 Cases and Hearing on First Day Motions," *related to Docket No. 20*, dated May 16, 2024, a copy of which is annexed hereto as <u>Exhibit A</u>, (the "English Commencement"),

    b.  "Aviso de Inicio de Procedimiento del Capítulo 11 y Audiencia Sobre Peticiones del Primer Día," *related to Docket No. 20*, dated May 16, 2024, a copy of which is annexed hereto as <u>Exhibit B</u>, (the "Spanish Commencement"),

    c.  "Declaration of Jaime Francisco Buriticá Leal in Support of (I) the Chapter 11 Petition and First Day Pleadings and (II) Pursuant to Local Rule 1007-2," dated May 16, 2024 [Docket No. 4], (the "First Day Declaration"),

    d.  "Motion of the Debtor for Entry of an Order (A) Authorizing the Debtor to Continue Paying Amounts Owed to Its Foreign Utility Providers in the Normal Course of Business, (B) Approving the Debtor's Proposed Adequate Assurance and Adequate Assurance Procedures for Consenting Foreign Utility Providers, (C) Prohibiting Consenting Foreign Utility Providers From Altering, Refusing, or Discontinuing Utility Services on Account of Prepetition Amounts Outstanding or on Account of Any Perceived Inadequacy of the Debtor's Proposed Adequate Assurance, and (D) Granting Related Relief," dated May 16, 2024 [Docket No. 5], (the "Utility Motion"),

e.  "Motion of the Debtor for Entry of Interim and Final Orders (A) Authorizing (i) Continued Use of Existing Cash Management System, (ii) Maintenance of Existing Bank Accounts, and (iii) Continued Use of Existing Business Forms, (B) Authorizing Continued Performance Under Related Party Transactions and Historical Practices, and (C) Waiving the Requirements of Section 345(b) of the Bankruptcy Code," dated May 16, 2024 [Docket No. 6], (the "Cash Management Motion"),

f.  "Motion of the Debtor for Entry of Interim and Final Orders Authorizing (A) the Debtor to Pay Prepetition Colombian Taxes and Regulatory Fees in the Ordinary Course of Business and (B) Banks and Financial Institutions to Honor and Process Payments Related Thereto," dated May 16, 2024 [Docket No. 9], (the "Taxes Motion"),

g.  "Motion Pursuant to 11 U.S.C. §§ 105, 363 and 503 and Fed. R. Bankr. P. 6003 and 6004 for Entry of an Order Authorizing the Debtor to Pay Unimpaired Claims in the Ordinary Course of Business," dated May 16, 2024 [Docket No. 10], (the "Claims Motion"),

h.  "Debtor's Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs, (II) Waiving the Same Upon Confirmation of the Debtor's Prepackaged Chapter 11 Plan, and (III) Granting Related Relief," dated May 16, 2024 [Docket No. 11], (the "Schedules Motion"),

i.  "Motion of the Debtor for Entry of Interim and Final Orders Authorizing the Debtor to Maintain Existing Insurance Policies, Pay All Insurance Policy Premiums Arising Thereunder, Renew or Enter into New Insurance Policies, and Maintain Borrowers' Insurance Program," dated May 16, 2024 [Docket No. 12], (the "Insurance Motion"),

j.  "Debtor's Motion for an Order Under 11 U.S.C. § 341(e) Dispensing With or Delaying the Formation of an Official Committee of Unsecured Creditors, or for Compliance With Fed. R. Bankr. P. 2007(B)," dated May 16, 2024 [Docket No. 13], (the "Creditors Motion"),

k.  "Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay (A) Prepetition Employee Obligations and (B) Maintain and Continue Employee Benefits Post-Petition and (II) Granting Related Relief," dated May 16, 2024 [Docket No. 14], (the "Benefits Motion"),

l.  "Motion of the Debtor for Entry of an Order (I) Enforcing the Protections of 11 U.S.C. §§ 362, 365, 525, and 541; (II) Approving the Form and Manner of Notice; and (III) Granting Related Relief," dated May 16, 2024 [Docket No. 15], (the "Auto Stay Motion"),

m.  "Declaration of Jane Sullivan of Epiq Corporate Restructuring, LLC Regarding Solicitation of Votes and Tabulation of Ballots Cast on the Prepackaged Chapter 11 Plan," dated May 16, 2024 [Docket No. 16], (the "Sullivan Declaration"),

n. "Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to (A) Continue Prepetition Hedging Practices, and (B) Perform Ancillary Transactions Related Thereto," dated May 16, 2024 [Docket No. 17], (the "Hedging Motion"),

o. "Notice of Filing of (I) Offering Memorandum and Consent Solicitation Statement, (II) First Supplement Offering Memorandum and Consent Solicitation Statement, and (III) Second Supplement to Offering Memorandum and Consent Solicitation Statement," dated May 16, 2024 [Docket No. 18], (the "Solicitation Statement"), and

p. "Debtor's Motion for Entry of an Order (I) Scheduling a Combined Hearing to Consider the Adequacy of the Disclosure Statement and Confirmation of the Plan; (II) Approving the Form and Manner of Notice of the Combined Hearing; (III) Approving the Solicitation Procedures; (IV) Directing that a Meeting of Creditors Not Be Convened; and (V) Granting Related Relief," dated May 16, 2024 [Docket No. 19], (the "Chapter 11 Plan"),

by causing true and correct copies of the:

i. English Commencement, Spanish Commencement, First Day Declaration, Utility Motion, Cash Management Motion, Taxes Motion, Claims Motion, Schedules Motion, Insurance Motion, Creditors Motion, Benefits Motion, Auto Stay Motion, Sullivan Declaration, Hedging Motion, Solicitation Statement, and Chapter 11 Plan to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

ii. English Commencement, Spanish Commencement, Cash Management Motion, Benefits Motion, Insurance Motion, and Taxes Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D,

iii. English Commencement, Spanish Commencement, and Benefits Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E,

iv. English Commencement, Spanish Commencement, and Insurance Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit F,

v. English Commencement, Spanish Commencement, and Taxes Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit G,

vi. English Commencement, Spanish Commencement, and Utilities Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit H,

vii. English Commencement, Spanish Commencement, First Day Declaration, Utility Motion, Cash Management Motion, Taxes Motion, Claims Motion, Schedules Motion, Insurance Motion, Creditors Motion, Benefits Motion, Auto Stay Motion, Sullivan Declaration, Hedging Motion, Solicitation Statement, and Chapter 11 Plan to be delivered via electronic mail to those parties listed on the annexed Exhibit I,

viii. English Commencement, Spanish Commencement, Cash Management Motion, Benefits Motion, Insurance Motion, and Taxes Motion to be delivered via electronic mail to those parties listed on the annexed Exhibit J,

ix. English Commencement, Spanish Commencement, and Benefits Motion to be delivered via electronic mail to those parties listed on the annexed Exhibit K,

x. English Commencement, Spanish Commencement, and Insurance Motion to be delivered via electronic mail to those parties listed on the annexed Exhibit L,

xi. English Commencement, Spanish Commencement, and Taxes Motion to be delivered via electronic mail to those parties listed on the annexed Exhibit M,

xii. English Commencement, Spanish Commencement, and Utilities Motion to be delivered via electronic mail to those parties listed on the annexed Exhibit N, and

xiii. English Commencement and Spanish Commencement to be delivered via facsimile to those parties listed on the annexed Exhibit O.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Nadia Alazri*
Nadia Alazri

**EXHIBIT A**

Paul J. Keenan Jr. (admitted *pro hac vice*)
Reginald Sainvil (admitted *pro hac vice*)
Baker & McKenzie LLP
1111 Brickell Avenue, 10th Floor
Miami, FL 33130
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: paul.keenan@bakermckenzie.com
      reginald.sainvil@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Proposed Counsel for the Debtor*
*and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CREDIVALORES – CREDISERVICIOS S.A., | Case No. 24-10837 (DSJ) |
| Debtor. | |
| _____/ | |

### NOTICE OF COMMENCEMENT OF CHAPTER 11 CASES
### AND HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE THAT** on May 16, 2024 (the "**Petition Date**"), Credivalores – Crediservicios S.A. ("**Credivalore**s"), the above-captioned debtor and debtor in possession (the "**Debtor**") filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), in the Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE THAT** a hearing to consider certain motions and applications filed by the Debtor will be held on **Monday, May 20, 2024 at 12:00 p.m.** (Eastern

Time) (the "**First Day Hearing**"), before the Honorable David S. Jones, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York, Courtroom 701, One Bowling Green, New York, NY 10004. A list of the motions and applications that are scheduled for the First Day Hearing is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the First Day Hearing will be conducted in person and through Zoom for Government. Parties wishing to appear telephonically or participate remotely at the First Day Hearing (whether "live" or "listen only") must make an electronic appearance through the "eCourtAppearances" tab on the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl prior to 4:00 p.m. (prevailing Eastern Time) on the business day prior to the First Day Hearing (the "**Appearance Deadline**"). Instructions for making a telephonic appearance and additional information on the Court's telephonic procedures can be found at: https://www.nysb.uscourts.gov/ecourt-appearances. Following the Appearance Deadline, the Court will circulate by email the Zoom link to the First Day Hearing to those parties who have made an electronic appearance.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the motions and applications filed on the Petition Date may be obtained for free from the Debtor's proposed claims and noticing agent, Epiq Restructuring, LLC, at same https://dm.epiq11.com/case/credivalores/info or for a fee via PACER at http://www.nysb.uscourts.gov/.

[*Signature page follows*]

Dated: May 16, 2024          **BAKER & McKENZIE LLP**

By: _/s/ Paul J. Keenan Jr._
    Paul J. Keenan Jr. (admitted _pro hac vice_)
    Reginald Sainvil (admitted _pro hac vice_)
    1111 Brickell Avenue, 10th Floor
    Miami, FL 33131
    Telephone: 305-789-8900
    Facsimile: 305-789-8953
    Email: paul.keenan@bakermckenzie.com
           reginald.sainvil@bakermckenzie.com

    Blaire Cahn
    452 Fifth Avenue
    New York, NY 10018
    Telephone: 212-626-4100
    Facsimile: 212-310-1600
    Email: blaire.cahn@bakermckenzie.com

    _Proposed Counsel for the Debtor and Debtor-in-Possession_

<u>**EXHIBIT A**</u>

**MOTIONS AND APPLICATIONS FOR**
**May 20, 2024 at 12:00 P.M. (EASTERN TIME)**

1) **Scheduling Motion.** *Debtor's Motion For Entry of an Order (I) Scheduling a Combined Hearing to Consider the Adequacy of the Disclosure Statement and Confirmation of the Plan; (II) Approving the Form and Manner of Notice of the Combined Hearing; (III) Approving the Solicitation Procedures; (IV) Directing That a Meeting of Creditors not be Convened; and (V) Granting Related Relief* [Doc. No. 19].

2) **SOFA/Schedules Extension Motion.** *Debtor's Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs, (II) Waiving the Same Upon Confirmation of the Debtor's Prepackaged Chapter 11 Plan, and (III) Granting Related Relief* [Doc. No. 11].

3) **Utilities Motion.** *Motion of the Debtor for Entry of an Order (A) Authorizing the Debtor to Continue Paying Amounts Owed to its Foreign Utility Providers in the Normal Course of Business, (B) Approving the Debtor's Proposed Adequate Assurance and Adequate Assurance Procedures for Consenting Foreign Utility Providers, (C) Prohibiting Consenting Foreign Utility Providers from Altering, Refusing, or Discontinuing Utility Services on Account of Prepetition Amounts Outstanding or on Account of any Perceived Inadequacy of the Debtor's Proposed Adequate Assurance, and (D) Granting Related Relief* [Doc. No. 5].

4) **Insurance Motion.** *Motion of the Debtor for Entry of Interim and Final Orders Authorizing the Debtor To Maintain Existing Insurance Policies, Pay All Insurance Policy Premiums Arising Thereunder, Renew or Enter Into New Insurance Policies, and Maintain Borrowers' Insurance Program* [Doc. No. 12].

5) **Taxes Motion.** *Motion of the Debtor for Entry of Interim and Final Orders Authorizing (A) the Debtor to Pay Prepetition Colombian Taxes and Regulatory Fees in the Ordinary Course of Business and (B) Banks and Financial Institutions to Honor and Process Payments Related Thereto* [Doc. No. 9].

6) **Wages Motion.** *Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay (A) Prepetition Employee Obligations and (B) Maintain and Continue Employee Benefits Post-Petition and (II) Granting Related Relief* [Doc. No. 14].

7) **Cash Management Motion.** *Motion of the Debtor for Entry of Interim and Final Orders (A) Authorizing (i) Continued Use of Existing Cash Management System, (ii) Maintenance of Existing Bank Accounts, and (iii) Continued Use of Existing Business Forms, (B) Authorizing Continued Performance Under Related Party Transactions and Historical Practices, and (C) Waiving the Requirements of Section 345(B) of the Bankruptcy Code* [Doc. No. 6].

8)    **Unimpaired Claims Motion.** *Motion Pursuant to 11 U.S.C. §§ 105, 363 And 503 and Fed. R. Bankr. P. 6003 And 6004 for Entry of an Order Authorizing the Debtor to Pay Unimpaired Claims in the Ordinary Course of Business* [Doc. No. 10].

9)    **Creditor's Committee Motion.** *Debtor's Motion for an Order Under 11 U.S.C. § 341(E) Dispensing With or Delaying the Formation of an Official Committee of Unsecured Creditors, or for Compliance with Fed. R. Bankr. P. 207(B)* [Doc. No. 13].

10)   **First Day Declaration.** *Declaration of Jaime Francisco Buriticá Leal in Support of (I) the Chapter 11 Petition and First Day Pleadings and (II) Pursuant to Local Rule 1007-2* [Doc. No. 4].

11)   **Enforce Stay Motion.** *Motion of the Debtor for Entry of an Order (I) Enforcing the Protections of 11 U.S.C. §§ 362, 365, 525, and 541; (II) Approving the Form and Manner of Notice; and (III) Granting Related Relief* [Doc. No. 15].

12)   **Voting Declaration.** *Declaration of Jane Sullivan of Epiq Corporate Restructuring, LLC Regarding Solicitation of Votes and Tabulation of Ballots Cast on the Prepackaged Chapter 11 Plan* [Doc. No. 16].

13)   **Hedging Motion**. Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to (A) Continue Prepetition Hedging Practices, and (B) Perform Ancillary Transactions Related Thereto [Doc. No. 17].

14)   **Offering Memorandum and Consent Solicitation Statement** *Notice of Filing of (I) Offering Memorandum and Consent Solicitation Statement, (II) First Supplement Offering Memorandum and Consent Solicitation Statement, and (III) Second Supplement to Offering Memorandum and Consent Solicitation Statement* [Doc. No. 18].

# EXHIBIT B

Paul J. Keenan Jr. (habilitado *pro hac vice*)
Reginald Sainvil (habilitado *pro hac vice*)
Baker & McKenzie LLP
1111 Brickell Avenue, Piso 10
Miami, Florida 33130
Teléfono: 305-789-8900
Fax: 305-789-8953
Email: paul.keenan@bakermckenzie.com
       reginald.sainvil@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
Nueva York, Nueva York 10018
Teléfono: 212-626-4100
Fax: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Abogados Propuestos por el Deudor y*
*Deudor en Posesión*

**TRIBUNAL DE QUIEBRAS DE ESTADOS UNIDOS**
**PARA EL DISTRITO SUR DE NUEVA YORK**

| | |
|---|---|
| En referencia a: | Capítulo 11 |
| CREDIVALORES – CREDISERVICIOS S.A., | Número de Caso 24-10837 (DSJ) |
| Deudor. | |

_____/

**AVISO DE INICIO DE PROCEDIMIENTO DEL CAPÍTULO 11 Y**
**AUDIENCIA SOBRE PETICIONES DEL PRIMER DÍA**

**TENGA EN CUENTA QUE** el 16 de mayo del 2024 (la "**Fecha de la Petición**"),

Credivalores – Crediservicios S.A. ("**Credivalore**s"), como deudor y deudor en posesión (el

"**Deudor**") presentó una petición voluntaria de reparación en virtud del capítulo 11 del título 11

del Código de los Estados Unidos (el "**Código de Quiebras**"), en el Tribunal de Quiebras del

Distrito Sur de Nueva York (el "**Tribunal de Quiebras**").

**CONSIDERE TAMBIÉN QUE** se llevará a cabo una audiencia para considerar la

aprobación de ciertas peticiones y medidas presentadas por el Deudor el **lunes, 20 de mayo del**

**2024, a las 12:00pm** (hora del Este) (la "**Audiencia del Primer Día**"), ante el Honorable David S. Jones, Juez de Quiebras de los Estados Unidos en el Tribunal de Quiebras de Estados Unidos en el Distrito Sur de Nueva York, Tribunal 701, One Bowling Green, Nueva York, Nueva York 10004**.** Una lista de las peticiones y medidas previstas para la Audiencia del Primer Día se encuentran adjuntos en el **Anexo A.**

   **TENGA TAMBIÉN EN CUENTA QUE** la Audiencia del Primer Día será llevada a cabo en persona y a través de un Zoom del Gobierno. Las partes que deseen asistir telefónicamente o participar de manera remota en la Audiencia del Primer Día (sea "en vivo" o "modo escucha") deberán realizar una comparecencia electrónica a través de la pestaña "eCourtAppearances" en el sitio web del Tribunal: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl antes de las 4:00 p.m. (hora del Este) el día hábil anterior a la Audiencia del Primer Día (el "**Plazo de Comparecencia**"). Las instrucciones para participar por vía telefónica e información adicional sobre los procedimientos telefónicos del Tribual se encuentran en: https://www.nysb.uscourts.gov/ecourt-appearances. Una vez transcurrido el Plazo de Comparecencia, el Tribunal enviará por correo electrónico el enlace de Zoom para la Audiencia del Primer Día a las partes que hayan realizado una comparecencia electrónica.

   **TENGA TAMBIÉN EN CUENTA QUE** se pueden obtener copias gratuitas de las peticiones y medidas presentadas en la Fecha de la Petición del agente propuesto de avisos y reclamos del Deudor, Epiq Restructuring, LLC, en la liga https://dm.epiq11.com/case/credivalores/info o por una comisión vía PACER en la liga http://www.nysb.uscourts.gov/.

Fecha: 16 de mayo del 2024

**BAKER & McKENZIE LLP**

Por: <u>*/s/ Paul J. Keenan Jr.*</u>

    Paul J. Keenan Jr. (habilitado *pro hac vice*)
    Reginald Sainvil (habilitado *pro hac vice*)
    1111 Brickell Avenue, Piso 10
    Miami, Florida 33131
    Teléfono: 305-789-8900
    Fax: 305-789-8953
    Email: paul.keenan@bakermckenzie.com
         reginald.sainvil@bakermckenzie.com

    Blaire Cahn
    452 Fifth Avenue
    Nueva York, Nueva York10018
    Teléfono: 212-626-4100
    Fax: 212-310-1600
    Email: blaire.cahn@bakermckenzie.com

    *Abogado Propuesto por el Deudor y Deudor en Posesión*

<u>**ANEXO A**</u>

**PETICIONES Y MEDIDAS PARA EL
20 de mayo, 2024 a las 12:00 P.M. (hora del Este)**

1) **Presentación de la Petición**. *Petición del Deudor para la Emisión de una Orden (I) Programando una Audiencia Conjunta para Considerar la Suficiencia de la Declaración de Revelación y la Confirmación del Plan; (II) Aprobando la Forma y Manera de Notificar la Audiencia Conjunta; (III) Aprobando los Procedimientos de Solicitación; (IV) Ordenando que no se Convoque una Reunión de Acreedores; y (V) Otorgando la Exención Relacionada* [Documento No. 19].

2) **Petición de Prorroga para los Formatos SOFA/SOAL.** *Petición del Deudor para la Emisión de una Orden (I) Ampliando el Plazo para Presentar el formato de Activos y Pasivos y el formato de Asuntos Financieros; (II) Renunciando al Mismo tras la Confirmación del Plan de Reorganización Preparado de Antemano del Deudor bajo el Capítulo 11; y (III) Otorgando la Exención Relacionada* [Documento No. 11].

3) **Servicios.** *Petición del Deudor para que se dicte una Orden (A) Autorizando al Deudor a Continuar Pagando los Montos Adeudados a sus Proveedores de Servicios Extranjeros en el Curso Normal de Negocios, (B) Aprobando la Adecuada Garantía y los Procedimientos de Adecuada Garantía Propuestos por el Deudor para Considerar Proveedores de Servicios Extranjeros, (C) Prohibiendo a los Proveedores de Servicios Extranjeros de Alterar, Negar, o Discontinuar los Servicios Públicos por Falta de Pago de Pagos Anteriores a la Petición o por Cualquier Percepción de Insuficiencia de la Adecuada Garantía Propuesta por el Deudor, y (D) Otorgando la Exención Relacionada* [Documento No. 5].

4) **Petición sobre Seguros.** *Petición del Deudor para que se dicten Ordenes Provisionales y Finales Autorizando al Deudor a Mantener las Pólizas de Seguro Existentes, Pagando todas las Primas de Pólizas de Seguros Resultantes, Renovar o Adquirir en Nuevas Pólizas de Seguros, y Mantener el Programa de Seguros de los Prestamistas* [Documento No. 12].

5) **Petición sobre Impuestos.** *Petición del Deudor para que se dicten Ordenes Provisionales y Finales Autorizando (A) al Deudor a Pagar Impuestos Colombianos y Comisiones Regulatorias originados antes de la Petición en el Curso Ordinario de Negocios y (B) a las Instituciones Bancarias y Financieras a Honorar y Procesar Pagos Relacionados a Estos Conceptos* [Documento No. 9].

6) **Petición Sobre Salario de Empleados.** *Petición del Deudor para que se dicten Ordenes Provisionales y Finales (I) Autorizando al Deudor a Pagar (A) Salarios a los Empleados y Compensaciones y Obligaciones Relacionados originados antes de la Petición y (B) Mantener y Continuar los Beneficios a los Empleados después de la Petición y (II) Otorgando la Exención Relacionada* [Documento No. 14].

7) **Petición de Administración de Efectivo.** *Petición del Deudor para que se dicten Ordenes Provisionales y Finales (A) Autorizando a (i) Continuar el Uso del Sistema de*

*Administración de Efectivo Existente, (ii) Mantener las Cuentas Bancarias Existentes, y (iii) Continuar el Uso de Formularios de Negocios Existentes, (B) Autorizando a Continuar las Transacciones con Partes Relacionadas y Prácticas Históricas, y (C) Otorgando Exención de los Requerimientos de la Sección 345 (B) del Código de Quiebra* [Documento No. 6].

8) **Petición de Reclamos No Perjudicados.** *Petición de conformidad con 11 U.S.C. §§ 105, 363 And 503 and Fed. R. Bankr. P. 6003 And 6004 para la emisión de una orden que autoriza al deudor a pagar reclamaciones no perjudicadas en el curso normal de sus actividades comerciales* [Documento No. 10].

9) **Petición del Comité de Acreedores.** *Petición del Deudor para una orden según 11 U.S.C. § 341(E) para dispensar o retrasar la formación de un comité de acreedores no garantizados, o para el cumplimiento de Fed. R. Bankr. P. 207(B)* [Documento No. 13].

10) **Declaración del Primer Día.** *Declaración de Jaime Francisco Buriticá Leal en relación con (I) la Petición de Capítulo 11 y los Alegatos del Primer día y (II) de conformidad con la regla local 1007-2* [Documento No. 4].

11) **Petición de Suspensión Temporal.** *Petición del Deudor para la Emisión de una Orden (I) Haciendo Cumplir las Protecciones del Título 11 del Código de los Estados Unidos §§ 362, 365, 525, y 541; (II) Aprobando la Forma y Manera de la Notificación; y (III) Otorgando la Exención Relacionada* [Documento No. 15]

12) **Declaración de la Votación.** *Declaración de Jane Sullivan de Epiq Corporate Restructuring, LLC Respecto a la Solicitud de Votos y la Tabulación de los Votos Emitidos en el Plan Pre Acordado del procedimiento del Capítulo 11 del Código de Quiebras* [Documento No. 16].

13) **Petición de Contratos de Derivados.** *Petición del Deudor para que se dicten Ordenes Provisionales y Finales Autorizando al Deudor a (A) Continuar las Prácticas antes de la Petición de Cobertura con Instrumentos Derivados, y (B) Realizar Transacciones Accesorias Relacionadas* [Documento No. 17].

14) **Memorando de Oferta y Declaración de Solicitud de Consentimiento.** *Notificación de Presentación de (I)Memorando de Oferta y Declaración de Solicitud de Consentimiento, (II) Primer Suplemento del Memorando de Oferta y Declaración de Solicitud de Consentimiento, y (III) Segundo Suplemento del Memorando de Oferta y Declaración de Solicitud de Consentimiento* [Documento No. 18].



**EXHIBIT C**

# CREDIVALORES CREDISERVICIOS S.A.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AMERICAN SMART SYSTEM & NETWORKS | LTDA, ATTN: JOSE FERNANDO RODRIGUEZ CABRERA CR 49 A 91 31 BBR LA CASTELLANA BOGOTA, CUNDINAMARCA 1001 COLOMBIA |
| AMERICAS BUSINESS PROCESS SERVICES | SA, ATTN: OLGA LUCIA GARZON ABRIL AV EL DORADO 85 D 55 LC 149 BOGOTA, CUNDINAMARCA 1001 COLOMBIA |
| BAN100 S.A | ATTN: RICARDO VALDES CR 7 76 35 P 9 BOGOTA, CUNDINAMARCA 11001 COLOMBIA |
| BANCO DE BOGOTA | ATTN: CARLOS DAVILA CARRERA 3 NO. 8 – 13 PISO 8 CALI, VALLE DEL CAUCA 1001 COLOMBIA |
| BANCO DE OCCIDENTE | ATTN: LEONARDO JIMENEZ CRA 7 NO. 71 – 52 TORRE A PISO 1 BOGOTA, CUNDINAMARCA 1001 COLOMBIA |
| BANCOLOMBIA | ATTN: MARIA CRISTINA CADAVID VALENCIA, AVENIDA 8 NORTE NO. 12 N – 43 PISO 5 CALI, VALLE DEL CAUCA 1001 COLOMBIA |
| CENTRAL DE COBRANZAS SAS | ATTN: MONICA PATRICIA VELEZ ANGULO CR 43 95 20 BRR EL TABOR BARRANQUILLA, ATLANTICO 1001 COLOMBIA |
| CREDIBANCO SA | AK 68 75 A 50 METROPOLIS BOGOTA 1001 COLOMBIA |
| CUATRECASAS, GONCALVES PEREIRA | S.A.S, ATTN: MANUEL FERNANDO QUINCHE GONZALEZ CR 11 79 35 OF 701 BOGOTA, CUNDINAMARCA 1001 COLOMBIA |
| DELIMA MARSH | ATTN: YASNI GIOVANNETTI CL 67N 6N 85 CALI, VALLE DEL CAUCA 1001 COLOMBIA |
| DEUTSCHE BANK | ATTN: DEBT AND AGENCY SERVICES WINCHESTER HOUSE GREAT WINCHESTER ST 1 LONDON EC2N 2DB UNITED KINGDOM |
| DIRECCION DE IMPUESTOS Y ADUANAS | NACIONALES (DIAN) CR 7 34 69 BOGOTA, CUNDINAMARCA 1001 COLOMBIA |
| ECONTACT COL SAS | ATTN: EVARISTO CANETE DEL RIO CR 28 48 59 MANIZALES, CALDAS 1001 COLOMBIA |
| FINANZA INVERSIONES S.A.S | ATTN: MARIA CRISTINA ROJAS CARRERA 10 65-98 BOGOTA, CUNDINAMARCA 1001 COLOMBIA |
| FINLECO B P O SAS | ATTN: SERGIO ERNESTO REYES OROZCO CR 27B 68 96 BOGOTA, CUNDINAMARCA 1001 COLOMBIA |
| FONDO NACIONAL DE GARANTIAS | ATTN: MAYRA PEREZ CALLE 26 13-97 PISO25 BOGOTA, CUNDINAMARCA 1001 COLOMBIA |
| GRUPO CONSULTOR RA SAS | CL 29 BIS 6 58 OF 402 BOGOTA 1001 COLOMBIA |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATIONS P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| METLIFE COLOMBIA SEGUROS DE VIDA | S.A, ATTN: GUILLERMO RODRIGUEZ CR 7 99 53 P 17 BOGOTA, BOGOTA 1001 COLOMBIA |
| NORTON ROSE FULBRIGHT US LLP | (COUNSEL TO INDENT TTEE FOR THE OLD NOTES), ATTN: MARIAN BALDWIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 2; ATTN TARA TIANTIAN & MARK BRUH, ALEXANDER HAMILTON CUSTOM HOUSE,ONE BOWLING GREEN, ROOM 534 NEW YORK NY 10004-1408 |
| SECRETARIA DE HACIENDA BOGOTA | ATTN: ANA MARIA CADENA CARRERA 30 N.' 25-90 BOGOTA D.C. 11001 COLOMBIA |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: ANTONIA M. APPS, REGIONAL DIR 100 PEARL ST, STE 20-100 NEW YORK NY 10004-2616 |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS 100 F STREET, NE WASHINGTON DC 20549 |
| THE BANK OF NEW YORK MELLON | ATTN: CREDIVALORES – CREDISERVICIOS TRUSTEE – JOANNE ADAMIS 240 GREENWICH STREET, FLOOR 7 EAST NEW YORK NY 10286 |
| UNITED STATES ATTORNEYS OFFICE | SOUTHERN DISTRICT OF NEW YORK ATTN: TAX & BANKRUPTCY UNIT 86 CHAMBERS STREET, 3RD FLOOR NEW YORK NY 10007 |

**Total Creditor count: 27**

**EXHIBIT D**

# CREDIVALORES CREDISERVICIOS S.A.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALIANZA FIDUCIARIA | ATTN: CAMILO ACEVEDO AVENIDA 8 NORTE NO. 12 N – 43 PISO 5 CALI, VALLE DEL CAUCA 1001 COLOMBIA |
| BANCO DE BOGOTA | ATTN: DIANA MARITZA CARDENAS RUBIANO CARRERA 3 NO. 8 – 13 PISO 8 CALI, VALLE DEL CAUCA 1001 COLOMBIA |
| BANCO DE BOGOTA | ATTN: MARIA CRISTINA CADAVID VALENCIA AVENIDA 8 NORTE NO. 12 N – 43 PISO 5 CALI, VALLE DEL CAUCA 1001 COLOMBIA |
| BANCO DE BOGOTA S.A. | ATTN: JUAN FELIPE CANCINO PARRA CRA 7 NO 114 – 33 PISO 16 BOGOTA, CUNDINAMARCA 1001 COLOMBIA |
| BANCO DE OCCIDENTE | ATTN: MARIA CRISTINA CADAVID VALENCIA AVENIDA 8 NORTE NO. 12 N – 43 PISO 5 CALI, VALLE DEL CAUCA 1001 COLOMBIA |
| BANCO SANTANDER URUGUAY | ATTN: MARIA CRISTINA CADAVID VALENCIA AVENIDA 8 NORTE NO. 12 N – 43 PISO 5 CALI, VALLE DEL CAUCA 1001 COLOMBIA |
| BANCOLOMBIA | ATTN: AURELIO CHAMORRO AVENIDA 8 NORTE NO. 12 N – 43 PISO 5 CALI, VALLE DEL CAUCA 1001 COLOMBIA |
| BANCOLOMBIA | ATTN: CARLOS DAVILA CARRERA 3 NO. 8 – 13 PISO 8 CALI, VALLE DEL CAUCA 1001 COLOMBIA |
| BANCOLOMBIA | ATTN: DENISE GANDELMAN JULIO HERRERA Y OBES 1365 MONTEVIDEO – URUGUAY 1001 URUGUAY |
| BANCOLOMBIA | ATTN: DIANA MARITZA CARDENAS RUBIANO AVENIDA 8 NORTE NO. 12 N – 43 PISO 5 CALI, VALLE DEL CAUCA 1001 COLOMBIA |
| BANCOLOMBIA | ATTN: LEONARDO JIMENEZ CRA 7 NO. 71 – 52 TORRE A PISO 1 BOGOTA, CUNDINAMARCA 1001 COLOMBIA |
| BANCOLOMBIA | ATTN: MARIA CRISTINA CADAVID VALENCIA AVENIDA 8 NORTE NO. 12 N – 43 PISO 5 CALI, VALLE DEL CAUCA 1001 COLOMBIA |
| FIDUCIARIA BANCOLOMBIA S.A. | SOCIEDAD FIDUCIARIA CALLE 28 13A-75 BOGOTA, CUNDINAMARCA 1001 COLOMBIA |
| FIDUPREVISORA | ATTN: DIANA MARITZA CARDENAS RUBIANO CALLE 72 NO. 10 – 03 OFICINA 306 BOGOTA, CUNDINAMARCA 1001 COLOMBIA |
| PATRIMONIO AUTONOMO PA CREDIVALORES | CL 13 57 50 P3 BOGOTA D.C. 11001 COLOMBIA |
| SCOTIABANK COLPATRIA | ATTN: CARLOS DAVILA CARRERA 3 NO. 8 – 13 PISO 8 CALI, VALLE DEL CAUCA 1001 COLOMBIA |
| VALORES BANCOLOMBIA | ATTN: DIANA MARITZA CARDENAS RUBIANO AVENIDA 8 NORTE NO. 12 N – 43 PISO 5 CALI, VALLE DEL CAUCA 1001 COLOMBIA |
| VALORES BANCOLOMBIA | ATTN: PAULA BERNAL CARRERA 15 NO. 82 – 99 BOGOTA, CUNDINAMARCA 1001 COLOMBIA |

**Total Creditor count: 18**



**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| ADMINISTRADORA DE FONDOS DE | PENSIONES CESANTIAS PORVENIR SA CR 13 26 A 65 BOGOTA 1001 COLOMBIA |
| ADMINISTRADORA DE FONDOS DE | PENSIONES Y CESANTIAS PROTECCION S.A. CRA. 7 32-84 BOGOTA 1001 COLOMBIA |
| ALIANSALUD ENTIDAD PROMOTORA DE | SALUD SA CL 63 A 28 – 71 BOGOTA 1001 COLOMBIA |
| ASESORIAS FINANCIERAS DE CREDITO | S.A.S ASFICREDIT CR 10 65 98 P1 BOGOTA 1001 COLOMBIA |
| CAJA COMPENSACION FAMILIAR Y EPS | CR 68 49 A 47 BOGOTA 1001 COLOMBIA |
| CAJA DE COMPENSACION FAMILIAR DEL | CAQUET CR 68 49 A 47 BOGOTA 1001 COLOMBIA |
| CAPITAL SALUD ENTIDAD PROMOTORA DE | SALUD DEL REGIMEN SUBSIDIADO S.A.S. AV CRA 30 73-26 BOGOTA 1001 COLOMBIA |
| COLFONDOS S.A. PENSIONES Y | CESANTIAS CALLE 67 7 94 BOGOTA D.C. 11001 COLOMBIA |
| COLMEDICA MEDICINA PREPAGADA S A | CALLE 93 19 25 BOGOTA 1001 COLOMBIA |
| COOSALUD ENTIDAD PROMOTORA DE SALUD | S.A. CRA 10 65 98 BOGOTA D.C. 11001 COLOMBIA |
| CREAR NETWORK S.A.S. (BATCHES) | AUTOPISTA MEDELLIN KM3.5 VIA BOGOTA SIBERIA COSTADO N CENTRO EMPRSAR MTRO EDIFICIO CEN PISO 2 OFICINA BOGOTA 1001 COLOMBIA |
| DIRECCION DE IMPUESTOS Y ADUANAS | NACIONALES (DIAN) CR 7 34 69 BOGOTA, CUNDINAMARCA 1001 COLOMBIA |
| ENTIDAD PROMOTORA DE SALUD | FAMISANAR SAS CARRERA 13 A 77 A 63 BOGOTA 1001 COLOMBIA |
| ENTIDAD PROMOTORA DE SALUD SANITAS | S.A. CARRERA 13 A 77 A 63 BOGOTA 1001 COLOMBIA |
| EPS SURAMERICANA S.A. | CARRERA 63 49 A 31 PISO 1 ED CAMACOL MEDELLIN, ANTIOQUIA 1001 COLOMBIA |
| FONDO NACIONAL DEL AHORRO – | CESANTIAS CALLE 18 N 7 59 BOGOTA D.C. 11001 COLOMBIA |
| INSTITUTO COLOMBIANO DEBIENESTAR | FAMILIAR (ICBF) AV. CARRERA 68 64C – 75 BOGOTA 111061 COLOMBIA |
| LA ADMINISTRADORA COLOMBIANA DE | PENSIONES COLPENSIONES CARRERA 10 72 33 P 12 BOGOTA, DISTRITO CAPITAL DE BOGOTA 1001 COLOMBIA |
| NUEVA EMPRESA PROMOTORA DE SALUD | S.A. CARRERA 85 K 46 A 66 PISO 2 Y 3 BOGOTA, DISTRITO CAPITAL DE BOGOTA 1001 COLOMBIA |
| PANAMERICAN LIFE DE COLOMBIA | COMPANIA CR 7 75 09 BOGOTA D.C. 11001 COLOMBIA |
| PORVENIR SA | CR 13 27 75 BOGOTA D.C. 11001 COLOMBIA |
| PROTECCION S.A | CRA. 7 32-84 BOGOTA 1001 COLOMBIA |
| SALUD TOTAL ENTIDAD PROMOTORA DE | SALUD DEL REGIMEN CONTRIBUTIVO Y DEL REGIMEN SUBSIDIADO S.A. CARRERA 13 NO. 32 76 PISO 1 BOGOTOA 1001 COLOMBIA |
| SEGUROS DE VIDA SURAMERICANA S.A. | CRA 64B 49A 30 MEDELLIN, ANTIOQUIA 05001 COLOMBIA |
| SEGUROS GENERALES SURAMERICANA S.A. | CRA 63 49A 31 P1 ED CAMACOL MEDELLIN, ANTIOQUIA 05001 COLOMBIA |
| SERVICIO NACIONAL DE APRENDIZAJE | (SENA) CR 13 65 10 BOGOTA D.C. 11001 COLOMBIA |
| SKANDIA PENSIONES Y CESANTIAS S.A. | AV 19 113 30 BOGOTA D.C. 11001 COLOMBIA |
| SOCIEDAD ADMINISTRADORA DE FONDOS | DE PENSIONES Y CESANTIAS PORVENIR S.A. CRA. 68D 13 BOGOTA 1001 COLOMBIA |
| SOCIEDAD ADMINISTRADORA DE FONDOS | DE PENSIONES Y CESANTIAS PORVENIR S.A. CARRERA 13 26 A 65 BOGOTA 1001 COLOMBIA |
| SOFTLAND COLOMBIA S.A.S. | CR 7 71 52 TO B P 17 ED LOS VENADOS BOGOTA 1001 COLOMBIA |

**Total Creditor count: 30**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| ALIANSALUD ENTIDAD PROMOTORA DE | SALUD SA CL 63 A 28 – 71 BOGOTA 1001 COLOMBIA |
| ALLIANZ SEGUROS S.A. | CARRERA 13A NO. 29 – 24 BOGOTA D.C. 11001 COLOMBIA |
| CARDIF COLOMBIA SEGUROS GENERALES | S.A. ATTN: EDGAR HUMBERTO GOMEZ QUINONEZ CR 7 75 66 P 10 BOGOTA, CUNDINAMARCA 1001 COLOMBIA |
| CHUBB SEGUROS COLOMBIA S.A. | CR 7 71 21 TO B P 7 BOGOTA 1001 COLOMBIA |
| MAPFRE SEGUROS GENERALES DE | COLOMBIA S.A CARRERA 14 NO 96–34 BOGOTA D.C. 11001 COLOMBIA |
| METLIFE COLOMBIA SEGUROS DE VIDA | S.A. CR 7 99 53 P 17 BOGOTA 1001 COLUMBIA |
| PANAMERICAN LIFE DE COLOMBIA | COMPANIA CR 7 75 09 BOGOTA D.C. 11001 COLOMBIA |
| SEGUROS GENERALES SURAMERICANA S.A. | CRA 63 49A 31 P1 ED CAMACOL MEDELLIN, ANTIOQUIA 05001 COLOMBIA |
| SEGUROS SURA COLOMBIA | CARRERA 63 49 A 31 PISO 1 ED CAMACOL MEDELLIN, ANTIOQUIA 1001 COLOMBIA |
| SEGUROS SURA COLOMBIA | CRA 64B 49A 30 BOGOTA DC, CUNDINAMARCA 1001 COLOMBIA |

**Total Creditor count: 10**



**EXHIBIT G**

# CREDIVALORES CREDISERVICIOS S.A.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALCALDIA DEL MUNICIPIO ARMENIA | ATTN: YEISON ANDRES PEREZ LOTERO CARRERA 16 15-28 CENTRO ADMINISTRATIVO MUNICIPAL ARMENIA, QUINDIO 1001 COLOMBIA |
| ALCALDIA DEL MUNICIPIO ARMENIA | CRA 17 16 00 CENTRO ADMON MUNICIPAL MUNICIPAL CAM TERCER PISO ARMENIA ARMENIA, QUINDIO 63001 COLOMBIA |
| ALCALDIA DEL MUNICIPIO BARRANQUILLA | ATTN: EMELITH BARRAZA BARRIOS CALLE 34 NO. 43-31 BARRANQUILLA, ATLANTICO 1001 COLOMBIA |
| ALCALDIA DEL MUNICIPIO CALI | ATTN: MARIA MERCEDES PRADO DAZA CENTRO ADMINISTRATIVO MUNICIPAL AVENIDA 2 NORTE 10-70, SANTIAGO DE CALI VALLE DEL CAUCA 1001 COLOMBIA |
| ALCALDIA DEL MUNICIPIO CALI | CENTRO ADMINISTR. MUNIC. (CAM) AVENIDA 2 NORTE 10 – 70 CALI VALLE DEL CAUCA 1001 COLOMBIA |
| ALCALDIA DEL MUNICIPIO CARTAGENA | ATTN: MARIA CAMILA SALAS SALAS CRA. 2 36-86 CARTAGENA, BOLIVAR 1001 COLOMBIA |
| ALCALDIA DEL MUNICIPIO CUCUTA | ATTN: MARIA VIRGINIA VALENCIA JIMENEZ CALLE 11 N'. 5-49 CENTRO 1ER PISO CUCUTA, NORTE DE SANTANDER 1001 COLOMBIA |
| ALCALDIA DEL MUNICIPIO IBAGUE | ATTN: GUILLERMO VALLEJO CARRERA 3A ENTRE CALLES 10A Y 11 IBAGUE, TOLIMA 73001 COLOMBIA |
| ALCALDIA DEL MUNICIPIO IBAGUE | CL 9 2 59 IBAGUE, TOLIMA 73001 COLOMBIA |
| ALCALDIA DEL MUNICIPIO MANIZALES | ATTN: MANUEL GONZALEZ HURTADO CALLE 19 NO. 21-44 MANIZALES, CALDAS 17001 COLOMBIA |
| ALCALDIA DEL MUNICIPIO MEDELLIN | ATTN: ORLANDO URIBE VILLA CALLE 44 52 – 165 MEDELLIN, ANTIOQUIA 05001 COLOMBIA |
| ALCALDIA DEL MUNICIPIO NEIVA | ATTN: OSCAR IVAN LEIVA BOCANEGRA CARRERA 5 NO. 9-74 PISO 1 NEIVA, HUILA 41001 COLOMBIA |
| ALCALDIA DEL MUNICIPIO PEREIRA | ATTN: DORA PATRICIA OSPINA PARRA CRA. 7 NO. 18-55 PEREIRA, RISARALDA. 66001 COLOMBIA |
| ALCALDIA DEL MUNICIPIO SANTA MARTA | ATTN: EDSON MANJARRES BOLANO CALLE 14 NO. 2 – 49, PALACIO MUNICIPAL SANTA MARTA, MAGDALENA 47001 COLOMBIA |
| ALCALDIA DEL MUNICIPIO SINCELEJO | ATTN: YOVANIS BENAVIDES CASTANEDA CALLE 28 25 A 246 SINCELEJO, SUCRE 1001 COLOMBIA |
| ALCALDIA DEL MUNICIPIO SINCELEJO | CR 18 23 2 P 2 ED CAJA AGRARIA SINCELEJO, SUCRE 70001 COLOMBIA |
| ALCALDIA DEL MUNICIPIO VALLEDUPAR | ATTN: LILY MENDOZA CARRERA 5 15-69, PLAZA ALFONSO LOPEZ PLAZA ALFONSO LOPEZ VALLEDUPAR, CESAR 20001 COLOMBIA |
| DIRECCION DE IMPUESTOS NACIONALES | DIAN ATTN: ANDRES FERNANDO PARDO QUIROGA DIAGONAL 92 17A – 42 BOGOTA DC 1001 COLOMBIA |
| DIRECCION DE IMPUESTOS Y ADUANAS | NACIONALES (DIAN) CR 7 34 69 BOGOTA, CUNDINAMARCA 1001 COLOMBIA |
| SECRETARIA DE HACIENDA BOGOTA | ATTN: ANA MARIA CADENA CARRERA 30 N.' 25-90 BOGOTA D.C. 11001 COLOMBIA |

**Total Creditor count: 20**



**EXHIBIT H**

# CREDIVALORES CREDISERVICIOS S.A.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ACUEDUCTO METROPOLITANO DE | BUCARAMANGA DG 32 30A 51 BUCARAMANGA, SANTANDER 68001 COLOMBIA |
| AGUAS DE LA SABANA | AUTOPISTA MEDELLIN KM 3 9 CENTRO E COTA MEDELLIN 1001 COLOMBIA |
| AGUAS DE MANIZALES | CLL 62 23 61 EDIF PLAZA 62 MANIZALES, CALDAS 17001 COLOMBIA |
| AGUAS DE MONTERIA | CLL 98 9 A 41 OF 601 BOGOTA D.C. 11001 COLOMBIA |
| AGUAS DE TUNJA | CR 3 ESTE 11 20 TUNJA, BOYACA 15001 COLOMBIA |
| AGUAS KPITAL DE CUCUTA | AV 1 1 83 CUCUTA, NORTE DE SANTANDER 54001 COLOMBIA |
| AIR-E | CR 55 NO 72 109 PI 6 BARRANQUILLA, ATLANTICO 08001 COLOMBIA |
| AQUA OCCIDENTE | CALLE 31 29 14 OF 201 PALMIRA, VALLE DEL CAUCA 76520 COLUMBIA |
| AQUALIA LATINOAMERICA S.A. E.S. | PCARIBEMAR DE LA COSTA CARRERA 13 B 26 78 EDIFICIO CHAMBACU PISO 3 CARTAGENA, BOLIVAR 1001 COLOMBIA |
| CARIBEMAR DE LA COSTA | CR 55 72 109 P 6 ED CENTRO EJECUTIVO II BARRANQUILLA, ATLANTICO 08001 COLOMBIA |
| CELSIA COLOMBIA S.A. E.S.P. | CL 15 29 3 AUT CALI YUMBO YUMBO, VALLE DEL CAUCA 76892 COLOMBIA |
| CENTRAL HIDROELECTRICA DE CALDAS SA | ESP KM 1 AUTOPISTA DEL CAFE MANIZALES, CALDAS 17001 COLOMBIA |
| CENTRALES ELECTRICAS DE NORTE DE | CR 1 65 98 P 4 CUCUTA, NORTE DE SANTANDER 54001 COLOMBIA |
| CENTRALES ELECTRICAS DEL HUILA S.A. | OFICINA SAIRE: CARRERA 18 CALLE 9 NEIVA NEIVA, HUILA 1001 COLOMBIA |
| CENTURYLINK | F/A/K QWEST COMMUNICATIONS COMPANY LLC ATTN LEGAL BANKRUPTCY 1025 EL DORADO BLVD BROOMFIELD CO 80021 |
| COLOMBIA TELECOMUNICACIONES SA ESP | BIC TV 60 114 A 55 BOGOTA 1001 COLOMBIA |
| COLOMBIANA DE COMERCIO S.A. | CL 11 31 A 42 BOGOTA 1001 COLOMBIA |
| COMPANIA DE JESUS | CR 25 39 79 BOGOTA 1001 COLUMBIA |
| COMPANIA ENERGETICA DE OCCIDENTE | CARRERA 7 1 N 28 ED NEGRET 4 PISO POPAYN CAUCA 1001 COLOMBIA |
| COMUNICACION CELULAR SA - COMCEL SA | (CLARO) CR 68 A 24 B 10 BOGOTA 1001 COLOMBIA |
| CORBETA S.A. Y /O ALKOSTO S.A. | ALMACENES EXITO CL. 11 31A-42 BOGOTA, CUNDINAMARCA 1001 COLOMBIA |
| EDIFICIO QBE CENTRAL DE SEGUROS SA | PROPIEDAD HORIZONTAL CR 7 76 35 1001 BOGOTA |
| ELECTRIFICADORA DE SANTANDER S.A. | E.S.P. CR 19 24 56 BUCARAMANGA, SANTANDER 68001 COLOMBIA |
| ELECTRIFICADORA DEL CAQUETA S.A.ESP | CL 2 9 54 FLORENCIA, CAQUETA 18001 COLOMBIA |
| ELECTRIFICADORA DEL META | BARZAL ALTO VIA AZOTEA VILLAVICENCIO, META 50001 COLOMBIA |
| EMP DE SERVICIOS PUBLICOS DE LA | VIRGINIA CALLE 15 N 5C-65 BOGOTA D.C. 11001 COLOMBIA |
| EMPRESA DE ACUEDUCTO Y | ALCANTARILLADO AV 15 6 48 IBAGUE, TOLIMA 73001 COLOMBIA |
| EMPRESA DE AGUAS DE GIRARDOT, | RICAURTE Y LA REGION S.A. E.S.P. AVENIDA 30 7B-11 ESQUINA BARRIO BLANCO GIRARDOR, CUNDINAMARCA 1001 COLOMBIA |
| EMPRESA DE ENERGIA DE BOYACA S.A | E.S.P. CR 10 15 87 TUNJA, BOYACA 15001 COLOMBIA |
| EMPRESA DE ENERGIA DEL QUINDIO SA | CR 13 14 17 ARMENIA, QUINDIO 63001 COLOMBIA |
| EMPRESA DE OBRAS SANITARIAS DE | CALDAS CR 3 12 18 ALMACEN LA DORADA, CALDAS 17380 COLOMBIA |
| EMPRESA DE RECURSOS TECNOLOGICOS | S.A. AVENIDA 2 B 23 N 47 P 2 CALI VALLE DEL CAUCA 1001 COLUMBIA |
| EMPRESA DE SERVICIOS DE FLORENCIA | CR 12 14 23 FLORENCIA, CAQUETA 18001 COLOMBIA |
| EMPRESA DE SERVICIOS PUBLICOS DEL | DISTRITO DE SANTA MARTA E.S.P. CALLE 70 N 12-4 BODEGAS GAIRA SANTA MARTA - MAGDALENA 1001 COLUMBIA |
| EMPRESA DE SVCS PUBLICO DE | VALLEDUPAR SA CL 15 #15-40 VALLEDUPAR 1001 COLUMBIA |
| EMPRESA DE TELECOMUNICACIONES DE | BOGOTA CARRERA 8 NO. 20 - 56 PISO 9 BOGOTA D.C. 1001 COLOMBIA |
| EMPRESAS MUNICIPALES DE CALI | EICEESPEMPRESA DE SERVICIOS PUBLICOS DE VALLEDUPAR S.A. CRA1C1 68-11 CALI, VALLE DEL CAUCA 1001 COLOMBIA |
| EMPRESAS PUBLICAS DE ARMENIA | CR 16 CL 17 ED CAM ARMENIA, QUINDIO 63001 COLOMBIA |
| EMPRESAS PUBLICAS DE MEDELLIN | CR 50 46 46 BELLO MEDELLIN, ANTIOQUIA 05001 COLOMBIA |
| ENEL COLOMBIA S.A. E.S.P | CARRERA 13A NO. 93 - 66 BOGOTA, CUNDINAMARCA 1001 COLOMBIA |
| ENERGIA DE PEREIRA | CRA 10 17 35 ED TORRE CENTRAL PEREIRA, RISARALDA 66001 COLOMBIA |
| ENERTOTAL S A E S P | AV 4 N 6N 67 OF 401 CALI, VALLE DEL CAUCA 76001 COLOMBIA |
| EPM TELECOMUNICACIONES | CR 58 42 125 MEDELLIN, ANTIOQUIA 05001 COLOMBIA |
| ERT VALLE DEL CAUCA S.A. ESP | AV 1 5 8 BUENAVENTURA, VALLE DEL CAUCA 76109 COLOMBIA |
| HERNANDO DIAZ LOPEZ | ADDRESS ON FILE |

| Claim Name | Address Information |
|---|---|
| LAS CEIBAS | DIRECCION: CALLE 6 6 – 02 NEIVA, HUILA 1001 COLOMBIA |
| PCARIBEMAR DE LA COSTA | CARRERA 13 B 26–78 EDIFICIO CHAMBACU PISO 3 CARTAGENA, BOLIVAR 1001 COLOMBIA |
| SOCIEDAD PRODUCTORA DE ENERGIA DE | SAN ANDRES Y PROVIDENCIA S.A. E.S.P. AV. PROVIDENCIA N' 4 – 135 SAN ANDRES 1001 COLOMBIA |
| TRIPLE A SA ESP | CL 63 B 36 ESQ BARRANQUILLA, ATLANTICO 08001 COLOMBIA |

**Total Creditor count: 49**

# EXHIBIT I

| Name | Email Address |
|---|---|
| INTERNAL REVENUE SERVICES | victoria.g.mosby@irs.gov; millie.h.agent@irs.gov |
| NORTON ROSE FULBRIGHT US LLP | marian.baldwin@nortonrosefulbright.com |
| OFFICE OF THE UNITED STATES TRUSTEE | tara.tiantian@usdoj.gov; mark.bruh@usdoj.gov |
| SECURITIES AND EXCHANGE COMMISSION | bankruptcynoticeschr@sec.gov |

| Creditor Name | Email Address |
|---|---|
| AMERICAN SMART SYSTEM & NETWORKS LTDA | earias@asnetla.com; ytorres@asnetla.com; asnet@asnetla.com; gtorres@asnetla.com; ytorres@asnetla.com; frodriguez@asnetla.com |
| AMERICAS BUSINESS PROCESS SERVICES SA | olga.garzon@americasbps.com; cristian.hernandezh@americasbps.com |
| BAN100 S.A | rvaldes@ban100.com.co |
| BANCO DE BOGOTA | cdavil1@bancodebogota.com.co |
| BANCO DE OCCIDENTE | ljimenez@bancodeoccidente.com.co |
| BANCOLOMBIA | mccadavi@bancolombia.com.co |
| CENTRAL DE COBRANZAS SAS | jherrera@centraldecobranzasltda.com; velezmonica@centraldecobranzasltda.com |
| CREDIBANCO SA | representantelegalcredibanco@credibanco.com; andresm.gomez@credibanco.com; carlos.deluque@credibanco.com |
| CUATRECASAS, GONCALVES PEREIRA S.A.S | manuel.quinche@cuatrecasas.com |
| DELIMA MARSH | yasni.giovannetti@marsh.com; alexander.botello@marsh.com; andres.c.poveda@marsh.com |
| DEUTSCHE BANK | tss-gds.row@db.com |
| DIRECCION DE IMPUESTOS Y ADUANAS | direcciongeneral@dian.gov.co |
| ECONTACT COL SAS | jhoyos@emergiacc.com; aagudelo@emergiacc.com |
| FINANZA INVERSIONES S.A.S | notificaciones@finanzainversiones.com |
| FINLECO B P O SAS | ernesto.reyes@finlecobpo.com; sergio.reyes@finlecobpo.com; contabilidad@finlecobpo.com; comercial@finlecobpo.com; sergio.reyes@finlecobpo.com |
| FONDO NACIONAL DE GARANTIAS | garantiabonos@fng.gov.co |
| GRUPO CONSULTOR RA SAS | sandrarap72@hotmail.com |
| METLIFE COLOMBIA SEGUROS DE VIDA S.A | guillermo.a.rodriguez@metlife.com.co |
| SECRETARIA DE HACIENDA BOGOTA | cobrohacienda@shd.gov.co; certificados@shd.gov.co |
| THE BANK OF NEW YORK MELLON | joanne.adamis@bnymellon.com |



**EXHIBIT J**

| Name | Email Address |
|---|---|
| ALIANZA FIDUCIARIA | camaceve@bancolombia.com.co |
| BANCO DE BOGOTA | dcardena@bancolombia.com.co |
| BANCO DE BOGOTA | mccadavi@bancolombia.com.co |
| BANCO DE BOGOTA S.A. | juan1.cancino@scotiabank.com.co |
| BANCO DE OCCIDENTE | mccadavi@bancolombia.com.co |
| BANCO SANTANDER URUGUAY | mccadavi@bancolombia.com.co |
| BANCOLOMBIA | aurelio_chamorro@coomeva.com.co |
| BANCOLOMBIA | cdavil1@bancodebogota.com.co |
| BANCOLOMBIA | egandelman@santander.com.uy |
| BANCOLOMBIA | dcardena@bancolombia.com.co |
| BANCOLOMBIA | ljimenez@bancodeoccidente.com.co |
| BANCOLOMBIA | mccadavi@bancolombia.com.co |
| FIDUCIARIA BANCOLOMBIA S.A. | dcardena@bancolombia.com.co |
| FIDUPREVISORA | dcardena@bancolombia.com.co |
| PATRIMONIO AUTONOMO PA CREDIVALORES | fiducoomeva@coomeva.com.co |
| SCOTIABANK COLPATRIA | cdavil1@bancodebogota.com.co |
| VALORES BANCOLOMBIA | dcardena@bancolombia.com.co |
| VALORES BANCOLOMBIA | pbernal@alianza.com.co |

**EXHIBIT K**

| Name | Email Address |
|---|---|
| ADMINISTRADORA DE FONDOS DE PENSIONES | johanna.alba@proteccion.com.co |
| ALIANSALUD ENTIDAD PROMOTORA DE SALUD SA | oficinavirtual@aliansalud.com.co |
| ASESORIAS FINANCIERAS DE CREDITO S.A.S | jpmachado@asficredito.com |
| CAJA COMPENSACION FAMILIAR Y EPS | etica@compensar.com |
| CAJA DE COMPENSACION FAMILIAR DEL CAQUET | atencionalusuario@comfaca.com |
| CAPITAL SALUD ENTIDAD PROMOTORA DE | coormedico@capitalsalud.gov.co; paucontributivo@capitalsalud.gov.co |
| COLFONDOS S.A. PENSIONES Y CESANTIAS | procesosjudiciales@colfondos.com.co |
| COLMEDICA MEDICINA PREPAGADA S A | procesosjudiciales@colfondos.com.co |
| COOSALUD ENTIDAD PROMOTORA DE SALUD S.A. | defensorusuario@coosalud.com |
| CREAR NETWORK S.A.S. (BATCHES) | produccion1@crear-id.com |
| DIRECCION DE IMPUESTOS Y ADUANAS | direcciongeneral@dian.gov.co |
| ENTIDAD PROMOTORA DE SALUD FAMISANAR SAS | servicioalcliente@famisanar.com.co; baqueroe80@gmail.com |
| ENTIDAD PROMOTORA DE SALUD SANITAS S.A. | comunicacioneseps@colsanitas.com; jeamora@epssanitas.com |
| EPS SURAMERICANA S.A. | notificacionesjudiciales@suramericana.com.co |
| FONDO NACIONAL DEL AHORRO - CESANTIAS | contactenos@fna.gov.co |
| INSTITUTO COLOMBIANO DEBIENESTAR | direccion.general@icbf.gov.co |
| LA ADMINISTRADORA COLOMBIANA DE | contacto@colpensiones.gov.co; ljprietoz@colpensiones.gov.co |
| NUEVA EMPRESA PROMOTORA DE SALUD S.A. | secretaria.general@nuevaeps.com.co; mary.palencia@nuevaeps.com.co |
| PANAMERICAN LIFE DE COLOMBIA COMPANIA | jluque2@palig.com |
| PORVENIR SA | notificacionesjudiciales@porvenir.com.co |
| PROTECCION S.A | johanna.alba@proteccion.com.co |
| SALUD TOTAL ENTIDAD PROMOTORA DE | notificacionesjud@saludtotal.com.co |
| SEGUROS DE VIDA SURAMERICANA S.A. | fesegurosdevida@sura.com.co |
| SEGUROS GENERALES SURAMERICANA S.A. | fesegurosgenerales@sura.com.co |
| SERVICIO NACIONAL DE APRENDIZAJE (SENA) | judicialdirecciong@sena.edu.co |
| SKANDIA PENSIONES Y CESANTIAS S.A. | colombia@kpmg.com.co |
| SOCIEDAD ADMINISTRADORA DE FONDOS | lmcastiblanco@porvenir.com.co; padillapatricia1@hotmail.com |
| SOCIEDAD ADMINISTRADORA DE FONDOS DE | lmcastiblanco@porvenir.com.co; padillapatricia1@hotmail.com |
| SOFTLAND COLOMBIA S.A.S. | contacto@softland.com.co |



**EXHIBIT L**

| Name | Email Address |
|---|---|
| ALIANSALUD ENTIDAD PROMOTORA DE SALUD SA | oficinavirtual@aliansalud.com.co |
| ALLIANZ SEGUROS S.A. | jose.orduz@wtw.co.com |
| CARDIF COLOMBIA SEGUROS GENERALES S.A. | impuestos.colombia@cardif.com.co |
| CHUBB SEGUROS COLOMBIA S.A. | servicioalcliente.co@chubb.com |
| MAPFRE SEGUROS GENERALES DE COLOMBIA S.A | mapfre@mapfre.com |
| METLIFE COLOMBIA SEGUROS DE VIDA S.A | guillermo.a.rodriguez@metlife.com.co |
| PANAMERICAN LIFE DE COLOMBIA COMPANIA | jluque2@palig.com |
| SEGUROS GENERALES SURAMERICANA S.A. | fesegurosgenerales@sura.com.co |
| SEGUROS SURA COLOMBIA | fesegurosdevida@sura.com.co |



**EXHIBIT M**

| Name | Email Address |
|---|---|
| ALCALDIA DEL MUNICIPIO ARMENIA | notificacionesjudiciales@armenia.gov.co |
| ALCALDIA DEL MUNICIPIO BARRANQUILLA | notijudiciales@barranquilla.gov.co |
| ALCALDIA DEL MUNICIPIO CALI | maria.prado@cali.gov.co |
| ALCALDIA DEL MUNICIPIO CALI | adriana.rios@cali.gov.co |
| ALCALDIA DEL MUNICIPIO CARTAGENA | notificacionesjudicialesadministrativo@cartagena.gov.co; alcalde@cartagena.gov.co |
| ALCALDIA DEL MUNICIPIO CUCUTA | notificaciones_judiciales@cucuta.gov.co |
| ALCALDIA DEL MUNICIPIO IBAGUE | prensa@ibague.gov.co; alcaldesa@ibague.gov.co |
| ALCALDIA DEL MUNICIPIO MANIZALES | notificaciones@manizales.gov.co |
| ALCALDIA DEL MUNICIPIO MEDELLIN | noti.procuraduria@medellin.gov.co |
| ALCALDIA DEL MUNICIPIO NEIVA | notificacionesjudiciales@alcaldianeiva.gov.co; alcaldia@alcaldianeiva.gov.co |
| ALCALDIA DEL MUNICIPIO PEREIRA | notificaciones_judicialesalcaldia@pereira.gov.co |
| ALCALDIA DEL MUNICIPIO SANTA MARTA | micolombia@micolombia.gov.co |
| ALCALDIA DEL MUNICIPIO SINCELEJO | contactenos@sincelejo.gov.co |
| ALCALDIA DEL MUNICIPIO VALLEDUPAR | alcaldia@velledupar-cesar.gov.co |
| DIRECCION DE IMPUESTOS NACIONALES DIAN | direcciongeneral@dian.gov.co |
| DIRECCION DE IMPUESTOS Y ADUANAS | direcciongeneral@dian.gov.co |
| SECRETARIA DE HACIENDA BOGOTA | notificacionesjudiciales@secretariajuridica.gov.co |

**EXHIBIT N**

| Name | Email Address |
|---|---|
| ACUEDUCTO METROPOLITANO DE BUCARAMANGA | notificacionesjudiciales@amb.com.co |
| AGUAS DE LA SABANA | info@asb.com.co |
| AGUAS DE MANIZALES | atencion.cliente@aguasdemanizales.com.co; notificacionesjudiciales@aguasdemanizales.com.co |
| AGUAS DE MONTERIA | co.notificacionesjudiciales.monteria@veolia.com |
| AGUAS DE TUNJA | daniel.bermond@veolia.com; munir-ali.turan@veolia.com; herve.carlioz@veolia.com; maxime.dorgere@veolia.com |
| AGUAS KPITAL DE CUCUTA | gerencia@akc.co |
| AIR-E | notificaciones.judiciales@air-e.com |
| AQUA OCCIDENTE | notificacionesjudiciales@aquaoccidente.com |
| AQUALIA LATINOAMERICA S.A. E.S. | info.colombia@aqualia.com |
| CARIBEMAR DE LA COSTA | jepaterminan@energiacaribemas.co |
| CELSIA COLOMBIA S.A. E.S.P. | servicioalcliente@celsia.com.com.co |
| CENTRAL HIDROELECTRICA DE CALDAS SA ESP | chec@chec.com.co |
| CENTRALES ELECTRICAS DE NORTE DE | soporte.clientes@cens.com.co |
| CENTRALES ELECTRICAS DEL HUILA S.A. | radicacion@electrohuila.co |
| CENTURYLINK | bankruptcylegal@centurylink.com; bmg.bankruptcy@centurylink.com |
| COLOMBIA TELECOMUNICACIONES SA ESP BIC | canal.denuncias.co@telefonica.com |
| COLOMBIANA DE COMERCIO S.A. | info@corbeta.com.co |
| COMPANIA DE JESUS | admon@jesuitas.org.co |
| COMPANIA ENERGETICA DE OCCIDENTE | pqrceo@ceoesp.com |
| COMUNICACION CELULAR SA - COMCEL SA | solucionesclaro@claro.com.co |
| CORBETA S.A. Y /O ALKOSTO S.A. ALMACENES | info@corbeta.com.co |
| EDIFICIO QBE CENTRAL DE SEGUROS SA | claims@qbe.co |
| ELECTRIFICADORA DE SANTANDER S.A. E.S.P. | essa@essa.com.co |
| ELECTRIFICADORA DEL CAQUETA S.A.ESP | contactenos@electrocaqueta.com.co |
| ELECTRIFICADORA DEL META | pqr@emsa-esp.com.co |
| EMP DE SERVICIOS PUBLICOS DE LA VIRGINIA | contactenos@esp-lavirginia-risaralda.gov.co |
| EMPRESA DE ACUEDUCTO Y ALCANTARILLADO | gerencia@edat.gov.co |
| EMPRESA DE AGUAS DE GIRARDOT, | reclamos@acuagyr.com |
| EMPRESA DE ENERGIA DE BOYACA S.A E.S.P. | servicioalcliente@ebsa.com.co |
| EMPRESA DE ENERGIA DEL QUINDIO SA | www.edeq.com.co |
| EMPRESA DE OBRAS SANITARIAS DE CALDAS | atencionalciudadano@caldas.gov.co |
| EMPRESA DE RECURSOS TECNOLÓGICOS S.A. | ertcali@ert.com.co |
| EMPRESA DE SERVICIOS DE FLORENCIA | gerencia@servaf.com; servafsaesp@servafsaesp.com |
| EMPRESA DE SERVICIOS PÚBLICOS DEL | correspondencia@essmar.gov.co |
| EMPRESA DE SVCS PÚBLICO DE VALLEDUPAR SA | juridica@emdupar.gov.co |
| EMPRESA DE TELECOMUNICACIONES DE BOGOTA | clientes @etb.net.co |
| EMPRESAS MUNICIPALES DE CALI | notificaciones@emcali.com.co |
| EMPRESAS PUBLICAS DE ARMENIA | comercial@epa.gov.co |
| EMPRESAS PUBLICAS DE MEDELLIN | epm@epm.com.co |
| ENEL COLOMBIA S.A. E.S.P | atencionfonoempresas@enel.com |
| ENERGIA DE PEREIRA | notificacionesjudiciales@eep.com.co |
| ENERTOTAL  S A E S P | servicioalcliente@enertotalesp.com |
| EPM TELECOMUNICACIONES | www.epm.com.co |
| ERT VALLE DEL CAUCA S.A. ESP | ertcali@ert.com.co |
| LAS CEIBAS | info@lasceibas.gov.co |
| PCARIBEMAR DE LA COSTA | serviciosjuridicos@afina.com.co |

| Name | Email Address |
|---|---|
| SOCIEDAD PRODUCTORA DE ENERGIA DE SAN | info@sopesa.com |
| TRIPLE A SA ESP | cliente@aaa.com.co |



**EXHIBIT O**

| Name | Contact | Fax |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: TARA TIANTIAN & MARK BRUH | 212-668-2361 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: LEGAL DEPARTMENT | 202-772-9295 |

| Name | Contact | Fax |
|---|---|---|
| ADMINISTRADORA DE FONDOS DE PENSIONES | ATTN: LEGAL DEPARTMENT | 5713214378426-6016012525 |
| CREAR NETWORK S.A.S. (BATCHES) | ATTN: LEGAL DEPARTMENT | 5713004698304-601 821 91 15 |
| PROTECCION S.A | ATTN: LEGAL DEPARTMENT | 5713214378426-6016012525 |
| SOCIEDAD ADMINISTRADORA DE FONDOS DE | ATTN: LEGAL DEPARTMENT | 6017434441 |