Marian Baldwin Fuerst
Francisco Vazquez
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, New York  10019-6022
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
E-mail: marian.baldwin@nortonrosefulbright.com
  francisco.vazquez@nortonrosefulbright.com

*Counsel for The Bank of New York Mellon*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CREDIVALORES – CREDISERVICIOS S.A.<br><br>                    Debtor. | Chapter 11<br><br>Case No. 24-10837 (DSJ) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that The Bank of New York Mellon ("**BNY Mellon**"), in its capacity as indenture trustee, hereby appears in this chapter 11 case by its counsel, Norton Rose Fulbright US LLP, and demands, pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), that all notices given in this case and all papers served or required to be served in this case, be given to and served upon counsel at the addresses set forth below.  E-mail addresses are included, and notice by e-mail is affirmatively acknowledged as being acceptable:

> Marian Baldwin Fuerst
> Francisco Vazquez
> **NORTON ROSE FULBRIGHT US LLP**
> 1301 Avenue of the Americas
> New York, New York  10019-6022

Telephone: (212) 408-5100
Facsimile: (212) 541-5369
E-mail: marian.baldwin@nortonrosefulbright.com
francisco.vazquez@nortonrosefulbright.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, complaint, demand, disclosure statement, plan of reorganization, or any other document that in any way affects the debtors or their property, whether transmitted or conveyed by mail delivery, telephone, facsimile, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and demand for notice is neither intended as nor is it a consent of BNY Mellon to the jurisdiction of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) BNY Mellon's right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) BNY Mellon's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) BNY Mellon's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which BNY Mellon is or may be entitled under any agreement, in law, or in equity, and all such rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

*[Signature on Next Page]*

Dated: New York, New York
       May 21, 2024

                                              Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Francisco Vazquez*
     Marian Baldwin Fuerst
     Francisco Vazquez
     1301 Avenue of the Americas
     New York, New York 10019-6022
     Telephone: (212) 401-5100
     Facsimile: (212) 541-5369

*Counsel to The Bank of New York Mellon*

## CERTIFICATE OF SERVICE

      I certify that on May 21, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York.

                                              */s/ Francisco Vazquez*
                                              Francisco Vazquez