UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CREDIVALORES – CREDISERVICIOS S.A., | Case No. 24-10837 (DSJ) |
| Debtor. | |

## FINAL ORDER, PURSUANT TO SECTIONS 105(a) AND 521 OF THE BANKRUPTCY CODE, EXTENDING TIME FOR, AND UPON PLAN CONFIRMATION WAIVING REQUIREMENT OF, FILING SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

Upon the motion, dated May 16, 2024 [Doc. No. 11] (the "**Motion**"[1]), of the above-captioned debtor and debtor in possession (the "**Debtor**"), pursuant to sections 105(a) and 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Bankruptcy Rule 1007 to: (a) extend the time by which the Debtor must file its schedules of assets and liabilities and statements of financial affairs (collectively, the "**Schedules and Statements**") to sixty (60) days after the current deadline imposed by Bankruptcy Rule 1007, (b) waive the requirement that the Debtor file the Schedules and Statements on the date of confirmation of the Plan if confirmation occurs on or before the Deadline, and (c) extending the reporting requirements of Bankruptcy Rule 2015.3; as more fully described in the Motion; and upon consideration of the *Declaration in Support of the Chapter 11 Petition and First Day Pleadings and (II) Pursuant to Local Bankruptcy Rule 1007-2*, dated May 16, 2024 [Doc. No. 4]; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and **a Certificate of No Objection having been filed after no**

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**timely objections were filed** ~~the Court having conducted a final hearing on the motion on June 13, 2024 (the "**Final Hearing**")~~; and the Court having reviewed the Motion; and it appearing that (a) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, (b) the Debtor has provided due and proper notice of the Motion, and no further notice is necessary, and (c) nothing in the Motion requests, and nothing in the Order grants, a waiver, termination, or modification of the automatic stay; and upon all of the proceedings had before the Court~~, including the record of the Hearing~~; and after due deliberation and sufficient cause appearing therefor,  **[DSJ 6/12/2024]**

    **IT IS HEREBY ORDERED:**

1. The Motion is GRANTED on a final basis as set forth herein.

2. The time by which the Debtor must file the Schedules and Statements and Rule 2015.3 Reports is extended for an additional 60 days beyond the date required under Bankruptcy Rule 1007(c) through July 29, 2024 (the "**Deadline**").

3. Entry of this Order is without prejudice to the Debtor's right to seek further extensions of the Deadline.

4. The requirement that the Debtor file the Schedules and Statements and Rule 2015.3 Reports is permanently waived effective upon the date of confirmation of the Plan, provided confirmation occurs on or before the Deadline.

5. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

6. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
      June 12, 2024

                                                 *s/ David S. Jones*
                                         HONORABLE DAVID S. JONES
                                         UNITED STATES BANKRUPTCY JUDGE