DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Timothy Graulich
James I. McClammy
Angela M. Libby
Stephen D. Piraino
Moshe Melcer

*Counsel to the Ad Hoc Group of Noteholders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CREDIVALORES – CREDISERVICIOS S.A.,** | **Case No. 24-10837 (DSJ)** |
| Debtor. | |

**NOTICE OF HEARING ON THE AD HOC GROUP'S MOTION UNDER**
**BANKRUPTCY RULE 3018 TO COUNT CERTAIN BALLOTS**

    **PLEASE TAKE NOTICE** that, on June 19, 2024, the Ad Hoc Group filed *The Ad Hoc Group's Motion Under Bankruptcy Rule 3018 To Count Certain Ballots* (the "**Motion**").[1] A hearing on the Motion is scheduled to be held on **June 27, 2024 at 11:30 a.m. (prevailing Eastern Time)** (the "**Hearing**") before the Honorable Judge David S. Jones, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), Courtroom 701, One Bowling Green, New York, NY 10004.

    **PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in person and via Zoom for Government®. Parties wishing to appear at, or attend, the Hearing conducted via Zoom for Government® videoconference are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them elsewhere herein or in the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time by an announcement of the adjourned date or dates at the Hearing or a later hearing or by filing a notice with the Court.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion shall be in writing, shall comply with the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and the Local Bankruptcy Rules for the Southern District of New York (the "**Local Bankruptcy Rules**"), shall be filed with the Court by (a) attorneys practicing in the Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) and (b) all other parties in interest, in accordance with the customary practices of the Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399, the Bankruptcy Rules, and the Local Bankruptcy Rules so as to be filed and received no later than **June 25, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that all objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that, if no responses or objections are timely filed and served with respect to the Motion, the Ad Hoc Group may, on or after the Objection Deadline, submit to the Court an order substantially in the form of the proposed order attached to the Motion, under certification of counsel or certification of no objection, which order may be entered by the Court without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and any orders approving may be obtained free of charge by visiting the website of Epiq Corporate Restructuring, LLC at https://dm.epiq11.com/case/credivalores/info. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: June 19, 2024
New York, New York

DAVIS POLK & WARDWELL LLP

By: */s/ Timothy Graulich*

450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Timothy Graulich
James I. McClammy
Angela M. Libby
Stephen D. Piraino
Moshe Melcer

*Counsel to the Ad Hoc Group of Noteholders*

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Timothy Graulich
James I. McClammy
Angela M. Libby
Stephen D. Piraino
Moshe Melcer

*Counsel to the Ad Hoc Group of Noteholders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CREDIVALORES – CREDISERVICIOS S.A.,** | **Case No. 24-10837 (DSJ)** |
| **Debtor.** | |

# THE AD HOC GROUP'S MOTION UNDER
# BANKRUPTCY RULE 3018 TO COUNT CERTAIN BALLOTS

The Ad Hoc Group[1] hereby files *The Ad Hoc Group's Motion Under Bankruptcy Rule 3018 To Count Certain Ballots* (this "**Motion**"). This Motion is supported by the Brief and Declarations, each of which was filed substantially contemporaneously herewith and is incorporated herein by reference. In further support of this Motion, the Ad Hoc Group respectfully states as follows:

## Relief Requested

1. By this Motion, and pursuant to section 105 of title 11 of the United States Code (the "**Bankruptcy Code**") and rule 3018 of the Federal Rules of Bankruptcy Procedure (the

---

[1] As used herein, "**Ad Hoc Group**" refers to the group of noteholders identified in the *Verified Statement of Davis Polk & Wardwell LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019* [ECF No. 55], as the membership thereof may change from time to time. All other capitalized terms used but not immediately defined herein shall have the meanings ascribed to them elsewhere herein or in *The Ad Hoc Group's (I) Memorandum of Law in Support of the Ad Hoc Group's Motion Under Bankruptcy Rule 3018 to Count Certain Ballots and (II) Omnibus Objection to (A) Plan Confirmation, (B) Approval of the Disclosure Statement, (C) Approval of the Solicitation Procedures, and (D) the UCC Motion* (the "**Brief**") filed substantially contemporaneously herewith, as applicable.

"**Bankruptcy Rules**"), the Ad Hoc Group seeks entry of an order, substantially in the form attached hereto (the "**Proposed Order**" and, if entered, the "**Order**"), requiring the Debtor and the Solicitation Agent to tabulate the Mistabulated Votes as rejections to the Plan.

## Jurisdiction, Venue, and Authority

2. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

3. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). In addition, the Ad Hoc Group confirms its consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter a final order or judgment in connection herewith consistent with Article III of the United States Constitution.

4. Venue of the Chapter 11 Cases and related proceedings is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background and Basis for Relief

5. As set forth in the Brief, the Mistabulated Votes were incorrectly disqualified. But for such disqualifications, the Debtor's so-called prepackaged Plan does not have the requisite support under the Bankruptcy Code.

6. As further set forth in the Brief, the relief requested herein is necessary and appropriate because (a) cause exists to properly tabulate the Typo Votes and Misrepresented Votes in accordance with the respective claimants' intent and (b) the Beneficial Holder Votes complied with all applicable laws. Therefore, no grounds exist to disenfranchise the creditors who submitted the Mistabulated Votes.

## Notice

7. Notice of this Motion will be provided to the following parties: (a) Baker & McKenzie LLP, as proposed counsel to the Debtor; (b) the U.S. Trustee; (c) Norton Rose

Fulbright US LLP, as counsel to The Bank of New York Mellon; (d) the other parties identified on the Debtor's master service list[2]; and (e) any person or entity the Ad Hoc Group reasonably believes has a particularized interest in the subject matter of this Motion (collectively, the "**Notice Parties**"). A copy of this Motion and the Order approving it will also be made available on the case information website maintained by the Solicitation Agent. Based on the circumstances surrounding this Motion and the nature of the relief requested herein, the Ad Hoc Group respectfully submits that no other or further notice is required.

### No Prior Request

8. No previous request for the relief sought herein has been made by the Ad Hoc Group to this or any other court.

WHEREFORE, the Ad Hoc Group respectfully requests that the Court (a) enter the Proposed Order granting the relief requested in the Motion and (b) grant such other and further relief as the Court may deem just and proper.

Dated: June 19, 2024
       New York, New York

DAVIS POLK & WARDWELL LLP

By: */s/ Timothy Graulich*

450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Timothy Graulich
James I. McClammy
Angela M. Libby
Stephen D. Piraino
Moshe Melcer

*Counsel to the Ad Hoc Group of Noteholders*

---

[2] Available at https://dm.epiq11.com/api/file/servicelist?projectCode=CCQ2&fileType=pdf.

**Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CREDIVALORES – CREDISERVICIOS S.A., | Case No. 24-10837 (DSJ) |
| Debtor. | |

## ORDER UNDER BANKRUPTCY RULE 3018 TO COUNT CERTAIN BALLOTS

Upon the motion (the "**Motion**")[1] of the Ad Hoc Group for entry of an order (this "**Order**"), pursuant to section 105 of the Bankruptcy Code and Bankruptcy Rule 3018 requiring the Debtor and the Solicitation Agent to tabulate the Mistabulated Votes as rejections to the Plan, as more fully set forth in the Motion and the Brief; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157; and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of the Chapter 11 Cases and related proceedings being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties, such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed and considered the Motion; and the Court having held a hearing, if necessary, to consider the relief requested in the Motion (the "**Hearing**"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing, if any, establish just cause for the relief granted herein, and that the Mistabulated Ballots each complied with applicable law

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

but were improperly disqualified and/or tabulated; and all objections and reservations of rights filed or asserted in respect of the Motion, if any, having been withdrawn, resolved, or overruled; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby granted as set forth herein.

2. The Typo Votes, Beneficial Holder Votes, and Misrepresented Votes, including their respective underlying Master Ballots (if any), are each hereby deemed to be timely and proper votes to reject the Plan.

3. Upon entry of this Order, the Solicitation Agent is ordered to update its records to reflect the terms of this Order.

4. Any Bankruptcy Rule or Local Bankruptcy Rule that might otherwise delay the effectiveness of this Order is hereby waived, and the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

5. The Ad Hoc Group and Solicitation Agent are authorized to take any action necessary or appropriate to implement and effectuate the terms of, and the relief granted in, this Order without seeking further order of the Court.

6. The Court retains exclusive jurisdiction over any matter arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2024
New York, New York

_____
THE HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE