**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **CREDIVALORES – CREDISERVICIOS S.A.,** | Case No. 24-10837 (DSJ) |
| Debtor. | |

**DECLARATION OF IAN MCCALL IN SUPPORT
OF THE AD HOC GROUP'S (I) MEMORANDUM OF LAW
IN SUPPORT OF THE AD HOC GROUP'S MOTION UNDER
BANKRUPTCY RULE 3018 TO COUNT CERTAIN BALLOTS
AND (II) OMNIBUS OBJECTION TO (A) PLAN CONFIRMATION,
(B) APPROVAL OF THE DISCLOSURE STATEMENT, (C) APPROVAL
OF THE SOLICITATION PROCEDURES, AND (D) THE UCC MOTION**

**IAN MCCALL** hereby declares:

1. I am a Managing Director at First Geneva Capital Partners ("**First Geneva**"). First Geneva's business address is 5 cours des Bastions 1205 Geneva, Switzerland.

2. I submit this declaration in (this "**Declaration**") in support of *The Ad Hoc Group's (I) Memorandum of Law in Support of the Ad Hoc Group's Motion Under Bankruptcy Rule 3018 to Count Certain Ballots and (II) Omnibus Objection to (A) Plan Confirmation, (B) Approval of the Disclosure Statement, (C) Approval of the Solicitation Procedures, and (D) the UCC Motion* (the "**Brief**")[1] filed substantially contemporaneously herewith.

3. I am not being specifically compensated for this Declaration or testimony. Except as otherwise indicated herein, all of the facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, or information provided to me by other

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Brief.

employees of First Geneva. If called upon to testify, I could and would testify to the facts set forth herein on that basis. I am over the age of 18 years and am authorized to submit this Declaration.

4. Attached hereto as **Exhibit A** is a true and correct copy of First Geneva's rejection Ballot and instruction to its custodian, dated March 28, 2024.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my understanding, knowledge, information, and belief.

Dated: June 19, 2024
        Geneva, Switzerland

_____
Ian McCall

# Exhibit A

**March 28 Rejection Ballot and Instruction**



Ian Mccall <ian.mccall@firstgenevacp.com>

# !URGENT! response needed before 3pm cet : OST/KLX/INX/OM EXOF - 8 7/8 CREDIVAL FEB25 REGS - USP32086AR44 - RMDR - 1721691/K0037300 - CA announcement

2 messages

**MO OSS** <MO.OSS@quintet.com>  
To: Ian Mccall <■■■■■■@firstgenevacp.com>  
Cc: <■■■■■■@firstgenevacp.com>, MO OSS <MO.OSS@quintet.com>

Tue, Apr 2, 2024 at 12:49 PM

Dear Ian,

Well received, I submitted the ballot.

Could you also please revert to us quickly on if you wish to participate to the exchange offer:

EXOF 1721691 (event 2024055496)

Best regards

■■■■■■ CORPORATE ACTIONS (OQO)

■■■■■■@quintet.com |

---

**De :** Ian Mccall <■■■■■■@firstgenevacp.com>  
**Envoyé :** jeudi 28 mars 2024 18:10  
**À :** MO OSS <MO.OSS@Quintet.com>  
**Cc :** <■■■■■■@firstgenevacp.com>  
**Objet :** Re: OST/KLX/INX/OM EXOF - 8 7/8 CREDIVAL FEB25 REGS - USP32086AR44 - RMDR - 1721691/K0037300 - CA announcement

Dear ■■■,

Please find attached the completed and signed ballot.

Kind regards,

Ian McCall

On Thu, Mar 28, 2024 at 4:04 PM MO OSS <MO.OSS@quintet.com> wrote:

> Dear Ian,
>
> Could you please provide us the signed ballot as well as the BO details ?
>
> As stated, our depositary insisted on the fact that they are already out of delay
>
> Kind regards
>
> CORPORATE ACTIONS (OQO)
>
> @quintet.com |
>
> **De :** Ian Mccall @firstgenevacp.com>
> **Envoyé :** jeudi 28 mars 2024 15:41
> **À :** MO OSS <MO.OSS@Quintet.com>
> **Cc :** @firstgenevacp.com>
> **Objet :** Re: OST/KLX/INX/OM EXOF - 8 7/8 CREDIVAL FEB25 REGS - USP32086AR44 - RMDR - 1721691/K0037300 - CA announcement
>
> Dear ,
>
> Thank you very much for the update.
>
> We note that the market deadline is 03/04/2024 @ 23:00.
>
> We are highly optimistic that your colleagues will be able to successfully vote in time.
>
> Please go ahead and vote against the plan.
>
> We thank you in advance for your attention here.

Kind regards,

Ian McCall

On Thu, Mar 28, 2024 at 2:28 PM MO OSS <MO.OSS@quintet.com> wrote:

> Dear Ian,
>
> I just got the below update from our depositary :
>
> QUOTE
>
> To vote against the plan, you had to participate in the OTHR/VOLU (CORP//1719899) event. Option 1/OTHR. Then fill the bundle.
>
> **The deadline was more than a week ago,** there is absolutely no guarantee that we will still be able to process your instruction.
>
> UNQUOTE
>
> In that case, could you please indicate us what do you wish do to ?
>
> Best regards
>
> CORPORATE ACTIONS (OQO)
>
> @quintet.com |
>
> **De :** @firstgenevacp.com>
> **Envoyé :** jeudi 28 mars 2024 10:32
> **À :** MO OSS <MO.OSS@Quintet.com>; @firstgenevacp.com>
> **Cc :** @firstgenevacp.com>
> **Objet :** Re: EXOF - 8 7/8 CREDIVAL FEB25 REGS - USP32086AR44 - RMDR - 1721691 - CA announcement
>
> Dear ▮▮▮ & Colleagues,
>
> One of our holdings:

Security     8 7/8 CREDIVAL FEB25 REGS

ISIN     USP32086AR44

is undergoing a Corporate action:

**Exchange (EXOF) - VOLU**

**Other (OTHR) - VOLU**

The Corporate action documentation / emails that we have received to date from Quintet dо not fully cover the range of possible voting actions.

**Option 1 : CEXC**

**Option 2 : NOAC (Default option)**

**Option 1 : OTHR**

**Option 2 : NOAC (Default option)**

As per page 3 of the attached ballot a holder can:

**ACCEPT (vote FOR) the Plan**

or

**REJECT (vote AGAINST) the Plan**

We wish to Vote:

**PAGE 3**

**REJECT (vote AGAINST) the Plan**

There is an option to Opt In to the Third-Party Release.

WE DO NOT WISH TO OPT IN. PLEASE LEAVE BLANK

Holder:     First Geneva SICAV-FIS S.A. Global High Yield Fund

Address:    2, rue d'Alsace, L-1122 Luxembourg

Bond:       CREDVA 8.875% 02/07/2025

ISIN:       USP32086AR44

**Tender Amount:    $2,000,000**

Contact:    Ian McCall

Email:      ███████@firstgenevacp.com

Phone:      ███████████

Kind regards,

Ian McCall, MSc

Managing Partner

First Geneva Capital Partners

5 cours des Bastions

1205 Geneva

Switzerland

Ph:  ███████████

Fax: ███████████

Mob: ███████████

On Mon, Mar 25, 2024 at 10:53 AM <corporate.actions@quintet.com> wrote:

# Quintet Luxembourg Corporate action announcement

## Exchange (EXOF) - VOLU

| | |
|---|---|
| Security | 8 7/8 CREDIVAL FEB25 REGS |
| ISIN | USP32086AR44 |
| Function of the message | RMDR |
| Information status | Preliminary Announcement: Confirmed |
| Reference | 1721691 |

**This company/issuer has announced a " Exchange " on the following terms**

| | |
|---|---|
| Annoucement date | 14.03.2024 |
| CorporateAction event stage | SUAP |
| Interest Rate | 8.875000 |
| Documents | Last upload date 2024/03/15<br>https://cadrive-kblg.tbiservices.com/#/CA4CMWQ0L6 |

**Option 1 : CEXC**

## Option details

| | |
|---|---|
| Disposition of fractions | RDDN |
| Market deadline | 03.04.2024 23:00 |
| Period action start | 11.03.2024 |
| Period action end | 03.04.2024 |
| Revocability start | 13.03.2023 |
| Revocability end | 03.04.2024 |
| Minimum exercisable | 200000.0 |

| | |
|---|---|
| Deadline | 27.03.2024 14:00 |

### Securities Debit

| | |
|---|---|
| Instrument Name | /XS/211519002 USD 8,875 CREDIVALORES (REGS) 20-20 25 |
| Instrument ISIN | USP32086AR44 |
| Payable date | 08.04.2024 |

### Securities Credit

| | |
|---|---|
| Instrument Name | /XS/022555251 SHS TECHNICAL CODE FOR UNKNOWN PROC EEDS ORD R |
| Rate | New 750.0 - Old 1000.0 |
| Payable date | 08.04.2024 |
| Information Conditions | **EXCHANGE AND CONSENT (NON-U.S. ONLY )** |

**Option 2 : NOAC (Default option)**

#### Option details

| | |
|---|---|
| Deadline | 27.03.2024 14:00 |

**Narrative**

ADTX : ++ EVENT DETAILS ++ ++ ADDITIONAL INFORMATION ++ +++ORIGINAL NOTIFICATION+++ . .---------------------- . SUMMARY . INSTRUCTIONS PER BO: NO BO DISCLOSURE REQUIRED: NO

ADTX : PAPERWORK: NO INSTRUCTION WITHDRAWAL: YES . . + IMPORTANT + ONLY ELIGIBLE HOLDERS ARE AUTHORIZED TO PARTICIPATE IN THE EXCHANGE OFFER AND THE CONSENT SOLICITATION. PARTICIPATING HOLDERS UNDER THIS CUSIP ARE DEEMED TO

ADTX : CERTIFY AS A NON-US PERSONS OUTSIDE THE UNITED STATES IN OFFSHORE TRANSACTIONS IN RELIANCE ON REGULATION S (WITHIN THE MEANING OF REG S UNDER THE U.S. SECURITIES ACT OF 1933, AS AMENDED, (THE SECURITIES ACT)). . .---------------------- .

ADTX : AN ELIGIBLE HOLDER IS A PERSON WHO CERTIFIES THAT: (I) IF SUCH HOLDER IS LOCATED

IN THE UNITED STATES, IT IS A QUALIFIED INSTITUTIONAL BUYER THAT IS ACTING FOR EITHER ITS OWN ACCOUNT OR ACCOUNTS OF CERTAIN QUALIFIED INSTITUTIONAL BUYERS, OR, (II) IF SUCH HOLDER IS LOCATED OUTSIDE THE UNITED STATES, IT IS

ADTX : (I) NOT A U.S. PERSON, AND (II) A NON U.S. QUALIFIED OFFEREE. . .----------------------- . 1. EVENT DETAILS . CREDISERVICIOS S.A. OFFERS ELIGIB LE HOLDERS TO EXCHANGE ANY AND ALL OF ITS OUTSTANDING 8.875 PCT SENIOR

ADTX : NOTES DUE 2025 (THE OLD NOTES) FOR ITS NEWLY ISSUED SENIOR SECURED STEP-UP NOTES DUE 2029 (THE NEW NOTES), AT A NET RATE PER USD 1,000 PRINCIPAL AMOUNT, UPON TERMS AND CONDITIONS. . .----------------------- . 2. CONSENT SOLICITATION

ADTX : . IN CONNECTION WITH THE EXCHANGE OFFER, THE COMPANY IS SOLICITING CONSENTS (THE CONSENT SOLICITATION), UPON THE TERMS AND SUBJECT TO THE CONDITIONS SET FORTH IN THE OFFERING MEMORANDUM AND CONSENT SOLICITATION STATEMENT FROM ALL ELIGIBLE HOLDERS OF THE OLD NOTES TO THE PROPOSED AMENDMENTS TO THE INDENTURE GOVERNING THE OLD

ADTX : NOTES (THE OLD NOTES INDENTURE) THAT WOULD ELIMINATE THE MAJORITY OF THE RESTRICTIVE COVENANTS AND CERTAIN EVENTS OF DEFAULT (THE PROPOSED AMENDMENTS), AS MORE FULLY DESCRIBED UNDER THE PROPOSED AMENDMENTS. IF THE PROPOSED AMENDMENTS BECOME OPERATIVE, ALL HOLDERS WHO DO NOT VALIDLY TENDER THEIR OLD NOTES IN THE EXCHANGE

ADTX : OFFER WILL BE BOUND BY THE PROPOSED AMENDMENTS EVEN THOUGH THEY DID NOT CONSENT TO THE PROPOSED AMENDMENTS. . BY TENDERING OLD NOTES FOR EXCHANGE, HOLDERS WILL ALSO BE DELIVERING THEIR CONSENT TO THE PROPOSED AMENDMENTS. ELIGIBLE HOLDERS MAY NOT TENDER THEIR OLD NOTES WITHOUT CONSENTING TO THE

ADTX : PROPOSED AMENDMENTS AND MAY NOT DELIVER CONSENTS TO THE PROPOSED AMENDMENTS WITHOUT TENDERING THE RELATED OLD NOTES. TENDERING HOLDERS MAY NOT WITHDRAW THEIR VALIDLY TENDERED OLD NOTES WITHOUT REVOKING THEIR CONSENTS AND MAY NOT REVOKE THEIR CONSENTS WITHOUT WITHDRAWING ANY VALIDLY TENDERED OLD NOTES.

ADTX : . REQUISITE CONSENT, MINIMUM TENDER CONDITION . AS DESCRIBED MORE FULLY IN THE OFFERING MEMORANDUM AND CONSENT SOLICITATION STATEMENT, THE CONSUMMATION OF THE EXCHANGE OFFER IS CONDITIONED UPON, AMONG OTHER THINGS, THE VALID TENDER, WITHOUT

ADTX : SUBSEQUENT WITHDRAWAL, OF AT LEAST 95 PCT (INCLUDING ANY OLD NOTES WHICH ARE OWNED BY CREDIVALORES OR ITS AFFILIATES) IN AGGREGATE PRINCIPAL AMOUNT OF THE OUTSTANDING OLD NOTES ON OR PRIOR TO THE EXPIRATION DATE (THE MINIMUM TENDER CONDITION), PROVIDED HOWEVER THAT THE PROPOSED AMENDMENTS WILL ONLY BE OPERATIVE IF AT LEAST A MAJORITY

ADTX : (NOT INCLUDING ANY OLD NOTES WHICH ARE OWNED BY CREDIVALORES OR ITS AFFILIATES) IN AGGREGATE AMOUNT OF THE OLD NOTES IS VALIDLY TENDERED AND NOT VALIDLY WITHDRAWN ON OR PRIOR TO THE EXPIRATION DATE. IF THE MINIMUM TENDER CONDITION IS NOT SATISFIED ON OR BEFORE THE EXPIRATION DATE, CREDIVALORES INTENDS TO TERMINATE THE EXCHANGE

ADTX : OFFER, HOWEVER, CREDIVALORES RESERVE THE RIGHT TO WAIVE THE MINIMUM TENDER CONDITION. . .----------------------- . 3. HOW TO INSTRUCT . HOLDERS SUBMITTING INSTRUCTIONS COMPLY WITH THE TERMS AND

ADTX : CONDITIONS OF THE OFFERING MEMORANDUM AND CONSENT SOLICITATION STATEMENT. . NOTE: BY SUBMITTING YOUR INSTRUCTION YOU HAVE IRREVOCABLY AND AUTOMATICALLY ACCEPTED: (I) TO BE BOUND TO THE TERMS AND CONDITIONS OF THE OFFERING

ADTX : MEMORANDUM AND CONSENT SOLICITATION STATEMENT, AND (II) THE BLOCKING OF YOUR INSTRUCTED BALANCE. . .----------------------- .

**Breakdown for your account**     K0037300 FIRST GENEVA SICAV-FIS SA

**Holding on 25.03.2024**     USD 2'000'000 8 7/8 CREDIVAL FEB25 REGS

# Quintet Luxembourg Corporate action announcement

## Other (OTHR) - VOLU

| | |
|---|---|
| Security | 8 7/8 CREDIVAL FEB25 REGS |
| ISIN | USP32086AR44 |
| Function of the message | RMDR |
| Information status | Complete |
| Reference | 1719899 |

**This company/issuer has announced a " Other " on the following terms**

| | |
|---|---|
| Record date | 07.03.2024 |
| Effective date | Unknown |
| Annoucement date | 12.03.2024 |
| Interest Rate | 8.875000 |
| Documents | Last upload date 2024/03/13<br>https://cadrive-kblg.tbiservices.com/#/CA4CDQ60I7 |

**Option 1 : OTHR**

**Option details**

| | |
|---|---|
| Option feature indicator | BOIS |
| Market deadline | 03.04.2024 23:00 |
| Period action start | 12.03.2024 |
| Period action end | 03.04.2024 |

| | |
|---|---|
| Deadline | 20.03.2024 14:00 |

| | |
|---|---|
| Additional Text | **VOTE** |

### Option 2 : NOAC (Default option)

**Option details**

| | |
|---|---|
| Deadline | 20.03.2024 14:00 |

**Please send your instructions to email address mo.oss@quintet.com
Any instructions that are not received before the stated deadline cannot be taken into consideration and the default option will be applied.**

This e-mail is intended only for the addressee named above. It does not bind the sender, except in the case of an existing written convention with the addressee. This e-mail may contain material that is confidential and privileged for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender and delete all copies.

While reasonable precautions have been taken to ensure that this e-mail and any attachments are free from any computer virus or similar defect, no liability will be accepted in that respect. Anyone accessing this e-mail must take their own precautions as to security and virus protection.

Quintet Private Bank takes privacy and confidentiality matters very seriously and handles Personal Data in accordance with any applicable data protection laws, regulations, and guidelines ("Data Protection Regulations").
Please refer to Quintet privacy notice GDPR | Quintet which describes how the Bank collects and protects your personal data and how to exercise your data subject rights in line with applicable data protection laws.

Quintet Private Bank (Europe) S.A., 43 boulevard Royal L-2449 Luxembourg, R.C.S. Luxembourg B 6395, T +352 47 97 1

---

**Ian Mccall <███████@firstgenevacp.com>**     Tue, Apr 2, 2024 at 1:02 PM
To: MO OSS <MO.OSS@quintet.com>
Cc: ███████@firstgenevacp.com>, MO OSS <MO.OSS@quintet.com>

Dear ███

Well done getting the ballot in. Great job & we really appreciate it!

Regarding the EXOF 1721691 we decline to participate / we do not to exchange and consent.

Kind regards,

Ian McCall

[Quoted text hidden]

Credivalores – Crediservicios S.A.
Class A: Old Notes Claim
BENEFICIAL BALLOT

PLEASE COMPLETE ITEMS 1 THROUGH 6. IF THIS BENEFICIAL HOLDER BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BENEFICIAL HOLDER BALLOT **WILL NOT** BE VALID OR COUNTED AS HAVING BEEN CAST.

### Item 1. Amount of Claim

The undersigned hereby certifies that as of the Voting Record Date, the undersigned was the Holder of an Old Notes Claim in Class A in the following aggregate unpaid principal amount:

$ 2,000,000.00

### Item 2. Holder Status

The Holder of the Old Notes Claim in Class A certifies that as of the Voting Record Date, the undersigned (please check only one box):

☑ Is a "**Qualified Holder**" meaning such Holder is:

(1) located in the United States, and is a "Qualified Institutional Buyer" as such term is defined in Rule 144A under the Securities Act acknowledging that it will be receiving "restricted securities" within the meaning of Rule 144 under the Securities Act; or

(2) not a "U.S. Person" as defined in Rule 902(k) under the Securities Act and is qualified to participate in the Exchange Offer, in accordance with the laws of its jurisdiction of location or residence.

**OR**

☐ Is a "**Non-Qualified Holder**" meaning, any Holder of an Allowed Old Notes Claim that is not a Qualified Holder.

### Item 3. Vote on Plan

The Holder of the Claim in Class A set forth in Item 1 votes to (please check only one box):

| ☐ **ACCEPT** (vote FOR) the Plan | ☑ **REJECT** (vote AGAINST) the Plan |

**SUBJECT TO THE LIMITATIONS SET FORTH HEREIN, YOU HAVE THE RIGHT TO OPT IN TO THE THIRD-PARTY RELEASE (AS DEFINED BELOW) SET FORTH IN SECTION 8.4 OF THE PLAN.**

**IF YOU VOTE TO ACCEPT THE PLAN, YOU SHALL BE DEEMED TO HAVE CONSENTED TO THE THIRD-PARTY RELEASE.**

3

CUSIP P32086 AR4 (ISIN USP32086AR44)
CUSIP 22555L AB2 (ISIN US22555LAB27)

**Item 6. Acknowledgements.** By signing this Beneficial Holder Ballot, the undersigned (i) acknowledges receipt of the Disclosure Statement, Plan and the other applicable solicitation materials and certifies that the undersigned, as of the Voting Record Date, (ii) is the Beneficial Holder or has the power and authority to vote to accept or reject the Plan on behalf of the Beneficial Holder, and (iii) acknowledges that the undersigned has cast the same vote with respect to all Old Notes Claims in a single Class, and that no other Beneficial Holder Ballots with respect to the amount of the Old Note Claims identified in Item 1 above have been cast or, if any other Beneficial Holder Ballots have been cast with respect to such Claims, then any such earlier received Ballots are hereby revoked. The undersigned understands that, if this Beneficial Holder Ballot is otherwise validly executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan or indicates both an acceptance and rejection of the Plan, this Beneficial Holder Ballot will not be counted as having been cast.

| | |
|---|---|
| Name of Beneficial Holder: | First Genuva SICAV-FIS S.A. Global High Yield Fund |
| Signature: | [signature] |
| Name of Signatory (if different than Beneficial Holder): | IAN McCALL |
| If authorized by Agent, Title of Agent: | |
| Street Address: | 2, rue d'Alsace |
| | L-1122 LUXEMBOURG |
| City, State, Zip Code: | LUXEMBOURG |
| Country: | |
| Telephone Number: | [redacted] |
| Email Address: | [redacted] |
| Date Completed | 25/03/2024 |

**PLEASE COMPLETE, SIGN, AND DATE THIS BENEFICIAL HOLDER BALLOT AND RETURN IT PROMPTLY IN THE ENVELOPE PROVIDED OR OTHERWISE IN ACCORDANCE WITH THE INSTRUCTIONS PROVIDED BY YOUR NOMINEE. IF THE CLAIMS AGENT DOES NOT ACTUALLY RECEIVE THE MASTER BALLOT REFLECTING THE VOTE CAST ON THIS BENEFICIAL HOLDER BALLOT (OR YOUR PRE-VALIDATED BENEFICIAL HOLDER BALLOT, IF APPLICABLE) ON OR BEFORE THE VOTING DEADLINE, AND IF THE VOTING DEADLINE IS NOT EXTENDED, YOUR VOTE WILL NOT BE COUNTED, UNLESS OTHERWISE DETERMINED BY THE DEBTOR.**