**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **CREDIVALORES – CREDISERVICIOS S.A.,** | Case No. 24-10837 (DSJ) |
| Debtor. | |

**DECLARATION OF ANIBAL VALDES IN SUPPORT
OF THE AD HOC GROUP'S (I) MEMORANDUM OF LAW
IN SUPPORT OF THE AD HOC GROUP'S MOTION UNDER
BANKRUPTCY RULE 3018 TO COUNT CERTAIN BALLOTS
AND (II) OMNIBUS OBJECTION TO (A) PLAN CONFIRMATION,
(B) APPROVAL OF THE DISCLOSURE STATEMENT, (C) APPROVAL
OF THE SOLICITATION PROCEDURES, AND (D) THE UCC MOTION**

**ANIBAL VALDES** hereby declares:

1. I am a Director at Moneda S.A. Administradora General de Fondos ("**Moneda**"). Moneda's business address is Isidora Goyenechea 3621, Floor 8, 7550110 Santiago, Las Condes, Chile.

2. I submit this declaration in (this "**Declaration**") in support of *The Ad Hoc Group's (I) Memorandum of Law in Support of the Ad Hoc Group's Motion Under Bankruptcy Rule 3018 to Count Certain Ballots and (II) Omnibus Objection to (A) Plan Confirmation, (B) Approval of the Disclosure Statement, (C) Approval of the Solicitation Procedures, and (D) the UCC Motion* (the "**Brief**")[1] filed substantially contemporaneously herewith.

3. I am not being specifically compensated for this Declaration or testimony. Except as otherwise indicated herein, all of the facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, or information provided to me by other

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Brief.

employees of Moneda. If called upon to testify, I could and would testify to the facts set forth herein on that basis. I am over the age of 18 years and am authorized to submit this Declaration.

4. Moneda acquired its Old Notes represented by Ballots BR001.019–020 before the proposed Voting Record Date (in August 2023, September 2023, and February 2024), as shown on the position report with respect to such Old Notes as of the proposed Voting Record Date, a true and correct copy of which is attached hereto as **Exhibit A**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my understanding, knowledge, information, and belief.

Dated: June 19, 2024
        New York, New York

                                            */s/ Anibal Valdes*
                                            Anibal Valdes

# Exhibit A

## March 7 Position Report

# Position and P&L Report
By Account By Currency By Asset Class
As of Mar-07-2024
Run Date/Time: May-29-2024 11:44:45 ET

**Superfamily/Family:** MONEDA SA AGF PARA MONEDA (UT7)
**Base Currency**: UNITED STATES DOLLAR (USD)
**Account**: MONEDA SA AGF PARA MONEDA (102-21946)
**Issue Currency**: UNITED STATES DOLLAR (USD)
**Region**: NA

| Security ID | Security Description | Long Short Indicator | Trade Date Quantity | Market Price (Local) / Trade Date Market Value (Local) | Market Price (Base) / Trade Date Market Value (Base) | Daily Total Gain/Loss (Base) / MTD Total Gain/Loss (Base) / YTD Total Gain/Loss (Base) | Current Net Accrual (Base) |
|---|---|---|---|---|---|---|---|
| **FIXED INCOME** | | | | | | | |
| USP32086AR44 | CREDIVALORES-CREDISERVICIOS SAS CALLABLE NOTES FIXED 8.875% 07/FEB/2025 USD 1000 | L | 8,382,000 | 24.12 / 2,022,081.81 | 24.12 / 2,022,081.81 | 0.00 / 0.00 / 155,337.52 | 64,058.26 |

# Position and P&L Report
## By Account By Currency By Asset Class
As of Mar-07-2024
Run Date/Time: May-29-2024 11:44:45 ET

**Superfamily/Family:** MONEDA LAT AMER CORP DEBT (VPN)
**Base Currency:** UNITED STATES DOLLAR (USD)
**Account:** MONEDA LATIN AMERICAN (102-35824)
**Issue Currency:** UNITED STATES DOLLAR (USD)
**Region:** NA

| Security ID | Security Description | Long Short Indicator | Trade Date Quantity | Market Price (Local) | Market Price (Base) | Daily Total Gain/Loss (Base) | Current Net Accrual (Base) |
|---|---|---|---|---|---|---|---|
| | | | | Trade Date Market Value (Local) | Trade Date Market Value (Base) | MTD Total Gain/Loss (Base) | |
| | | | | | | YTD Total Gain/Loss (Base) | |

**FIXED INCOME**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| USP32086AR44 | CREDIVALORES-CREDISERVICIOS SAS CALLABLE NOTES FIXED 8.875% 07/FEB/2025 USD 1000 | L | 2,450,000 | 24.12 | 24.12 | 0.00 | 18,723.79 |
| | | | | 591,040.38 | 591,040.38 | 0.00 | |
| | | | | | | 47,188.20 | |

© 2024 J.P. Morgan Chase & Co. All rights reserved.

J.P.Morgan

# Position and P&L Report
## By Account By Currency By Asset Class
As of Mar-07-2024
Run Date/Time: May-29-2024 11:44:45 ET

**Report Generation Key**

| | |
|---|---|
| **Superfamily/Family/Acct:** | UT7 VPN |
| **Reporting Period:** | A |
| **Reporting Period Date:** | Mar-07-2024 |
| **Grouping:** | Superfamily/Family,Account Number,Row Sort Order,Issue Currency,Cash Sort Order,Asset Class Level 1 |
| **Sort Order:** | Superfamily/Family,Account Number,Row Sort Order,Issue Currency,Cash Sort Order,Asset Class Level 1,Trading Currency Code,Counter CCY,Settle Date,Security Description ASC,Internal Security ID ASC,Long Short Indicator ASC |
| **Created by:** | MOSCAZ11 |
| **Security List** | USP32086AR44 |
| **Security Type** | ISIN |
| **Show Long/Short Positions:** | ALL |
| **Position Type** | All |
| **SubTotals Only:** | No |
| **Include Settlement Date Values:** | No |
| **Event Type:** | ALL |
| **Event Type Day Range:** | 5 |
| **Include Unpriced Positions:** | No |
| **Run Date/Time:** | May-29-2024 11:44:45 ET |

### Disclaimer(s)

This information ("Information") is provided by J.P. Morgan Chase & Co., its subsidiaries and affiliates from time to time ("J.P. Morgan") as an accommodation to enable you to monitor your investment activity and should not be relied upon. The Information is obtained or derived from sources and methods considered reliable but is not guaranteed. Valuations or pricings are indicative only and may not reflect realizable values. Securities priced at zero dollars may indicate either a worthless security or that no price, or no appropriate price (as determined in the Firm's discretion), can be obtained from our normal pricing sources. If you have agreed to loan securities to J.P. Morgan Securities LLC, the Information may relate in whole or part to securities that have been loaned and are not held for you or protected by SIPC. Your rights with respect to such securities are set forth in your securities lending agreement. Refer to your account statements for the legal and official record of your account.

Click here or refer to https://www.jpmorgan.com/country/US/en/disclosures/legal-entity-information for EMEA Legal Entity Information.

© 2024 J.P. Morgan Chase & Co. All rights reserved.

