Paul J. Keenan Jr. (admitted *pro hac vice*)
Reginald Sainvil (admitted *pro hac vice*)
Baker & McKenzie LLP
1111 Brickell Avenue, 10th Floor
Miami, FL 33130
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: paul.keenan@bakermckenzie.com
       reginald.sainvil@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Proposed Counsel for the Debtor*
*and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CREDIVALORES – CREDISERVICIOS S.A., | Case No. 24-10837 (DSJ) |
| Debtor. | |

**SUPPLEMENTAL DECLARATION OF PAUL J. KEENAN JR. IN SUPPORT OF THE DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BAKER MCKENZIE AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION AS OF THE PETITION DATE**

I, *Paul J. Keenan Jr.*, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1. I am a partner in the law firm of Baker & McKenzie LLP ("**Baker McKenzie**"), which maintains an office in which I am resident located at 1111 Brickell Avenue, 10th Floor, Miami, FL 33131.

2. I submit this supplemental declaration (this "**Supplemental Declaration**") in further support of the *Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Baker McKenzie as Counsel to the Debtor and Debtor In Possession as of the Petition Date* [Doc. No. 49] (the "**Application**"), and to further supplement the *Declaration of Paul J. Keenan Jr. in Support of the Application of the Debtor for Entry of an Order Authorizing the Retention and Employment of Baker McKenzie as Counsel to Debtor as of the Petition Date* (the "**Declaration**") attached to the Application as Exhibit B. Attached hereto is an amended Exhibit 2 to the Declaration.

3. The facts set forth below are based either upon my personal knowledge, discussions with other partners and associates of Baker McKenzie, or review of the client/matter records of Baker McKenzie by me or by associates of Baker McKenzie acting under my supervision and direction. Except as otherwise indicated herein, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.[1]

4. This Supplemental Declaration contains additional disclosures necessary to clarify and/or revise certain disclosures included in Exhibit 2 to the Declaration, as detailed herein.

5. First, Baker McKenzie has not and does not currently represent Judge David S. Jones. A search in Baker and McKenzie's conflict system revealed a prior representation of someone named David S. Jones from Arkansas in 2017. Baker McKenzie confirmed this was not the same person as Judge David S. Jones, the judge currently presiding over the above-captioned case; however, the reference was never removed from Exhibit 2 to the Application following this confirmation.

---

[1] Certain of the disclosures herein relate to matters within the knowledge of other attorneys at Baker McKenzie.

6. Second, as to Baker McKenzie's representation of the Bank of New York Mellon ("**BNY Mellon**"), I offer further clarification that Baker McKenzie has represented and currently represents BNY Mellon in matters unrelated to the Debtor and this case. These matters mainly relate to employment, tax, data privacy, and financial regulation issues. Further, most of the matters are or were in jurisdictions other than the United States. Baker McKenzie's representation of Bank of New York Mellon comprises less than one percent of Baker McKenzie's global revenue. None of the Baker McKenzie attorneys who represent BNY Mellon in these unrelated matters are representing or will represent the Debtor in this Chapter 11 Case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my information, knowledge, and belief.

Executed on June 20, 2024 /s/ *Paul J. Keenan Jr.*
Paul J. Keenan Jr.

# EXHIBIT 2

## Client Match List – Potentially Interested Parties (or Affiliated Entities)

| | |
|---|---|
| Aguas de Manizales | Baker McKenzie has represented in the past, and will likely represent in the future Aguas de Manizales, in matters unrelated to the Debtor and this case. |
| Aguas de Monteria | Baker McKenzie currently represents and will likely represent in the future an affiliate of Aguas de Monteria, in matters unrelated to the Debtor and this case. |
| Aguas de Tunja | Baker McKenzie currently represents and will likely represent in the future an affiliate of Aguas de Tunja, in matters unrelated to the Debtor and this case. |
| Aqualia Latinoamérica S.A. | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future an affiliate of Aqualia Latinoamerica S.A., in matters unrelated to the Debtor and this case. |
| Axesnet SAS BIC | Baker McKenzie represented in the past, and will likely represent in the future an ffiliate of Axesnet SAS BIC, in matters unrelated to the Debtor and this case. |
| Banco de Bogota<br>Banco de Bogotá S.A. | Baker McKenzie has represented in the past, and will likely represent in the future Banco de Bogota, in matters unrelated to the Debtor and this case |
| Banco de Occidente<br>Banco de Occidente S.A. | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future Banco de Occidente S.A., in matters unrelated to the Debtor and this case. |
| Banco Santander | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future affiliates of Banco Santander, in matters unrelated to the Debtor and this case. |
| Bancolombia | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future affiliates of Bancolombia, in matters unrelated to the Debtor and this case. |

| | |
|---|---|
| BBVA Seguros | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future affiliates of BBVA Seguros, in matters unrelated to the Debtor and this case. |
| BCP Securities, Inc. | Baker Mckenzie currently represents, has represented in the past, and will likely represent in the future BCP Securities, Inc. and affiliates, in matters unrelated to the Debtor and this case. |
| BRC Ratings - S Global S.A. Sociedad Calificadora de Valores | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future an affiliate of BRC Ratings - S Global S.A. Sociedad Calificadora de Valores, in matters unrelated to the Debtor and this case. |
| BTG Pactual | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future BTG Pactual and affiliates, in matters unrelated to the Debtor and this case. |
| Caja Compensación Familiar y EPS Compensar | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future an affiliate of Caja Compensación Familiar y EPS Compensar, in matters unrelated to the Debtor and this case. |
| Caja de Compensacion Familiar de Fenalco del Tolima Comfenalco | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future an affiliate of Caja de Compensacion Familiar de Fenalco del Tolima Comfenalco, in matters unrelated to the Debtor and this case. |
| Caja de Compensación Familiar del Caquetá COMFACA | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future an affiliate of Caja de Compensación Familiar del Caquetá COMFACA, in matters unrelated to the Debtor and this case. |
| Cardif Colombia Seguros Generales S.A. | Baker McKenzie currently represents, has represented in the past and will likely represent in the future, Cardif Colombia Seguros Generales S.A. and an affiliate (BNP Paribas), in matters unrelated to the Debtor and this case. |

| Celsia Colombia S.A. E.S.P. | Baker McKenzie has currently represents, has represented in the past, and will likely represent in the future and affiliate of Celsia Colombia S.A. E.S.P., in matters unrelated to the Debtor and this case. |
|---|---|
| Centurylink | Baker McKenzie has currently represents, has represented in the past, and will likely represent in the future Centurylink and an affiliate, in matters unrelated to the Debtor and this case. |
| ENEL Colombia S.A. E.S.P | Baker McKenzie has currently represents, has represented in the past, and will likely represent in the future ENEL Colombia S.A. E.S.P and an affiliate, in matters unrelated to the Debtor and this case. |
| Colombia Telecomunicaciones | Baker McKenzie has currently represents, has represented in the past, and will likely represent in the future Colombia Telecomunicaciones and an affiliate, in matters unrelated to the Debtor and this case. |
| Chubb Seguros Colombia S.A. | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future Chubb Seguros Colombia S.A.and an affiliate, in matters unrelated to the Debtor and this case. |
| Cirion Technologies Colombia S.A.S | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future an affiliate of Cirion Technologies Colombia S.A.S, in matters unrelated to the Debtor and this case. |
| Citibank Colombia S.A. | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future an affiliate of Citibank Colombia S.A., in matters unrelated to the Debtor and this case. |
| Colfondos S.A. Pensiones y Cesantías | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future Colfondos S.A. Pensiones y Cesantías, in matters unrelated to the Debtor and this case. |
| Colombiana de Comercio S.A. Corbeta S.A. y /o ALKOSTO S.A. | Baker McKenzie has represented in the past, and will likely represent in the future Colombiana de Comercio S.A. Corbeta S.A. y/o Alkosto S.A. Almacenes Éxito, in matters unrelated to the Debtor and this case. |

| Compañía Energetica de Occidente | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future Compañía Energetica de Occidente, in matters unrelated to the Debtor and this case. |
|---|---|
| Credibanco SA | Baker McKenzie has represented in the past, and will likely represent in the future an affiliate of Credibanco SA, in matters unrelated to the Debtor and this case. |
| Cuatrecasas, Goncalves Pereira S.A.S | Baker McKenzie has represented in the past, and will likely represent in the future an affiliate of Cuatrecasas, Goncalves Pereira S.A.S, in matters unrelated to the Debtor and this case. |
| Delima Marsh | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future Delima Marsh and an affiliate of , in matters unrelated to the Debtor and this case. |
| Econtact Col SAS | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future Econtact Col SAS, in matters unrelated to the Debtor and this case. |
| Empresa de Energía de Boyacá S.A E.S.P. | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future Empresa de Energía de Boyacá S.A E.S.P., in matters unrelated to the Debtor and this case. |
| Empresas Públicas de Medellín<br>EPM Telecomunicaciones | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future Empresas Públicas de Medellín, in matters unrelated to the Debtor and this case. |
| Epiq Corporate Restructuring LLC | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future an affiliate of Epiq Corporate Restructuring LLC, in matters unrelated to the Debtor and this case. |
| EPS Suramericana S.A. | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future EPS Suramericana S.A. and an affiliate, in matters unrelated to the Debtor and this case. |

| | |
|---|---|
| Experian Colombia SA | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future Experian Colombia SA and an affiliate, in matters unrelated to the Debtor and this case. |
| Fiduciaria Bancolombia S.A. Sociedad | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future an affiliate of Fiduciaria Bancolombia S.A. Sociedad, in matters unrelated to the Debtor and this case. |
| Fiduciaria Bancolombia S.A. Sociedad Fiduciaria | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future an affiliate of Fiduciaria Bancolombia S.A. Sociedad Fiduciaria, in matters unrelated to the Debtor and this case. |
| Fiduciaria Coomeva S.A. | Baker McKenzie has represented in the past, and will likely represent in the future an affiliate of Fiduciaria Coomeva S.A., in matters unrelated to the Debtor and this case. |
| Fitch Ratings Inc | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future Fitch Ratings Inc and an affiliate, in matters unrelated to the Debtor and this case. |
| FTI Consulting Canada ULC | Baker McKenzie has represented in the past, and will likely represent in the future FTI Consulting Canada ULC in matters unrelated to the Debtor and this case. Baker McKenzie currently represents, has represented in the past and will likely represent in the future an affiliate of FTI Consulting Canada ULC, in matters unrelated to the Debtor and this case. |
| Instituto Colombiano de Bienestar Familiar (ICBF) | Baker McKenzie has represented in the past, and will likely represent in the future an affiliate of Instituto Colombiano de Bienestar Familiar (ICBF), in matters unrelated to the Debtor and this case. |
| La Equidad Seguros O.C. | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future an entity related to La Equidad Seguros O.C., in matters unrelated to the Debtor and this case. |

| Mapfre Colombia Vida Seguros SA | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future Mapfre Colombia Vida Seguros SA and an affiliate, in matters unrelated to the Debtor and this case. |
| --- | --- |
| Metlife Colombia Seguros de Vida S.A | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future an affiliate of Metlife Colombia Seguros de Vida S.A, in matters unrelated to the Debtor and this case. |
| Oracle Colombia LTDA | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future Oracle Colombia LTDA and an affiliate, in matters unrelated to the Debtor and this case. |
| Panamerican Life de Colombia Compañía de Seguros, S.A. | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future an affiliate of Panamerican Life de Colombia Compañía de Seguros, S.A., in matters unrelated to the Debtor and this case. |
| Patrimonio Autónomo Estrategias Inmobiliarias | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future an affiliate of Patrimonio Autónomo Estrategias Inmobiliarias, S.A., in matters unrelated to the Debtor and this case. |
| Paul Hastings | Baker McKenzie has represented in the past, and will likely represent in the future Paul Hastings, in matters unrelated to the Debtor and this case. Baker McKenzie currently represents, has represented in the past, and will likely represent in the future an affiliate of Paul Hastings, in matters unrelated to the Debtor and this case. |
| PWC Contadores y Auditores SAS | Baker McKenzie currenlty represents, has represented in the past, and will likely represent in the future an affiliate of PWC Contadores y Auditores SAS, in matters unrelated to the Debtor and this case. |
| Seguros de Vida Suramericana S.A. | Baker McKenzie currently represents, has represented in the past and will likely represent in the future, an affiliate of Seguros de Vida Suramericana S.A, in matters unrelated to the Debtor and this case. |

| Seguros Generales Suramericana S.A. | Baker McKenzie currently represents, has represented in the past and will likely represent in the future, an affiliate of Seguros Generales Suramericana S.A., in matters unrelated to the Debtor and this case. |
|---|---|
| Seguros SURA Colombia | Baker McKenzie currently represents, has represented in the past and will likely represent in the future, an affiliate of Seguros SURA Colombia, in matters unrelated to the Debtor and this case. |
| Softwareone Colombia S.A.S | Baker McKenzie currently represents, has represented in the past and will likely represent in the future, an affiliate of Softwareone Colombia Softwareone Colombia S.A.S, in matters unrelated to the Debtor and this case. |
| Superintendencia de Industria y Comercio | Baker McKenzie has represented in the past and will likely represent in the future, Superintendencia de Industria y ComercioSuperintendencia de Industria y Comercio, in matters unrelated to the Debtor and this case. |
| Systemgroup S.A.S. | Baker McKenzie has represented in the past and will likely represent in the future an affiliate of Systemgroup S.A.S., in matters unrelated to the Debtor and this case. |
| Ubs O'Connor LLC | Baker McKenzie has represented in the past and will likely represent in the future Ubs O'Connor LLC, in matters unrelated to the Debtor and this case. Baker McKenzie currently represents, has represented in the past, and will likely represent in the future an affiliate of UBS O'Connor LLC, in matters unrelated to the Debtor and this case. |
| Vision Software S.A. | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future Vision Software S.A., in matters unrelated to the Debtor and this case. |
| The Bank of New York Mellon | Baker McKenzie currently represents, has represented in the past, and will likely represent in the future The Bank of New York Mellon and an affiliate, in matters unrelated to the Debtor and this case. |