Paul J. Keenan Jr. (admitted *pro hac vice*)
Reginald Sainvil (admitted *pro hac vice*)
Baker & McKenzie LLP
1111 Brickell Avenue, 10th Floor
Miami, FL 33130
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: paul.keenan@bakermckenzie.com
         reginald.sainvil@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel for the Debtor*
*and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CREDIVALORES – CREDISERVICIOS S.A., | Case No. 24-10837 (DSJ) |
| Debtor. | |

**NOTICE OF FILING OF ADDITIONAL PLAN SUPPLEMENT**
**FOR THE DEBTOR'S PREPACKAGED CHAPTER 11 PLAN**

**PLEASE TAKE NOTICE THAT** on June 14, 2024 the Debtor filed a Notice of Filing of the Plan Supplement for the Debtor's Prepackaged Chapter 11 Plan (the "**Plan Supplement**") [Doc. No. 78] in support of confirmation of the *Prepackaged Chapter 11 Plan of Credivalores – Crediservicios S.A.*, (as modified, amended, or supplemented from time to time, the "**Plan**").[1]

**PLEASE TAKE FURTHER NOTICE THAT** the Debtor further supplements the Plan by filing business projections for 2024 to 2029, attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtor expressly reserves the right, subject to the terms and conditions set forth in the Plan, to alter, amend, modify, or supplement any document in the Plan Supplement and to file additional documents to be included in the Plan Supplement. To the extent any document in the Plan Supplement is altered, amended, modified,

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

or supplemented in any material respect, in accordance with the terms of the Plan, prior to the Confirmation Hearing, the Debtor will file a blackline of such document with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on confirmation of the Plan, any objections thereto, and any other matter that may properly come before the Court shall be held before the Honorable David S. Jones, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, on June 27, 2024 at 11:30 a.m. (prevailing Eastern Time) (the "**Confirmation Hearing**"). The Confirmation Hearing may be adjourned or continued from time to time by the Court or the Debtor without further notice other than adjournments announced in open Court or as indicated in any notice, including any notice of agenda of matters scheduled for hearing filed by the Debtor with the Court.

**PLEASE TAKE FURTHER NOTICE THAT** electronic copies of the Plan and Plan Supplement may be obtained for free from the Debtor's claims and noticing agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/case/credivalores/documents or for a fee via PACER at http://www.nysb.uscourts.gov/.

| | |
|---|---|
| Dated: June 26, 2024<br>New York, New York | **BAKER & McKENZIE LLP**<br><br>By: /s/ *Paul J. Keenan Jr.*<br>Paul J. Keenan Jr. (*pro hac vice* pending)<br>Reginald Sainvil (*pro hac vice* pending)<br>1111 Brickell Avenue, 10th Floor<br>Miami, FL 33131<br>Telephone: 305-789-8900<br>Facsimile: 305-789-8953<br>Email: paul.keenan@bakermckenzie.com<br>         reginald.sainvil@bakermckenzie.com<br><br>Blaire Cahn<br>452 Fifth Avenue<br>New York, NY 10018<br>Telephone: 212-626-4100<br>Facsimile: 212-310-1600<br>Email: blaire.cahn@bakermckenzie.com<br><br>*Counsel for the Debtor*<br>*and Debtor-in-Possession* |

## **EXHIBIT A**

**BUSINESS PROJECTIONS FOR 2024 TO 2029**

| Cifras expresadas en COP$ MM | Dec-24 2024 | Dec-25 2025 | Dec-26 2026 | Dec-27 2027 | Dec-28 2028 | Dec-29 2029 | Var 24-23 | Var 25-24 | Var 26-25 | Var 27-26 | Var 28-27 | Var 29-28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **X Disbursement** | | | | | | | | | | | | |
| Payroll | 400,000 | 520,000 | 624,000 | 736,320 | 846,768 | 948,380 | 364,470 | 120,000 | 104,000 | 112,320 | 110,448 | 101,612 |
| Credit Card | 0 | 0 | 0 | 0 | 0 | 0 | -120,553 | 0 | 0 | 0 | 0 | 0 |
| **Total Disbursements** | **400,000** | **520,000** | **624,000** | **736,320** | **846,768** | **948,380** | 243,917 | 120,000 | 104,000 | 112,320 | 110,448 | 101,612 |
| **X Loan Portfolio** | | | | | | | | | | | | |
| Payroll | 856,076 | 1,173,062 | 1,484,157 | 1,773,918 | 2,086,831 | 2,359,070 | 141,725 | 316,987 | 311,095 | 289,761 | 312,913 | 272,239 |
| Credit Card | 695,663 | 629,438 | 619,891 | 612,443 | 605,853 | 600,086 | -121,620 | -66,225 | -9,548 | -7,448 | -6,590 | -5,766 |
| Other Portfolio | 33,445 | 32,701 | 31,957 | 31,213 | 30,469 | 29,725 | -744 | -744 | -744 | -744 | -744 | -744 |
| **Total Loan Portfolio** | **1,585,184** | **1,835,202** | **2,136,005** | **2,417,574** | **2,723,152** | **2,988,881** | 19,360 | 250,018 | 300,803 | 281,569 | 305,579 | 265,729 |
| **x Balance Sheet Summary** | | | | | | | | | | | | |
| Assets | 2,106,509 | 2,435,267 | 2,813,418 | 3,179,262 | 3,523,121 | 3,830,199 | 84,672 | 328,759 | 378,151 | 365,844 | 343,859 | 307,078 |
| Cash and equivalents | 77,439 | 100,917 | 124,428 | 165,243 | 169,563 | 183,786 | -11,044 | 23,478 | 23,511 | 40,815 | 4,321 | 14,222 |
| Total financial assets at fair value | 23,846 | 23,846 | 23,846 | 23,846 | 23,846 | 23,846 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total loan portfolio, net | 1,496,389 | 1,812,408 | 2,173,864 | 2,506,399 | 2,854,291 | 3,148,934 | 89,018 | 316,019 | 361,457 | 332,534 | 347,893 | 294,643 |
| Accounts receivable, net | 281,052 | 281,052 | 281,052 | 281,052 | 281,052 | 281,052 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 227,783 | 217,045 | 210,228 | 202,723 | 194,369 | 192,581 | 6,698 | -10,738 | -6,817 | -7,505 | -8,354 | -1,788 |
| **Liabilities** | **1,658,377** | **1,980,827** | **2,360,280** | **2,726,091** | **3,056,827** | **3,358,322** | -101,226 | 322,449 | 379,453 | 365,811 | 330,736 | 301,495 |
| Total financial liabilities at amortized cost | 1,544,050 | 1,866,499 | 2,245,952 | 2,611,764 | 2,942,500 | 3,243,995 | -62,536 | 322,449 | 379,453 | 365,811 | 330,736 | 301,495 |
| Provisions for employee benefits | 1,159 | 1,159 | 1,159 | 1,159 | 1,159 | 1,159 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other provisions | 2,483 | 2,483 | 2,483 | 2,483 | 2,483 | 2,483 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accounts payable | 102,714 | 102,714 | 102,714 | 102,714 | 102,714 | 102,714 | -19,889 | 0 | 0 | 0 | 0 | 0 |
| Other Liabilities | 7,972 | 7,972 | 7,972 | 7,972 | 7,972 | 7,972 | -18,800 | 0 | 0 | 0 | 0 | 0 |
| **Equity** | **448,132** | **454,441** | **453,138** | **453,171** | **466,294** | **471,877** | 185,897 | 6,309 | -1,302 | 33 | 13,123 | 5,583 |
| **x Income Statements** | **2024** | **2025** | **2026** | **2027** | **2028** | **2029** | Var 24-23 | Var 25-24 | Var 26-25 | Var 27-26 | Var 28-27 | Var 29-28 |
| Total Income | 308,358 | 359,655 | 426,958 | 489,860 | 552,080 | 602,693 | -63,540 | 51,296 | 67,304 | 62,902 | 62,220 | 50,614 |
| Interest Income | 257,198 | 305,138 | 366,451 | 422,371 | 477,632 | 521,666 | -50,078 | 47,940 | 61,313 | 55,920 | 55,261 | 44,034 |
| Fee Income | 51,161 | 54,517 | 60,508 | 67,489 | 74,448 | 81,027 | -13,463 | 3,356 | 5,991 | 6,982 | 6,958 | 6,580 |
| Interest financial costs (amort) | -197,827 | -191,861 | -257,356 | -304,550 | -335,200 | -387,317 | 34,533 | 5,966 | -65,495 | -47,194 | -30,649 | -52,117 |
| **Net Income Margin** | **110,531** | **167,794** | **169,602** | **185,310** | **216,880** | **215,376** | **-29,007** | **57,263** | **1,808** | **15,708** | **31,570** | **-1,504** |
| Asset Transaction Costs (amort) | -10,817 | -10,817 | -10,817 | -10,817 | -10,817 | -10,817 | 20,059 | 0 | 0 | 0 | 0 | 0 |
| Passive Transaction Costs (amort) | -3,536 | -3,536 | -3,536 | -3,536 | -3,536 | -3,536 | 44,236 | 0 | 0 | 0 | 0 | 0 |
| Provisions | -66,766 | -65,695 | -69,914 | -75,235 | -80,677 | -85,830 | 45,809 | 1,071 | -4,218 | -5,322 | -5,442 | -5,153 |
| **Profit (loss) from operating activities** | **29,412** | **87,746** | **85,336** | **95,722** | **121,850** | **115,193** | 81,097 | 58,333 | -2,410 | 10,386 | 26,128 | -6,657 |
| Employee benefit expenses | -10,611 | -10,865 | -11,088 | -11,282 | -11,480 | -11,681 | 1,778 | -255 | -223 | -194 | -197 | -201 |
| Depreciation and amortization expense | -5,976 | -5,976 | -5,976 | -5,976 | -5,082 | -2,400 | 202 | 0 | 0 | 0 | 894 | 2,682 |
| Expense for depreciation of right-of-use assets | -1,512 | -1,512 | -1,512 | -1,512 | -1,512 | -1,512 | 914 | 0 | 0 | 0 | 0 | 0 |
| Administrative and Operative Expenses | -63,469 | -66,584 | -76,096 | -85,109 | -93,439 | -101,720 | 10,594 | -3,115 | -9,512 | -9,013 | -8,329 | -8,281 |
| **Total Expenses** | **-81,568** | **-84,937** | **-94,672** | **-103,880** | **-111,512** | **-117,313** | 13,488 | -3,370 | -9,735 | -9,207 | -7,633 | -5,800 |
| **Operational Net Value** | **-52,155** | **2,808** | **-9,337** | **-8,158** | **10,337** | **-2,120** | 94,585 | 54,964 | -12,145 | 1,179 | 18,495 | -12,457 |

|   |   |   |   |   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net Other Income / Expenses** | 10,432 | 6,751 | 7,363 | 8,208 | 9,546 | 10,578 | -125,257 | -3,681 | 612 | 844 | 1,338 | 1,032 |
|   |   |   |   |   |   |   | 0 | 0 | 0 | 0 | 0 | 0 |
| **Profit, before taxes** | **-41,724** | **9,559** | **-1,973** | **50** | **19,883** | **8,458** | **-30,672** | **51,283** | **-11,533** | **2,023** | **19,833** | **-11,424** |
| tax expense | 14,186 | -3,250 | 671 | -17 | -6,760 | -2,876 | 9,382 | -17,436 | 3,921 | -688 | -6,743 | 3,884 |
| **Net profit** | **-27,538** | **6,309** | **-1,302** | **33** | **13,123** | **5,583** | **-21,290** | **33,847** | **-7,611** | **1,335** | **13,090** | **-7,540** |

| X | **Directly Cash Flow** | Dec-24 | Dec-25 | Dec-26 | Dec-27 | Dec-28 | Dec-29 | | Var 25-24 | Var 26-25 | Var 27-26 | Var 28-27 | Var 29-28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | **Initial Cash** | **88,483** | **77,439** | **100,917** | **124,428** | **165,243** | **169,563** | | **-11,044** | **23,478** | **23,511** | **40,815** | **4,321** |
|   | Income Collection | 206,364 | 251,076 | 285,574 | 352,843 | 418,272 | 477,132 | | 44,712 | 34,498 | 67,269 | 65,429 | 58,860 |
|   | Other Income | 10,432 | 6,751 | 7,363 | 8,208 | 9,546 | 10,578 | | -3,681 | 612 | 844 | 1,338 | 1,032 |
|   | Interest Payment | -162,182 | -192,335 | -247,513 | -304,594 | -336,857 | -398,552 | | -30,154 | -55,177 | -57,081 | -32,263 | -61,695 |
|   | **Net Margin** | **54,614** | **65,492** | **45,425** | **56,457** | **90,960** | **89,158** | | **10,878** | **-20,067** | **11,032** | **34,503** | **-1,802** |
|   | **Expenses** | | | | | | | | | | | | |
|   | Wages and Salaries | -10,611 | -10,865 | -11,088 | -11,282 | -11,480 | -11,681 | | -255 | -223 | -194 | -197 | -201 |
|   | Administrative Expenses | -63,469 | -66,584 | -76,096 | -85,109 | -93,439 | -101,720 | | -3,115 | -9,512 | -9,013 | -8,329 | -8,281 |
|   | Delayed Payments to Suppliers | -18,800 | 0 | 0 | 0 | 0 | 0 | | 18,800 | 0 | 0 | 0 | 0 |
|   | **Total Expenses** | **-92,880** | **-77,449** | **-87,184** | **-96,392** | **-104,918** | **-113,401** | | **15,430** | **-9,735** | **-9,207** | **-8,527** | **-8,482** |
|   | **Net Operating Margin** | **-38,266** | **-11,958** | **-41,760** | **-39,935** | **-13,958** | **-24,243** | | **26,308** | **-29,802** | **1,825** | **25,976** | **-10,285** |
|   | **Financing Movements** | | | | | | | | | | | | |
|   | Principal Collection | 391,653 | 285,044 | 366,514 | 494,133 | 578,079 | 717,923 | | -106,609 | 81,470 | 127,619 | 83,946 | 139,844 |
|   | Third Collection | -83,566 | -68,832 | -32,238 | -30,675 | -30,047 | -29,894 | | 14,734 | 36,595 | 1,563 | 628 | 153 |
|   | Disbursements | -400,000 | -520,000 | -624,000 | -736,320 | -846,768 | -948,380 | | -120,000 | -104,000 | -112,320 | -110,448 | -101,612 |
|   | Principal Payments | -395,765 | -219,026 | -312,956 | -438,058 | -584,603 | -1,337,264 | | 176,740 | -93,930 | -125,102 | -146,545 | -752,661 |
|   | Financing | 400,000 | 520,000 | 624,000 | 736,320 | 846,768 | 948,380 | | 120,000 | 104,000 | 112,320 | 110,448 | 101,612 |
|   | Other Financing | 114,900 | 38,250 | 43,950 | 55,350 | 59,850 | 692,700 | | -76,650 | 5,700 | 11,400 | 4,500 | 632,850 |
|   | Investments | 0 | 0 | 0 | 0 | -5,000 | -5,000 | | 0 | 0 | 0 | -5,000 | 0 |
|   | **Total Financing Movements** | **27,222** | **35,436** | **65,270** | **80,750** | **18,279** | **38,465** | | **8,214** | **29,835** | **15,479** | **-62,471** | **20,186** |
|   | **Final Cash** | **77,439** | **100,917** | **124,428** | **165,243** | **169,563** | **183,786** | | **23,478** | **23,511** | **40,815** | **4,321** | **14,222** |

| X | **Indirectly Cash Flow / Check view** | Dec-24 | Dec-25 | Dec-26 | Dec-27 | Dec-28 | Dec-29 | | Var 25-24 | Var 26-25 | Var 27-26 | Var 28-27 | Var 29-28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | **Net Income** | **-27,538** | **6,309** | **-1,302** | **33** | **13,123** | **5,583** | | **33,847** | **-7,611** | **1,335** | **13,090** | **-7,540** |
|   | Taxes | -14,186 | 3,250 | -671 | 17 | 6,760 | 2,876 | | 17,436 | -3,921 | 688 | 6,743 | -3,884 |
|   | Accrual Income | -308,358 | -359,655 | -426,958 | -489,860 | -552,080 | -602,693 | | -51,296 | -67,304 | -62,902 | -62,220 | -50,614 |
|   | Collection Income | 206,364 | 251,076 | 285,574 | 352,843 | 418,272 | 477,132 | | 44,712 | 34,498 | 67,269 | 65,429 | 58,860 |
|   | Other Income | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
|   | Provisions | 66,766 | 65,695 | 69,914 | 75,235 | 80,677 | 85,830 | | -1,071 | 4,218 | 5,322 | 5,442 | 5,153 |
|   | Depreciation | 7,488 | 7,488 | 7,488 | 7,488 | 6,594 | 3,912 | | 0 | 0 | 0 | -894 | -2,682 |
|   | TC Assets | 10,817 | 10,817 | 10,817 | 10,817 | 10,817 | 10,817 | | 0 | 0 | 0 | 0 | 0 |
|   | TC Liabilities | 3,536 | 3,536 | 3,536 | 3,536 | 3,536 | 3,536 | | 0 | 0 | 0 | 0 | 0 |
|   | Interest Financial Cost Accruals | 184,613 | 191,861 | 257,356 | 304,550 | 335,200 | 387,317 | | 7,248 | 65,495 | 47,194 | 30,649 | 52,117 |
|   | Interest Payments | -162,182 | -192,335 | -247,513 | -304,594 | -336,857 | -398,552 | | -30,154 | -55,177 | -57,081 | -32,263 | -61,695 |
|   | Fx Rate | 13,214 | 0 | 0 | 0 | 0 | 0 | | -13,214 | 0 | 0 | 0 | 0 |
|   | **Total Income** | **-19,466** | **-11,958** | **-41,760** | **-39,935** | **-13,958** | **-24,243** | | **7,508** | **-29,802** | **1,825** | **25,976** | **-10,285** |

| | | | | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Financing Movements** | | | | | | | | | | | |
| Principal Collection | 308,087 | 216,211 | 334,276 | 463,458 | 548,032 | 688,029 | -91,876 | 118,065 | 129,182 | 84,574 | 139,997 |
| Disbursements | -400,000 | -520,000 | -624,000 | -736,320 | -846,768 | -948,380 | -120,000 | -104,000 | -112,320 | -110,448 | -101,612 |
| Principal Payments | -395,765 | -219,026 | -312,956 | -438,058 | -584,603 | -1,337,264 | 176,740 | -93,930 | -125,102 | -146,545 | -752,661 |
| Disbursement Financing | 400,000 | 520,000 | 624,000 | 736,320 | 846,768 | 948,380 | 120,000 | 104,000 | 112,320 | 110,448 | 101,612 |
| Other Financing | 114,900 | 38,250 | 43,950 | 55,350 | 59,850 | 692,700 | -76,650 | 5,700 | 11,400 | 4,500 | 632,850 |
| Suppliers | -18,800 | 0 | 0 | 0 | 0 | 0 | 18,800 | 0 | 0 | 0 | 0 |
| Investments | 0 | 0 | 0 | 0 | -5,000 | -5,000 | 0 | 0 | 0 | -5,000 | 0 |
| Other Balance Movements | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Financing Movements** | **8,422** | **35,436** | **65,270** | **80,750** | **18,279** | **38,465** | **27,014** | **29,835** | **15,479** | **-62,471** | **20,186** |
| | | | | | | | | | | | |
| Monthly Movement | -11,044 | 23,478 | 23,511 | 40,815 | 4,321 | 14,222 | 34,522 | 33 | 17,304 | -36,494 | 9,902 |
| Liberación Caja UBS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Monthly Movements** | **-11,044** | **23,478** | **23,511** | **40,815** | **4,321** | **14,222** | **34,522** | **33** | **17,304** | **-36,494** | **9,902** |
| | | | | | | | | | | | |
| **Final Cash** | **77,439** | **100,917** | **124,428** | **165,243** | **169,563** | **183,786** | **23,478** | **23,511** | **40,815** | **4,321** | **14,222** |
| | | | | | | | | | | | |
| X **Restricted Cash** | **77,049** | **93,946** | **116,311** | **142,237** | **162,489** | **183,771** | **16,897** | **22,365** | **25,926** | **20,252** | **21,282** |
| CDT as collateral | 12,157 | 12,157 | 12,157 | 12,157 | 12,157 | 12,157 | 0 | 0 | 0 | 0 | 0 |
| Cash Collateral on Citi and Sindicated Facilities | 13,200 | 13,200 | 13,200 | 13,200 | 13,200 | 13,200 | 0 | 0 | 0 | 0 | 0 |
| Montly Collection | 51,692 | 68,589 | 90,954 | 116,880 | 137,132 | 158,414 | 16,897 | 22,365 | 25,926 | 20,252 | 21,282 |