Paul J. Keenan Jr. (admitted *pro hac vice*)
Reginald Sainvil (admitted *pro hac vice*)
Baker & McKenzie LLP
1111 Brickell Avenue, 10th Floor
Miami, FL 33130
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: paul.keenan@bakermckenzie.com
  reginald.sainvil@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel for the Debtor
and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CREDIVALORES – CREDISERVICIOS S.A., | Case No. 24-10837 (DSJ) |
| Debtor. / | |

**DEBTOR'S NOTICE OF FILING SUPPLEMENTAL DECLARATION AND CORRECTING SELECT CITATIONS IN REPLY BRIEF**

Credivalores – Crediservicios S.A., the above captioned debtor and debtor in possession (the "**Debtor**"), hereby submits this *Notice of Filing Supplemental Declaration and Correcting Select Citations in Reply Brief*, and states as follows:

1. Attached here as **Exhibit A**, is the *Supplemental Declaration of Jaime Francisco Buriticá Leal in Support of Confirmation of the Debtor's Prepackaged Chapter 11 Plan* ("**Supplemental Leal Declaration**"), the *Gerente General*, or Chief Executive Officer, of the

Debtor, which supplements the *Declaration of Jaime Francisco Buriticá Leal in Support of Confirmation of the Debtor's Prepackaged Chapter 11 Plan* [Doc. No. 115].

2. The Debtor also hereby revises its *(I) Reply to the Ad Hoc Group's Omnibus Objection to Plan Confirmation, Approval of the Disclosure Statement, Approval of the Solicitation Procedures, and the UCC Motion, and (II) Objection to the Ad Hoc Group's Motion Under Bankruptcy Rule 3018 to Counter Certain Ballots (I) Objection of Ad Hoc Group of Amended Memorandum of Law in Support of Entry of an Order (I) Approving the Disclosure Statement and (II) Confirming the Prepackaged Chapter 11 Plan of Credivalores – Crediservicios S.A., and (III) Granting Related Relief* [Doc. No. 114] as follows:

| Page/¶ | Original Text | New Text |
|---|---|---|
| p. 1 | "the *Declaration of James Harper* [Doc No. *TBD*] ("**Harper Declaration**")" | "the *Supplemental Declaration of Jaime Francisco Buriticá Leal in Support of Confirmation of the Debtor's Prepackaged Chapter 11 Plan* ("**Supplemental Leal Declaration**")" |
| ¶ 16(a) | "Harper Decl., ¶ 7" | "Supp. Leal Decl., ¶ 2" |
| ¶ 16(a) | "Harper Decl., ¶ 9" | "Supp. Leal Decl., ¶ 2" |
| ¶ 16(b) | "Harper Decl., ¶ 10" | *– deleted –* |
| ¶ 16(c) | "These statements were validated by the liquidation analysis and financial projections prepared by FTI Consulting ("**FTI**") and filed June 14, 2024. These documents confirm what was disclosed in the Disclosure Statement: that a chapter 7 liquidation would result in Class A holders receiving substantially less (25%) than their proposed treatment under the Plan (75%). *See* Plan Supplement [Doc. No. 78]." | "These statements were validated by the liquidation analysis prepared by FTI Consulting ("**FTI**") and filed June 14, 2024, and the financial projections prepared by the Debtor filed June 26, 2024. The liquidation analysis confirms what was disclosed in the Disclosure Statement, *i.e.*, that a chapter 7 liquidation would result in Class A holders receiving substantially less (25%) than their proposed treatment under the Plan (75%), Plan Supplement [Doc. No. 78], while the financial projections demonstrate the Plan's feasibility. *See* Notice of Filing [Doc. No. 123]." |

| | | |
|---|---|---|
| ¶ 21 | "The Guidelines provide that in solicitations involving Publicly Traded Securities (as the term is defined by the Guidelines), a twenty-one (21) calendar day voting period will be deemed reasonable. See Guidelines, Part IX.A(1)." | "The Guidelines provide that in solicitations involving securities that are not Publicly Traded Securities (as the term is defined by the Guidelines), a fourteen (14) calendar day voting period will be deemed reasonable. See Guidelines, Part IX.A(2)." |
| ¶ 28 | "Harper Decl., ¶ 7" | "Supp. Leal Decl., ¶ 2" |

Dated: June 27, 2024        **BAKER & McKENZIE LLP**

By: */s/ Paul J. Keenan*
    Paul J. Keenan Jr. (admitted *pro hac vice*)
    Reginald Sainvil (admitted *pro hac vice*)
    1111 Brickell Avenue, 10th Floor
    Miami, FL 33131
    Telephone: 305-789-8900
    Facsimile: 305-789-8953
    Email: paul.keenan@bakermckenzie.com
           reginald.sainvil@bakermckenzie.com

– and –

Blaire Cahn
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel for the Debtor and Debtor-in-Possession*

EXHIBIT A

Paul J. Keenan Jr. (admitted *pro hac vice*)
Reginald Sainvil (admitted *pro hac vice*)
Baker & McKenzie LLP
1111 Brickell Avenue, 10th Floor
Miami, FL 33130
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: paul.keenan@bakermckenzie.com
      reginald.sainvil@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel for the Debtor*
*and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CREDIVALORES – CREDISERVICIOS S.A. | Case No. 24-10837 (DSJ) |
| Debtor. | |

**SUPPLEMENTAL DECLARATION OF JAIME FRANCISCO BURITICÁ LEAL IN SUPPORT OF CONFIRMATION OF THE DEBTOR'S PREPACKAGED CHAPTER 11 PLAN**

I, Jaime Francisco Buriticá Leal, hereby declare under penalty of perjury as follows:

1. I am the *Gerente General*, or Chief Executive Officer, at Credivalores – Crediservicios S.A., a company organized under the laws of Colombia ("**Credivalores**"), the above-captioned debtor and debtor in possession (the "**Debtor**," or the "**Company**"). I am over the age of 18 and am authorized to submit this Declaration on behalf of the Debtor. Except as otherwise indicated herein, all facts set forth in this Declaration are based on my personal

knowledge of the Debtor's operations, finances and restructuring activities, information gathered from my review of relevant documents, and information supplied to me by members of my team that report to me, other members of the Debtor's management or the Debtor's advisors. If called upon to testify, I could and would testify competently to the facts set forth herein.

2. Beginning in or around January 2024, the Debtor began negotiations with an *ad hoc* group of bondholders in connection with the terms of the Exchange Offer for the Old Notes, which contemplated a potential prepackaged bankruptcy case. The members of this "**Prepetition Ad Hoc Group**" included: Vontobel Holding AG ("**Vontobel**"), Vega Asset Management, Procapital, and GDA. Vontobel was intimately involved in the negotiation of the Exchange Offer and Plan; however, I understand that Vontobel changed its mind and voted against the Plan.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 27, 2024 /s/ *Jaime Francisco Buriticá Leal*
JAIME FRANCISCO BURITICÁ LEAL
Bogotá, Colombia