DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Timothy Graulich
James I. McClammy
Angela M. Libby
Stephen D. Piraino
Moshe Melcer

*Counsel to the Ad Hoc Group of Noteholders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CREDIVALORES – CREDISERVICIOS S.A.,** | **Case No. 24-10837 (DSJ)** |
| **Debtor.** | |

# FIRST AMENDED VERIFIED STATEMENT OF DAVIS POLK & WARDWELL LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

In connection with the above-captioned chapter 11 case (the "**Chapter 11 Case**") commenced by Credivalores – Crediservicios S.A. (the "**Debtor**") on May 16, 2024 (the "**Petition Date**"), Davis Polk & Wardwell LLP ("**Davis Polk**") hereby submits this first amended verified statement (this "**Amended Statement**") pursuant to rule 2019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

1.   In or around March 2024, a group formed by certain holders, or investment advisors or managers acting on behalf of holders (each, a "**Member**" and, together, the "**Ad Hoc Group**"), of 8.875% Senior Notes due 2025 (the "**Old Notes**") issued by the Debtor pursuant to that certain Indenture, dated February 7, 2020 (the "**Indenture**"), by and between the Debtor, as issuer, and The Bank of New York Mellon, as trustee, engaged Davis Polk to represent it in connection with potential transactions with, or any restructuring of, the Debtor.

2. As of the date of this Amended Statement, Davis Polk does not represent or purport to represent any entities other than the Ad Hoc Group in connection with the Chapter 11 Case.

3. The Members, collectively, beneficially own (or are the investment advisors or managers for funds that beneficially own) or manage approximately $59,312,000 in aggregate principal amount of the Old Notes.

4. In accordance with Bankruptcy Rule 2019, the address, nature, and amount of all disclosable economic interests of each Member is set forth in **Exhibit A** hereto. The information contained in **Exhibit A** is based upon information provided by the Members to Davis Polk and is subject to change.

5. Upon information and belief formed after due inquiry, Davis Polk does not hold any claims against, or interests in, the Debtor or its estate, other than claims for fees and expenses incurred in representing the Ad Hoc Group. Davis Polk's address is 450 Lexington Avenue, New York, New York 10017.

6. Davis Polk submits this Amended Statement out of an abundance of caution, and nothing herein should be construed as an admission that (a) the requirements of Bankruptcy Rule 2019 apply to Davis Polk's representation of the Ad Hoc Group or (b) the Ad Hoc Group constitutes a "group" (within the meaning of section 13(d)(3) or section 14(d)(2) of the Securities Exchange Act of 1934, as amended (the "**Exchange Act**"), or any successor provision), including any group acting for the purpose of acquiring, holding, or disposing of securities (within the meaning of rule 13d-5(b)(1) of the Exchange Act, or any successor provision).

7. Nothing contained in this Amended Statement, including **Exhibit A** hereto, should be construed as (a) a waiver or release of any claims against the Debtor by any Member, (b) an admission with respect to any fact or legal theory, or (c) a limitation upon, or waiver of, any

Member's right to file or amend a proof of claim in accordance with applicable law and any orders entered in the Chapter 11 Case.

8. The undersigned verify that the foregoing is true and correct to the best of their knowledge.

9. Davis Polk reserves the right to amend or supplement this Amended Statement.

10. The information contained herein is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other use or purpose.

Dated:   June 27, 2024
           New York, New York

DAVIS POLK & WARDWELL LLP

By:  */s/ Timothy Graulich*

450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Timothy Graulich
James I. McClammy
Angela M. Libby
Stephen D. Piraino
Moshe Melcer

*Counsel to the Ad Hoc Group of Noteholders*

**Exhibit A**[1]

| Name | Address | Aggregate Principal Amount of Old Notes |
|---|---|---|
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, or controlled by **A3E CAPITAL SICAV P.L.C.** | Quad Central, Q3 Level 9 Triq L-Esportaturi Zone 1 Birkirkara CBD1040, Malta | $1,500,000 |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, or controlled by **ABSALON CAPITAL A/S and FORMUEPLEJE A/S** | Tuborg Havnevej 15 2900 Hellerup, Denmark | $4,000,000 |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, or controlled by **BANK JULIUS BAER** | 25, Grand-Rue L-1661 Luxembourg | $3,500,000 |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, or controlled by **BTG ASSET MANAGEMENT S.A. DTVM** | Avenida Brigadeiro Faria Lima, 3477, 12th floor, Itaim Bibi, São Paulo / SP, Brazil | $5,650,000 |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, or controlled by **PROTECTED CELL CH1275642531, A CELL OF CV CAPITAL MARKETS ISSUER PCC LTD** | Suite 6 Provident House, Havilland Street St Peter Port, GY1 2QE, Guernsey | $653,000 |

---

[1] Amounts listed on this **Exhibit A** represent aggregate disclosable economic interests held by, or held by funds, accounts, or other entities managed or advised by, the listed entities or their respective affiliates. Amounts listed on this **Exhibit A** do not include any claims for fees, expenses, accrued and unpaid interest, premiums, make-wholes, indemnification, or any other amounts that may be owing under the Indenture or any other agreement. The amounts disclosed herein may also reflect economic interests pursuant to trades that have not yet settled. All amounts are represented on a net basis. To the best of Davis Polk's knowledge, the information included herein is accurate as of the close of business on June 21, 2024.

| Name | Address | Aggregate Principal Amount of Old Notes |
|---|---|---|
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, or controlled by **FIRST GENEVA CAPITAL PARTNERS** | 5 cours des Bastions 1205 Geneva, Switzerland | $2,000,000 |
| **INDIVIDUAL HOLDER (name on file)** | Address on file | $1,550,000[2] |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, or controlled by **JULIUS BAER - PRIVATE BANKING** | Bahnhofstrasse 36, P.O. Box, 8010 Zürich, 8001 Switzerland | $1,800,000 |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, or controlled by **MONEDA S.A. ADMINISTRADORA GENERAL DE FONDOS** | Isidora Goyenechea 3621 Floor 8, 7550110 Santiago, Las Condes Chile | $12,032,000 |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, or controlled by **SANDGLASS CAPITAL ADVISORS LLC** | 1133 Broadway, Suite 1528 New York, NY 10010 | $10,500,000[3] |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, or controlled by **TMF CUSTOMS HOUSE** | OYIA Business Centre, Suite 301 Cross Roads, Marsa, MRS1547, Malta | $200,000 |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, or controlled by **VONTOBEL HOLDING AG** | Gotthardstrasse 43 8022 Zurich, Switzerland | $12,427,000 |

---

[2] Includes one or more purchases effected since June 21, 2024.

[3] Includes one or more purchases effected since June 21, 2024.

| Name | Address | Aggregate Principal Amount of Old Notes |
|---|---|---|
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, or controlled by **VP FUND SOLUTIONS (LIECHTENSTEIN) AG, AS TRUSTEE OF SOLITAIRE FUND** | Aeulestrasse 6 9490 Vaduz, Liechtenstein | $3,500,000 |