# UNITED STATES BANKRUPTCY COURT
## Southern DISTRICT OF New York

| | | |
|---|---|---|
| In Re. Credivalores - Crediservicios S.A. | § § § § | Case No. 24-10837 |
| Debtor(s) | | |

☐ Jointly Administered

# Monthly Operating Report
Chapter 11

Reporting Period Ended: 05/31/2025          Petition Date: 05/16/2024

Months Pending: 13          Industry Classification: 5 2 2 2

Reporting Method:     Accrual Basis ⦿     Cash Basis ○

Debtor's Full-Time Employees (current): 111

Debtor's Full-Time Employees (as of date of order for relief): 109

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/S/ Liliana Arnago Salazar                    Liliana Arnago Salazar
Signature of Responsible Party                Printed Name of Responsible Party

06/20/2025
Date

Carrera 7 No, 76 - 35 Bogotá, Colombia
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Credivalores - Crediservicios S.A.  Case No. 24-10837

| | Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Cash balance beginning of month | $6,615,084 | |
| b. | Total receipts (net of transfers between accounts) | $2,610,554 | $60,714,689 |
| c. | Total disbursements (net of transfers between accounts) | $3,441,687 | $65,382,618 |
| d. | Cash balance end of month (a+b-c) | $5,783,951 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $3,441,687 | $65,382,618 |

| | Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|---:|
| a. | Accounts receivable (total net of allowance) | $35,521,056 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $32,701,840 |
| c. | Inventory (Book ⦿ Market ◯ Other ◯ (attach explanation)) | $0 |
| d. | Total current assets | $232,962,364 |
| e. | Total assets | $328,246,322 |
| f. | Postpetition payables (excluding taxes) | $6,206,832 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $103,556 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $6,310,388 |
| k. | Prepetition secured debt | $52,725,664 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $359,398,393 |
| n. | Total liabilities (debt) (j+k+l+m) | $418,434,445 |
| o. | Ending equity/net worth (e-n) | $-90,188,122 |

| | Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| | Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Gross income/sales (net of returns and allowances) | $1,681,474 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $-4,781,159 | |
| c. | Gross profit (a-b) | $6,462,634 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $-781,309 | |
| f. | Other expenses | $-31,606,441 | |
| g. | Depreciation and/or amortization (not included in 4b) | $-13,095 | |
| h. | Interest | $262,246 | |
| i. | Taxes (local, state, and federal) | $4,823,501 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-20,852,464 | $-132,021,019 |

Debtor's Name Credivalores - Crediservicios S.A.   Case No. 24-10837

**Part 5: Professional Fees and Expenses**

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $79,326 | $79,326 | $79,326 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Epiq Corporate Restructuring, L | Other | $0 | $79,326 | $79,326 | $79,326 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Credivalores - Crediservicios S.A.   Case No. 24-10837

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxvii | | | | | |

Debtor's Name  Credivalores - Crediservicios S.A.  Case No. 24-10837

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name Credivalores - Crediservicios S.A.  Case No. 24-10837

| | | | | | | |
|---|---|---|---|---|---|---|
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |

Debtor's Name Credivalores - Crediservicios S.A.  Case No. 24-10837

| | | | | | | |
|---|---|---|---|---|---|---|
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxvii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---:|---:|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $4,195 | $220,833 |
| d. Postpetition employer payroll taxes paid | $4,238 | $245,764 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $99,361 | $1,662,069 |
| g. Postpetition other taxes paid (local, state, and federal) | $76,004 | $1,768,418 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ● No ○ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ● No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ No ○ N/A ● |
| i. | Do you have: Worker's compensation insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| | General liability insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ● No ○ |
| k. | Has a disclosure statement been filed with the court? | Yes ● No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ |

Debtor's Name  Credivalores - Crediservicios S.A.                                    Case No. 24-10837

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Liliana Arango Salazar | Liliana Arango Salazar |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Legal director and General Secretary | 06/20/2025 |
| Title | Date |

Debtor's Name Credivalores - Crediservicios S.A.  Case No. 24-10837


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

UST Form 11-MOR (12/01/2021)  10

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Credivalores - Crediservicios S.A.                        Case No.  24-10837


PageThree


PageFour

**CREDIVALORES CREDISERVICIOS S.A.**

**Case No. 24-10837**

Notes to the Monthly Operating Report

Notes to UST Form 11-MOR, Part 7 Questionnaire:

Part 7(a): During the reporting period, as authorized, pursuant to the relief granted via the various first day orders, the debtor, paid approximately US$1.5 million of prepetition debt through approximately 17 transactions. To the extent requested by the Office of the Unites States Trustee, the debtor can provide a schedule identifying transaction dates, name of recipients, and amounts paid for its respective transactions. The transactions are also reflected in the bank statements, which were shared with the Office of the United States Trustee.

Part 7(c): During the reporting period, as authorized, pursuant to the final order and associated granted relief authorizing the debtor to pay prepetition employee obligations, the debtor paid approximately US$3,130.3 to insiders related to their salaries and benefits.

# GLOBAL NOTES AND STATEMENTS OF LIMITATIONS AND DISCLAIMERS REGARDING THE DEBTOR'S MONTHLY OPERATING REPORT

On May 16, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in this Court seeking approval of its Prepackaged Chapter 11 Plan (as may be amended or modified, the "Plan") so as to permit the restructuring of the Debtor's notes issued under that certain Indenture, dated February 7, 2020, between the Debtor and the Bank of New York Mellon (the "Old Notes"), on the terms set forth in the Plan.

On the Petition Date, the Debtor also filed a number of motions and applications (collectively, the "First Day Motions") in order to move towards approval and confirmation of the Plan in a manner that will allow the Debtor to operate in Chapter 11 with minimum disruption or loss of value.

On July 3, 2024 the Plan was approved and confirmed by honorable Judge David S. Jones of the U.S. Bankruptcy Court of the Southern District of New York.

This Monthly Operating Report ("MOR") was prepared on a standalone basis for the Company as it does not own any direct or indirect subsidiaries. The MOR is unaudited, is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements for Chapter 11 debtors as required by the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee") and the Bankruptcy Court.

This MOR does not include all of the information and footnotes required by generally accepted accounting principles ("GAAP") or international financial reporting standards ("IFRS") for complete financial statements. Therefore, there can be no assurance that the consolidated financial information presented herein is complete and readers are strongly cautioned not to place undue reliance on this MOR.

The information contained herein is a preliminary draft based on the Company's books and records as of the date of this MOR and is subject to material change as the Company continues with its normal quarter end procedures in respect to its quarterly financial statements, which could include adjustments as a result of the limited audit review being performed by its external auditors.

This MOR should be read in conjunction with the financial statements and accompanying notes in the Company's annual and quarterly reports. Due to the nature of the information contained in this MOR, monthly cash flow and results may not entirely align with the Company's next quarterly consolidated report.

Unless otherwise noted, this MOR reflects the carrying values of the assets as recorded on the Debtor's books and records as of the end of the month and is not based upon an estimate of their current market value. The Debtor reserves its right to amend or adjust the value of each asset set forth herein.

The Debtor's financial records are maintained in Colombian Pesos. Amounts presented in the MOR are in U.S. dollars and were converted using the following exchange rates:

(i) Amounts in Balance Sheet were converted at 4,148.72 Colombian Pesos per U.S. dollar in line with the official exchange rate from Colombia's Central Bank as of May 31st, 2025; and
(ii) Amounts in Income Statement and Cash Flows were converted at 4,200.84 Colombian Pesos per U.S. dollar in line with the average of the official exchange rates from Colombia's Central Bank for the period May 1st, 2025 to May 31st, 2025.

The Debtor hereby reserves all of its rights to dispute the validity, status, enforceability, or executory nature of any claim amount, representation or other statement in this MOR and reserves the right to amend or supplement this MOR, if necessary.

**CREDIVALORES CREDISERVICIOS S.A.**
Case No. 24-10837
Balance Sheet as of May 31st

| Unaudited Balance Sheet | |
|---|---:|
| **USD** | **May-25** |
| Cash and Cash Equivalents | 5,802,258 |
| Investments in Associates | 148,137 |
| **Total Cash and Cash Equivalents** | **5,950,395** |
| Loan Portfolio | 380,357,264 |
| Impairment | (188,880,570) |
| **Loan Portfolio. Net** | **191,476,694** |
| Derivative Instruments | 14,219 |
| Accounts Receivable, net | 35,521,056 |
| Tax Assets, net | 11,209,547 |
| Deferred taxes, net | 83,728,313 |
| PP&E | 5,572 |
| Intangible Assets, net | 111,517 |
| Investments in Associates | (0) |
| Other Assets | 229,010 |
| **Total Assets** | **328,246,322** |
| **Liabilities** | |
| Unsecured Notes | 260,052,246 |
| Unsecured Bank Debt | 139,723,125 |
| **Financial Liabilities** | **399,775,371** |
| Leases | 0 |
| Employees Benefits | 254,125 |
| Provisions | 280,357 |
| Accounts Payable | 13,554,674 |
| Current Taxes | 88,688 |
| Deferred Taxes | 0 |
| Other Liabilities | 4,481,230 |
| **Total Liabilities** | **418,434,445** |
| **Stockholders' Equity** | |
| Common Stock | 54,311,565 |
| Other Equity Accounts | 58,849,384 |
| Retained Earnings | (158,692,402) |
| Earnings from the Period | (44,656,669) |
| **Total Stockholders' Equity** | **(90,188,122)** |
| **Total Liabilities and Stockholders' Equity** | **328,246,322** |

**CREDIVALORES CREDISERVICIOS S.A.**
**Case No. 24-10837**
Post Petition Income Statement May 1st to May 31st

| Unaudited Income Statement | |
|---|---:|
| USD | **May-25** |
| Interest Income | 1,572,612 |
| Commissions and Other Revenues | 108,862 |
| **Interest Income and Commissions** | **1,681,474** |
| Interest Expense | (281,707) |
| Portfolio Sale (Loss) | - |
| Currency Exchange Gains (Loss) | 5,062,866 |
| **Net Interest Income (Cost)** | **6,462,634** |
| Provision for Loan Losses | (24,400,556) |
| Other Receivables Provisions | (7,205,885) |
| **Gross Profit (Loss)** | **(25,143,807)** |
| Employees Benefits Expenses | (171,921) |
| Depreciation and Amortization | (13,095) |
| Other Expenses | (609,388) |
| **Operating Income (Loss)** | **(25,938,212)** |
| Financial Income | 262,246 |
| **Earnings Before Taxes** | **(25,675,966)** |
| Income Taxes | 4,823,501 |
| **Net Income (Loss)** | **(20,852,464)** |

CREDIVALORES CREDISERVICIOS S.A.
Case No. 24-10837
Cash Receipts and Disbursements May 1st to May 31st

| Credivalores - Statement of Receipts and Disbursements | |
|---|---:|
| **USD** | **May-25** |
| Receipts | |
|   Credit Card | 448,023 |
|   Small loans | 16,259 |
|   Payroll loans | 2,017,240 |
|   Interest | 34,446 |
| **Total Receipts** | **2,515,969** |
| Disbursements | |
|   Payroll and wages | (147,307) |
|   Leases | 0 |
|   Administrative | (275,031) |
|   Utilities | 0 |
|   Operating costs | (1,202,718) |
|   Taxes | (86,886) |
|   Financial Obligations | (1,729,745) |
|   Professional Fees & UST Fees | 0 |
| **Total Disbursements** | **(3,441,687)** |
| **Net cash flow** | **(925,718)** |
| Opening cash balance | 6,615,084 |
| FX | 94,585 |
| **Ending Cash Balance** | **5,783,951** |

| Credivalores - Cash Reconciliation | |
|---|---:|
| **USD** | |
| Bank balance | 5,783,951 |
| (+) transfers in transit | 839,250 |
| Total Balance | 6,623,201 |
| Book balance | 6,623,201 |
| Variance | - |