**Status Conference Date and Time: July 2, 2025 at 10:00 a.m. (prevailing Eastern Time)**

Paul J. Keenan Jr. (admitted *pro hac vice*)
Reginald Sainvil (admitted *pro hac vice*)
Baker & McKenzie LLP
830 Brickell Plaza, Suite 3100
Miami, FL 33130
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: paul.keenan@bakermckenzie.com
          reginald.sainvil@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel for the Debtor
and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CREDIVALORES – CREDISERVICIOS S.A., | Case No. 24-10837 (DSJ) |
| Debtor. | |

**NOTICE OF STATUS CONFERENCE TO BE HELD ON
JULY 2, 2025, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

  **PLEASE TAKE NOTICE THAT** on May 16, 2024, Credivalores – Crediservicios S.A., the above-captioned debtor and debtor in possession (the "**Debtor**") filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101–1532, in the United States Bankruptcy Court for the Southern District of New York.

  **PLEASE TAKE FURTHER NOTICE** that a status conference ("**Status Conference**") will be held before the Honorable David S. Jones on July 2, 2025 at 10:00 a.m. (prevailing Eastern Time).

  **PLEASE TAKE FURTHER NOTICE** that the Status Conference will be conducted via Zoom for Government. Parties wishing to appear telephonically or participate remotely at the Status Conference (whether "live" or "listen only") must make an electronic appearance through

the "eCourtAppearances" tab on the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl prior to 2:00 p.m. (prevailing Eastern Time) on July 1, 2025 (the "**Appearance Deadline**"). Instructions for making a telephonic appearance and additional information on the Court's telephonic procedures can be found at: https://www.nysb.uscourts.gov/ecourt-appearances. Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Status Conference to those parties who have made an electronic appearance.

Dated: June 24, 2025                              **BAKER & McKENZIE LLP**

By: */s/ Blaire Cahn*
    Paul J. Keenan Jr. (admitted *pro hac vice*)
    Reginald Sainvil (admitted *pro hac vice*)
    830 Brickell Plaza, Suite 3100
    Miami, FL 33131
    Telephone: 305-789-8900
    Facsimile: 305-789-8953
    Email: paul.keenan@bakermckenzie.com
           reginald.sainvil@bakermckenzie.com

    Blaire Cahn
    452 Fifth Avenue
    New York, NY 10018
    Telephone: 212-626-4100
    Facsimile: 212-310-1600
    Email: blaire.cahn@bakermckenzie.com

    *Counsel for the Debtor and Debtor-in-Possession*