UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                                           :

In re                                                 :        Case No. 24-10837 (DSJ)
                                                   :

CREDIVALORES - CREDISERVICIOS S.A., :       (Chapter 11)
                                                 :
                            Debtor.      :
                                                 :
--------------------------------------------------------- x

## ORDER CONVERTING CHAPTER 11 CASE TO
## A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

Upon the motion of William K. Harrington, the United States Trustee for Region 2, to convert the chapter 11 case of Credivalores-Crediservicios S.A. (the "**Debtor**") to a case under chapter 7, or in the alternative, to dismiss the Debtor's chapter 11 case [ECF No. 188] (the "**Motion**"); and the Ad Hoc Group of noteholders[1] having submitted a reply [ECF No. 195] to the Motion (the "**Ad Hoc Group Reply**"); and the Court having determined notice of the Motion is sufficient; and the Court having held a hearing on July 2, 2025 (the "**Hearing**"); and the Court having found cause exists to convert this case to a case under chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. §§ 1112(b)(4)(A), 1112(b)(4)(J), and 1112(b)(4)(M); and for the reasons set forth by the Court on the record at the Hearing; it is hereby:

**ORDERED**, that the Motion is granted to the extent set forth herein; and it is further

**ORDERED**, that this case commenced under chapter 11 of the Bankruptcy Code be and hereby is converted to a case under chapter 7 pursuant to 11 U.S.C. § 1112(b); and it is further

**ORDERED**, that the Debtor shall file (i) a schedule of unpaid debts incurred after the

---

[1] The term "Ad Hoc Group" is defined in the Ad Hoc Group Reply.

commencement of the chapter 11 case within fifteen (15) days of the date of this order, and (ii) a final report within thirty (30) days of the date of this order pursuant to Fed. R. Bankr. Proc. 1019(5).

Dated: New York, New York
      July 7, 2025

                                        *s/ David S. Jones*
                                  HONORABLE DAVID S. JONES
                                  UNITED STATES BANKRUPTCY JUDGE