

**U.S. Department of Justice**
Office of the United States Trustee
*Southern District of New York*

*One Bowling Green*  (212) 510-0500
*Suite 534*  *Fax: (212) 668-2261*
*New York, New York 10004*

**CONVERTED CASE MEMORANDUM**

TO:  Case Administration-Judge Team for Judge **Jones**
     New York, New York

FROM:  William K. Harrington
       United States Trustee

PREPARED BY:  Mary V. Moroney

DATE:  July 8, 2025

RE:  Appointment of Chapter 7 Trustee - Converted Case From Chapter 11 case to Chapter 7 - And Scheduling of Section 341(a) Meeting To Be Noticed by Clerk's Office

----------------------------------------------------------------

The below listed case has been reviewed.

**Salvatore LaMonica** has been appointed as the Interim Trustee in this case.  His address is **LaMonica Herbst & Maniscalco, LLP, 3305 Jerusalem Avenue, Wantagh, New York 11793. Telephone No. (516) 826-6500 Fax No. (516) 826-0222.**

The 341(a) meeting for the case will be held **August 21, 2025** Zoom with Salvatore LaMonica as the trustee on at the time indicated below:

CONVERTED CHAPTER (11) CASE TO CHAPTER (7)NO ASSET CASE

**11:00am**

CREDIVALORES - CREDISERVICIOS S.A.    24-10837(DSJ)

```
                    UNITED STATES BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF NEW YORK
```

In Re
CREDIVALORES - CREDISERVICIOS S.A.,      24-10837(DSJ)


Debtor(s).


              APPOINTMENT OF INTERIM TRUSTEE AND TRUSTEE
                   AND DESIGNATION OF REQUIRED BOND


**Salvatore LaMonica** of Wantagh, New York is hereby appointed, pursuant to 11 U.S.C. 701(a) as Interim Trustee for the estate(s) of the above named debtor(s).  <u>See</u> 11 U.S.C. 701(c).  If no trustee is elected, you shall serve as the Trustee in this case by operation of law.  11 U.S.C. 702(d).

The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by United States Fire Insurance Company which is on file with the Office.  <u>See</u> 11 U.S.C. § 322(a) Federal Rules of Bankruptcy Procedure 2010(a).  In addition, because your blanket acceptance of appointment is on file (FRBP 2008; FRBP 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.


Dated:  New York, New York
        July 8, 2025

                                  <u>William K. Harrington</u>
                                  William K. Harrington
                                  United States Trustee
                                  One Bowling Green
                                  Suite 534
                                  New York, New York  10004