Paul J. Keenan Jr. (admitted *pro hac vice*)
Baker & McKenzie LLP
830 Brickell Plaza, Suite .3100
Miami, FL 33131
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: paul.keenan@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CREDIVALORES – CREDISERVICIOS S.A., | Case No. 24-10837 (DSJ) |
| Debtor. | |
| _____/ | |

**NOTICE OF HEARING ON FIRST AND FINAL APPLICATION OF
BAKER & MCKENZIE LLP AS COUNSEL TO THE DEBTOR FOR
ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL
AND NECESSARY EXPENSES INCURRED FROM
MAY 16, 204 THROUGH AND INCLUDING APRIL 30, 2025**

**PLEASE TAKE NOTICE** that on September 9, 2024, the above-captioned debtor (the "**Debtor**") filed the *First and Final Application of Baker & McKenzie LLP as Counsel to the Debtor for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 16, 2024 Through and Including April 30, 2025* [Doc. No. 211] (the "**Application**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application is scheduled for October 7, 2025 at 10:00 a.m. (the "**Hearing**") before the Honorable David S. Jones, United States

Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York, Courtroom 701, One Bowling Green, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that the Hearing will be conducted through Zoom for Government. Parties wishing to appear telephonically or participate remotely at the Hearing (whether "live" or "listen only") must make an electronic appearance through the "eCourtAppearances" tab on the Bankruptcy Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl prior to **4:00 p.m. (prevailing Eastern Time)** on the business day before the Hearing (the "**Appearance Deadline**"). Instructions for making a telephonic appearance and additional information on the Bankruptcy Court's telephonic procedures can be found at: https://www.nysb.uscourts.gov/ecourt-appearances. Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance.

PLEASE TAKE FURTHER NOTICE that responses or objections, if any, (each, an "**Objection**") to the Application or the relief requested therein shall be made in writing and (a) filed with the Court no later than **September 30, 2025 at 4:00 p.m.** (the "**Objection Deadline**") and be served upon (a) counsel to the Debtor, Baker & McKenzie LLP (Attn: Blaire Cahn) 452 Fifth Avenue, New York, New York 10018, blaire.cahn@bakermckenzie.com, and Baker & McKenzie LLP (Attn: Paul J. Keenan Jr.) 830 Brickell Plaza, Suite 3100, Miami, Florida 33131, paul.keenan@bakermckenzie.com (b) counsel to the Chapter 7 Trustee, Gary F. Herbst, Esq., 3305 Jerusalem Avenue, Suite 201, Wantagh, NY 11793, (c) the Chapter 7 Trustee, Salvatore LaMonica, LaMonica Herbst & Maniscalco, LLP, 3305 Jerusalem Avenue, Wantagh, NY 11793, and (d) U.S. Trustee, William K. Harrington, One Bowling Green, Suite 534, New York, NY 10004. The ECF docket number in which the filing relates shall be included in the upper right-hand corner of the caption of all objections.

PLEASE TAKE FURTHER NOTICE that if no objections are timely filed and served by the Objection Deadline with respect to the Application, the Bankruptcy Court may sign and enter an order without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing and failure to appear may result in relief being granted upon default.

Dated: September 9, 2025                    **BAKER & McKENZIE LLP**


By: */s/ Paul J. Keenan Jr.*
     Paul J. Keenan Jr. (*pro hac vice*)
     830 Brickell Plaza, Suite 3100
     Miami, FL 33131
     Telephone: (305) 789-8900
     Facsimile: (305) 789-8953
     Email: paul.keenan@bakermckenzie.com

     Blaire Cahn
     452 Fifth Avenue
     New York, NY 10018
     Telephone: 212-626-4100
     Facsimile: 212-310-1600
     Email: blaire.cahn@bakermckenzie.com

     *Counsel for the Debtor*