Paul J. Keenan Jr. (admitted *pro hac vice*)
Baker & McKenzie LLP
830 Brickell Plaza, Suite 3100
Miami, FL 33130
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: paul.keenan@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| CREDIVALORES – CREDISERVICIOS S.A., | Case No. 24-10837 (DSJ) |
| Debtor. | |
| _____/ | Re: Doc. No. 211 |

**NOTICE OF ADJOURNMENT *SINE DIE* (WITHOUT DATE)**
**OF THE FIRST AND FINAL APPLICATION OF BAKER &**
**MCKENZIE LLP AS COUNSEL TO THE DEBTOR FOR ALLOWANCE**
**OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED**
**AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**
**INCURRED FROM MAY 16, 2024 THROUGH AND INCLUDING APRIL 30, 2025**

**PLEASE TAKE NOTICE** that on May 16, 2024, the above-captioned debtor (the "**Debtor**") commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that on September 9, 2025, Baker & McKenzie LLP ("**Baker McKenzie**"), as attorneys for Debtor, filed the *First and Final Application of Baker & McKenzie LLP as Counsel to the Debtor for Allowance of Compensation for Professional*

*Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 16, 2024 Through and Including April 30, 2025* [Doc. No. 211] (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that concurrently with the Application, Baker McKenzie filed a Notice of Hearing [Doc. No. 212] noticing the hearing on the Application for October 7, 2025 at 10:00 a.m. (ET) and setting the deadline for filing objections to the Application on September 30, 2025 at 4:00 p.m. (ET) (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that Baker McKenzie hereby adjourns the hearing on the Application *sine die* (without date) without prejudice.

**PLEASE TAKE FURTHER NOTICE** that Baker McKenzie hereby adjourns the Objection Deadline *sine die* (without date) without prejudice.

Dated: September 26, 2025
Miami, Florida

**BAKER & MCKENZIE LLP**

By: */s/ Paul J. Keenan Jr.*
Paul J. Keenan Jr. (admitted *pro hac vice*)
830 Brickell Plaza, Suite 3100
Miami, FL 33131
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: paul.keenan@bakermckenzie.com

– and –

Blaire Cahn
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel for the Debtor*