Paul J. Keenan Jr. (admitted *pro hac vice*)
Baker & McKenzie LLP
830 Brickell Plaza, Suite 3100
Miami, FL 33131
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: paul.keenan@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CREDIVALORES – CREDISERVICIOS S.A., | Case No. 24-10837 (DSJ) |
| Debtor. | |

### NOTICE OF HEARING ON MOTION OF BAKER & MCKENZIE LLP TO WITHDRAW AS COUNSEL FOR THE DEBTOR

**PLEASE TAKE NOTICE** that a hearing on the annexed *Motion of Baker & McKenzie LLP to Withdraw as Counsel for the Debtor* (the "**Motion**") will be held on **November 6, 2025 at 10:00 a.m.** (the "**Hearing**") before the Honorable David S. Jones, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted via Zoom for Government. Parties wishing to participate at the Hearing (whether "live" or "listen only") must make an electronic appearance through the "eCourtAppearances" tab on the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl **prior to 4:00 p.m. (prevailing Eastern Time) on November 5, 2025** (the "**Appearance Deadline**"). Instructions for making a telephonic appearance and additional information on the Court's telephonic procedures can be found at: https://www.nysb.uscourts.gov/ecourt-appearances. Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, (each, an "**Objection**") to the Motion or the relief requested therein shall be made in writing and (a) filed with the Court no later than **October 30, 2025 at 4:00 p.m.** (the "**Objection Deadline**") and be served upon (a) counsel to the Debtor, Baker & McKenzie LLP (Attn: Blaire Cahn) 452 Fifth Avenue, New York, New York 10018, blaire.cahn@bakermckenzie.com, and Baker & McKenzie LLP (Attn: Paul J. Keenan Jr.) 830 Brickell Plaza, Suite 3100, Miami, Florida 33131, paul.keenan@bakermckenzie.com (b) counsel to the Chapter 7 Trustee, Gary F. Herbst, Esq., 3305 Jerusalem Avenue, Suite 201, Wantagh, NY 11793, (c) the Chapter 7 Trustee, Salvatore LaMonica, LaMonica Herbst & Maniscalco, LLP, 3305 Jerusalem Avenue, Wantagh, NY 11793, and (d) U.S. Trustee, William K. Harrington, One Bowling Green, Suite 534, New York, NY 10004. The ECF docket number in which the filing relates shall be included in the upper right-hand corner of the caption of all objections.

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served by the Objection Deadline with respect to the Motion, the Court may sign and enter an order without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing and failure to appear may result in relief being granted upon default.

Dated: October 17, 2025            **BAKER & McKENZIE LLP**

By: <u>*/s/ Paul J. Keenan Jr.*</u>
Paul J. Keenan Jr. (*pro hac vice*)
830 Brickell Plaza, Suite 3100
Miami, FL 33131
Telephone: (305) 789-8900
Facsimile: (305) 789-8953
Email: paul.keenan@bakermckenzie.com

Blaire Cahn
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel for the Debtor*

Paul J. Keenan Jr. (admitted *pro hac vice*)
Baker & McKenzie LLP
830 Brickell Plaza, Suite 3100
Miami, FL 33130
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: paul.keenan@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| CREDIVALORES – CREDISERVICIOS S.A., | Case No. 24-10837 (DSJ) |
| Debtor. | |
| _____/ | |

**MOTION OF BAKER & MCKENZIE LLP**
**TO WITHDRAW AS COUNSEL FOR THE DEBTOR**

TO:  THE HONORABLE DAVID S. JONES
     UNITED STATES BANKRUPTCY JUDGE

Baker & McKenzie LLP ("***Baker McKenzie***") files this motion (this "***Motion***") for entry of an order, substantially in the form attached hereto (the "***Order***"), pursuant to Rule 2090-1(e) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "***Local Rules***"), authorizing Baker McKenzie's withdrawal as counsel to Credivalores – Crediservicios S.A. (the "***Debtor***"), and relieving it from any further obligations in connection with

the chapter 7 case of the Debtor and any related proceedings, in each case, effective immediately upon the entry of the Order without any further action by Baker McKenzie, and respectfully states as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue of the chapter 7 case and this Motion is proper in this district under 28 U.S.C. §§ 1408 and 1409. The legal predicate for the relief sought here is Local Rule 2090-1(e).

## BACKGROUND

2. On May 16, 2024, the Debtor filed a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code.

3. By order dated June 25, 2024, Baker McKenzie was retained as counsel to the Debtor [Docket No. 116].

4. On July 7, 2025, this Court entered the *Order Converting Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code* [Docket No. 198], and on July 8, 2025, Salvatore LaMonica was appointed as Interim Trustee in the chapter 7 case [Docket No. 199] (the "***Trustee***").

5. On July 23, 2025, the Trustee filed an *Application for Entry of an Order Approving the Retention of Lamonica Herbst & Maniscalco, LLP as Counsel to the Chapter 7 Trustee Effective as of July 9, 2025* [Docket No. 204], and the Court approved the retention of counsel for the Trustee on September 9, 2025 [Docket No. 210].

## RELIEF REQUESTED

6. By this Motion, Baker McKenzie requests the entry of the Order, pursuant to Local Rule 2090-1(e), authorizing Baker McKenzie's withdrawal as counsel to the Debtor, and relieving it from any further obligations in connection with the chapter 7 case of the Debtor and any related proceedings, in each case, effective immediately upon the entry of the Order without any further action by Baker McKenzie.

## BASIS THEREFOR

7. Pursuant to Local Rule 2090-1(e), "[a]n attorney who has appeared as attorney of record may withdraw or be replaced only by order of the Court for cause shown." S.D.N.Y. LBR 2090-1(e).

8. Baker McKenzie was retained to represent the Debtor in connection with the chapter 11 process. In July 2025, the case was converted from chapter 11 to chapter 7 of the Bankruptcy Code.

9. Furthermore, in August 2024, the Debtor commenced a voluntary reorganization proceeding in Colombia under Law 1116 of 2006. A process for the conversion of the Colombian bankruptcy proceeding from a reorganization case to a liquidation case is underway, and it is the understanding of undersigned counsel that a liquidating trustee will be appointed in the coming days.

10. Baker McKenzie's withdrawal as counsel to the Debtor will not disrupt or delay the administration of the case because a chapter 7 trustee has been appointed in the U.S. and is responsible for the Debtor's U.S. estate, and likewise, a liquidating trustee will be appointed in Colombia.

11. Baker McKenzie communicated its intention to withdraw as counsel to the last known legal representative of the Debtor on September 30, 2025, and as of the date of this motion, has not received a response.

12. Based on the foregoing, cause exists to authorize Baker McKenzie's withdrawal as counsel to the Debtor and to relieve Baker McKenzie from any further obligations in connection with the chapter 7 case and any related proceedings effective immediately upon the entry of the Order.

13. Baker McKennzie reserves the right to pursue payment on its *First and Final Application of Baker & McKenzie LLP* [Docket No. 212], if and when there may be assets to distribute in this case.

14. No prior application or motion for the relief requested herein has been made to this or to any other Court.

**WHEREFORE**, Baker McKenzie seeks the entry of an Order pursuant to Local Rule 2090-1(e): (i) authorizing Baker McKenzie's withdrawal as counsel to the Debtor, and relieving it from any further obligations in connection with the chapter 7 case of the Debtor and any related proceedings, in each case, effective immediately upon the entry of the Order without any further action by Baker McKenzie; and (ii) granting other related relief.

Dated: October 17, 2025
Miami, Florida

                      **BAKER & MCKENZIE LLP**

By:    */s/ Paul J. Keenan Jr.*
       Paul J. Keenan Jr. (admitted *pro hac vice*)
       830 Brickell Plaza, Suite 3100
       Miami, FL 33131
       Telephone: 305-789-8900
       Facsimile: 305-789-8953
       Email: paul.keenan@bakermckenzie.com

       *– and –*

       Blaire Cahn
       452 Fifth Avenue
       New York, NY 10018
       Telephone: 212-626-4100
       Facsimile: 212-310-1600
       Email: blaire.cahn@bakermckenzie.com

       *Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| CREDIVALORES – CREDISERVICIOS S.A., | Case No. 24-10837 (DSJ) |
| Debtor. | |
| _____ / | |

**ORDER GRANTING MOTION OF BAKER & MCKENZIE LLP
TO WITHDRAW AS COUNSEL FOR THE DEBTOR,
PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)**

Upon the motion (the "*Motion*") of Baker & McKenzie LLP ("*Baker McKenzie*") for entry of an order, pursuant to Local Rule 2090-1(e), (a) authorizing Baker McKenzie to be relieved as counsel of record to Credivalores – Crediservicios S.A., (the "*Debtor*"), and relieving it from any further obligations in connection with the chapter 7 case of the Debtor and any related proceedings, in each case, effective immediately upon the entry of the Order without any further action by Baker McKenzie; and (b) granting other related relief; the Court having determined that jurisdiction over this matter is proper pursuant to 28 U.S.C. §§ 157 and 1334, this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing that notice of the Motion is sufficient and that no further notice is required; upon the record of the hearing on the Motion; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

2. Effective immediately upon the entry of this Order, and without any further action by Baker McKenzie, Baker McKenzie is (a) deemed to withdraw as counsel of record for the

Debtor, and (b) relieved from any further obligations in connection with the chapter 7 case and any related proceedings.

        3.        This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

        4.        This Order shall be effective and enforceable immediately upon its entry, and there shall be no stay of execution or effectiveness of this Order.

Dated: _____ \_\_, 2025
       New York, New York

                                    _____
                                    THE HONORABLE DAVID S. JONES
                                    UNITED STATES BANKRUPTCY JUDGE