Paul J. Keenan Jr. (admitted *pro hac vice*)
Baker & McKenzie LLP
830 Brickell Plaza, Suite 3100
Miami, FL 33131
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: paul.keenan@bakermckenzie.com

Blaire A. Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CREDIVALORES – CREDISERVICIOS S.A., | Case No. 24-10837 (DSJ) |
| Debtor. | |

### RE-NOTICE OF HEARING ON MOTION OF BAKER & MCKENZIE LLP TO WITHDRAW AS COUNSEL FOR THE DEBTOR PREVIOUSLY SCHEDULED TO BE HEARD ON NOVEMBER 6, 2025

**PLEASE TAKE NOTICE** that the hearing on the annexed *Motion of Baker & McKenzie LLP to Withdraw as Counsel for the Debtor* [Docket No. 217] (the "**Motion**") previously scheduled for November 6, 2025 at 10:00 a.m. will be held on **December 4, 2025 at 10:00 a.m. (prevailing Eastern Time)** (the "**Hearing**") before the Honorable David S. Jones, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted via Zoom for Government. Parties wishing to participate at the Hearing (whether "live" or "listen only") must make an electronic appearance through the "eCourtAppearances" tab on the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl **prior to 4:00 p.m. (prevailing Eastern Time) on December 3, 2025** (the "**Appearance Deadline**"). Instructions for making a telephonic appearance and additional information on the Court's telephonic procedures can be found at:

https://www.nysb.uscourts.gov/ecourt-appearances.  Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, (each, an "**Objection**") to the Motion or the relief requested therein shall be made in writing and (i) filed with the Court no later than **November 26, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**") and (ii) be served so as to be actually received no later than the Objection Deadline on (a) counsel to the Debtor, Baker & McKenzie LLP, Attn: Blaire A. Cahn, 452 Fifth Avenue, New York, New York 10018, blaire.cahn@bakermckenzie.com, and Baker & McKenzie LLP, Attn: Paul J. Keenan Jr., 830 Brickell Plaza, Suite 3100, Miami, Florida 33131, paul.keenan@bakermckenzie.com, (b) counsel to the Chapter 7 Trustee, Gary F. Herbst, Esq. and Jacqulyn S. Loftin, 3305 Jerusalem Avenue, Suite 201, Wantagh, NY 11793, gfh@lhmlawfirm.com, jsl@lhmlawfirm.com, (c) the Chapter 7 Trustee, Salvatore LaMonica, LaMonica Herbst & Maniscalco, LLP, 3305 Jerusalem Avenue, Wantagh, NY 11793, sl@lhmlawfirm.com, and (d) counsel for the United States Trustee, Greg M. Zipes, One Bowling Green, Suite 534, New York, NY 10004, greg.zipes@usdoj.gov.  The ECF docket number in which the filing relates shall be included in the upper right-hand corner of the caption of all Objections.

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served by the Objection Deadline with respect to the Motion, the Court may sign and enter an order without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing and failure to appear may result in relief being granted upon default.

Dated: November 6, 2025 **BAKER & McKENZIE LLP**

By: */s/ Paul J. Keenan Jr.*
Paul J. Keenan Jr. (*pro hac vice*)
830 Brickell Plaza, Suite 3100
Miami, FL 33131
Telephone: (305) 789-8900
Facsimile: (305) 789-8953
Email: paul.keenan@bakermckenzie.com

Blaire A. Cahn
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel for the Debtor*