Paul J. Keenan Jr. (admitted *pro hac vice*)
Baker & McKenzie LLP
830 Brickell Plaza, Suite 3100
Miami, FL 33130
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: paul.keenan@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| CREDIVALORES – CREDISERVICIOS S.A., | Case No. 24-10837 (DSJ) |
| Debtor. | |
| _____/ | **Re: Doc. No. 217 & 220** |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copies of the *Motion of Baker & McKenzie LLP to Withdraw as Counsel for the Debtor* [ECF No. 217] (the "**Motion**") and *Re-Notice of Hearing on Motion of Baker & McKenzie LLP to Withdraw as Counsel for the Debtor Previously Scheduled to Be Heard on November 6, 2025* [ECF No. 220] (the "**Notice**") were served simultaneously upon docketing on all counsel of record or *pro se* parties registered to receive the Notice of Electronic Filing generated by CM/ECF (the "**NEF Notice**").

**I FURTHER CERTIFY** that on November 6, 2025, the parties included in the attached Exhibit "A" were served with copies of the Motion and Notice by U.S. Mail, postage

prepaid, and the parties included in the attached Exhibit "B" were served a copy of the NEF Notice, together with copies of the Motion and Notice, via electronic mail.

Dated: November 11, 2025
      Miami, Florida

**BAKER & MCKENZIE LLP**

By:    <u>*/s/ Paul J. Keenan Jr.*</u>
      Paul J. Keenan Jr. (admitted *pro hac vice*)
      830 Brickell Plaza, Suite 3100
      Miami, FL 33131
      Telephone: 305-789-8900
      Facsimile: 305-789-8953
      Email: paul.keenan@bakermckenzie.com

*– and –*

Blaire Cahn
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel for the Debtor*

# EXHIBIT "A"

Regular U.S. Mail Service List

(Attached)

| | | |
|---|---|---|
| AMERICAN SMART SYSTEM & NETWORKS LTDA<br>ATTN: JOSE FERNANDO RODRIGUEZ CABRERA<br>CR 49 A 91 31 BBR LA CASTELLANA<br>BOGOTA, CUNDINAMARCA<br>COLOMBIA | AMERICAS BUSINESS PROCESS SERVICES SA<br>ATTN: OLGA LUCIA GARZON ABRIL<br>AV EL DORADO 85 D 55 LC 149<br>BOGOTA, CUNDINAMARCA<br>COLOMBIA | BAN100 S.A<br>ATTN: RICARDO VALDES<br>CR 7 76 35 P 9<br>BOGOTA, CUNDINAMARCA 11001<br>COLOMBIA |
| BANCO DE BOGOTA<br>ATTN: CARLOS DAVILA<br>CARRERA 3 NO. 8 - 13 PISO 8<br>CALI, VALLE DEL CAUCA<br>COLOMBIA | BANCO DE OCCIDENTE<br>ATTN: LEONARDO JIMENEZ<br>CRA 13 #26A-17<br>8TH FLOOR<br>BOGOTA<br>COLOMBIA | BANCOLOMBIA<br>ATTN: MARIA CRISTINA CADAVID VALENCIA<br>AVENIDA 8 NORTE NO. 12 N - 43 PISO 5<br>CALI, VALLE DEL CAUCA<br>COLOMBIA |
| BUCHALTER, A PROFESSIONAL CORPORATION<br>(COUNSEL TO ORACLE AMERICA INC)<br>ATTN: SHAWN M. CHRISTIANSON<br>425 MARKET STREET, SUITE 2900<br>SAN FRANSISCO, CA 94105-3493 | CENTRAL DE COBRANZAS SAS<br>ATTN: MONICA PATRICIA VELEZ ANGULO<br>CR 43 95 20 BRR EL TABOR<br>BARRANQUILLA, ATLANTICO<br>COLOMBIA | CREDIBANCO SA<br>AK 68 75 A 50 METROPOLIS<br>BOGOTA<br>COLOMBIA |
| CUATRECASAS, GONCALVES PEREIRA S.A.S<br>ATTN: MANUEL FERNANDO QUINCHE GONZALEZ<br>CR 11 79 35 OF 701<br>BOGOTA, CUNDINAMARCA<br>COLOMBIA | DAVID POLK & WARDWELL LLP<br>(COUNSEL TO THE AD HOC GROUP)<br>C/O JAMES I MCCLAMMY<br>450 LEXINGTON AVE<br>NEW YORK, NY 10017 | DAVIS POLK & WARDWELL LLP<br>(COUNSEL TO THE AD HOC GROUP)<br>C/O TIMOTHY GRAULICH, ANGELA M. LIBBY, STEPHEN D.<br>PIRAINO, MOSHE MELCER<br>450 LEXINGTON AVE.<br>NEW YORK, NY 10017 |
| DELIMA MARSH<br>ATTN: YASNI GIOVANNETTI<br>CL 67N 6N 85<br>CALI, VALLE DEL CAUCA<br>COLOMBIA | DEUTSCHE BANK<br>ATTN: DEBT AND AGENCY SERVICES<br>WINCHESTER HOUSE GREAT WINCHESTER ST 1<br>LONDON EC2N 2DB<br>UNITED KINGDOM | DIRECCION DE IMPUESTOS Y ADUANAS NACIONALES (DIAN)<br>CR 7 34 69<br>BOGOTA, CUNDINAMARCA<br>COLOMBIA |
| ECONTACT COL SAS<br>ATTN: EVARISTO CANETE DEL RIO<br>CR 28 48 59<br>MANIZALES, CALDAS<br>COLOMBIA | FINANZA INVERSIONES S.A.S<br>ATTN: MARIA CRISTINA ROJAS<br>CARRERA 10 65-98<br>BOGOTA, CUNDINAMARCA<br>COLOMBIA | FINLECO B P O SAS<br>ATTN: SERGIO ERNESTO REYES OROZCO<br>CR 27B 68 96<br>BOGOTA, CUNDINAMARCA<br>COLOMBIA |
| FONDO NACIONAL DE GARANTIAS<br>ATTN: MAYRA PEREZ<br>CALLE 26 13-97 PISO25<br>BOGOTA, CUNDINAMARCA<br>COLOMBIA | GRUPO CONSULTOR RA SAS<br>CL 29 BIS 6 58 OF 402<br>BOGOTA<br>COLOMBIA | INTERNAL REVENUE SERVICES<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNAL REVENUE SERVICES<br>DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20220 | METLIFE COLOMBIA SEGUROS DE VIDA S.A<br>ATTN: GUILLERMO RODRIGUEZ<br>CR 7 99 53 P 17<br>BOGOTA, BOGOTA<br>COLOMBIA | NORTON ROSE FULBRIGHT US LLP<br>COUNSEL TO BNY MELLON<br>C/O MARIAN BALDWIN FUERST, FRANCISCO VAZQUEZ<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6022 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>REGION 2; ATTN RACHAEL E. SIEGEL & GREG ZIPES<br>ALEXANDER HAMILTON CUSTOM HOUSE<br>ONE BOWLING GREEN, ROOM 534<br>NEW YORK, NY 10004-1408 | SECRETARIA DE HACIENDA BOGOTA<br>ATTN: ANA MARIA CADENA<br>CARRERA 30 N.' 25-90<br>BOGOTA D.C. 11001<br>COLOMBIA | SECURITIES AND EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ANTONIA M. APPS, REGIONAL DIRECTOR<br>100 PEARL ST, STE 20-100<br>NEW YORK, NY 10004-2616 |
| SECURITIES AND EXCHANGE COMMISSION<br>SEC HEADQUARTERS<br>100 F STREET, NE<br>WASHINGTON, DC 20549 | UNITED STATES ATTORNEYS OFFICE<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: TAX & BANKRUPTCY UNIT<br>86 CHAMBERS STREET, 3RD FLOOR<br>NEW YORK, NY 10007 | SALVATORE LAMONICA<br>LAMONICA HERBST & MANISCALCO, LLP<br>3305 JERUSALEM AVENUE, SUITE 201<br>WANTAGH, NY 11793 |

| | | |
|---|---|---|
| JACQULYN S. LOFTIN<br>GARY F. HERBST<br>LAMONICA HERBST & MANISCALCO, LLP<br>3305 JERUSALEM AVENUE, SUITE 201<br>WANTAGH, NY 11793 | CREDIVALORES – CREDISERVICIOS S.A.<br>CARRERA 10 No 65 -98 PISO 5<br>BOGOTÁ<br>COLOMBIA | CREDIVALORES – CREDISERVICIOS S.A.<br>ATTN: SUSANA HIDVEGI<br>HB LEGAL<br>64A STREET #1F-96<br>BOGOTÁ D.C., COLOMBIA |
| CREDIVALORES – CREDISERVICIOS S.A.<br>ATTN: BIVIANA DEL PILAR TORRES CASTANEDA<br>TORRES CASTANEDA ABOGADOS<br>CALLE 113 NO. 7 45 TORRE B OF 917<br>BOGOTÁ, COLOMBIA | CREDIVALORES – CREDISERVICIOS S.A.<br>ATTN: GERMAN A. LOZANO BONILLA<br>CARRERA 10 No 65 -98 PISO 5<br>BOGOTÁ<br>COLOMBIA | CREDIVALORES – CREDISERVICIOS S.A.<br>ATTN: JUAN CARLOS ESTUPINAN SANDOVAL<br>CARRERA 10 No 65 -98 PISO 5<br>BOGOTÁ<br>COLOMBIA |

**EXHIBIT "B"**

Electronic Mail Service List

(Attached)

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN SMART SYSTEM & NETWORKS LTDA | ATTN: JOSE FERNANDO RODRIGUEZ CABRERA | CR 49 A 91 31 BBR LA CASTELLANA | | | BOGOTA, CUNDINAMARCA | | | COLOMBIA | | EARIAS@ASNETLA.COM;YTORRES@ASNETLA.COM;ASNET@ASNETLA.COM;GTORRES@ASNETLA.COM;YTORRES@ASNETLA.COM;FRODRIGUEZ@ASNETLA.CO |
| AMERICAS BUSINESS PROCESS SERVICES SA | ATTN: OLGA LUCIA GARZON ABRIL | AV EL DORADO 85 D 55 LC 149 | | | BOGOTA, CUNDINAMARCA | | | COLOMBIA | | CRISTIAN.HERNANDEZH@AMERICASBPS.COM |
| BAN100 S.A | ATTN: RICARDO VALDES | CR 7 76 35 P 9 | | | BOGOTA, CUNDINAMARCA | | 11001 | COLOMBIA | | RVALDES@BAN100.COM.CO |
| BANCO DE BOGOTA | ATTN: CARLOS DAVILA | CARRERA 3 NO. 8 - 13 PISO 8 | | | CALI, VALLE DEL CAUCA | | | COLOMBIA | | CDAVIL1@BANCODEBOGOTA.COM.CO |
| BANCO DE OCCIDENTE | ATTN: LEONARDO JIMENEZ | CRA 13 #26A-17 | 8TH FLOOR | | BOGOTA | | | COLOMBIA | | JGARZOND@BANCODEOCCIDENTE.COM.CO; JCIFUENTES@BANCODEOCCIDENTE.COM.CO |
| BANCOLOMBIA | ATTN: MARIA CRISTINA CADAVID VALENCIA | AVENIDA 8 NORTE NO. 12 N - 43 PISO 5 | | | CALI, VALLE DEL CAUCA | | | COLOMBIA | | MCCADAVI@BANCOLOMBIA.COM.CO |
| BUCHALTER, A PROFESSIONAL CORPORATION | (COUNSEL TO ORACLE AMERICA INC) | ATTN: SHAWN M. CHRISTIANSON | 425 MARKET STREET, SUITE 2900 | | SAN FRANSISCO | CA | 94105-3493 | | | schristianson@buchalter.com |
| CENTRAL DE COBRANZAS SAS | ATTN: MONICA PATRICIA VELEZ ANGULO | CR 43 95 20 BRR EL TABOR | | | BARRANQUILLA, ATLANTICO | | | COLOMBIA | | JHERRERA@CENTRALDECOBRANZASLTDA.COM; VELEZMONICA@CENTRALDECOBRANZASLTDA.COM |
| CREDIBANCO SA | AK 68 75 A 50 METROPOLIS | | | | BOGOTA | | | COLOMBIA | | REPRESENTANTELEGALCREDIBANCO@CREDIBANCO.COM; CARLOS.DELUQUE@CREDIBANCO.COM |
| CUATRECASAS, GONCALVES PEREIRA S.A.S | ATTN: MANUEL FERNANDO QUINCHE GONZALEZ | CR 11 79 35 OF 701 | | | BOGOTA, CUNDINAMARCA | | | COLOMBIA | | MANUEL.QUINCHE@CUATRECASAS.COM |
| DAVID POLK & WARDWELL LLP | (COUNSEL TO THE AD HOC GROUP) | C/O JAMES I MCCLAMMY | 450 LEXINGTON AVE | | NEW YORK | NY | 10017 | | | crdvdpw.notices@davispolk.com |
| DAVIS POLK & WARDWELL LLP | COUNSEL TO THE AD HOC GROUP | C/O TIMOTHY GRAULICH, ANGELA M. LIBBY, STEPHEN D. | PIRAINO, MOSHE MELCER | 450 LEXINGTON AVE. | NEW YORK | NY | 10017 | | | Ecrdvdpw.notices@davispolk.com |
| DELIMA MARSH | ATTN: YASNI GIOVANNETTI | CL 67N 6N 85 | | | CALI, VALLE DEL CAUCA | | | COLOMBIA | | ALEXANDER.BOTELLO@MARSH.COM; |
| DEUTSCHE BANK | ATTN: DEBT AND AGENCY SERVICES | WINCHESTER HOUSE GREAT WINCHESTER ST 1 | | | LONDON | | EC2N 2DB | UNITED KINGDOM | +44-0207-547-5782 | TSS-GDS.ROW@DB.COM |
| DIRECCION DE IMPUESTOS Y ADUANAS | NACIONALES (DIAN) | CR 7 34 69 | | | BOGOTA, CUNDINAMARCA | | | COLOMBIA | | DIRECCIONGENERAL@DIAN.GOV.CO |
| ECONTACT COL SAS | ATTN: EVARISTO CANETE DEL RIO | CR 28 48 59 | | | MANIZALES, CALDAS | | | COLOMBIA | | JHOYOS@EMERGIACC.COM |
| FINANZA INVERSIONES S.A.S | ATTN: MARIA CRISTINA ROJAS | CARRERA 10 65-98 | | | BOGOTA, CUNDINAMARCA | | | COLOMBIA | | NOTIFICACIONES@FINANZAINVERSIONES.COM |
| FINLECO B P O SAS | ATTN: SERGIO ERNESTO REYES OROZCO | CR 27B 68 96 | | | BOGOTA, CUNDINAMARCA | | | COLOMBIA | | ERNESTO.REYES@FINLECOBPO.COM-SERGIO.REYES@FINLECOBPO.COM-CONTABILIDAD@FINLECOBPO.COM; COMERCIAL@FINLECOBPO.COM; SERGIO.REYES@FINLECOBPO.COM |
| FONDO NACIONAL DE GARANTIAS | ATTN: MAYRA PEREZ | CALLE 26 13-97 PISO25 | | | BOGOTA, CUNDINAMARCA | | | COLOMBIA | | GARANTIABONOS@FNG.GOV.CO |
| GRUPO CONSULTOR RA SAS | CL 29 BIS 6 58 OF 402 | | | | BOGOTA | | | COLOMBIA | | SANDRARAP72@HOTMAIL.COM |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATIONS | P.O. BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | | | VICTORIA.G.MOSBY@IRS.GOV; MILLIE.H.AGENT@IRS.GOV |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY | 1500 PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20220 | | | VICTORIA.G.MOSBY@IRS.GOV; MILLIE.H.AGENT@IRS.GOV |
| METLIFE COLOMBIA SEGUROS DE VIDA S.A | ATTN: GUILLERMO RODRIGUEZ | CR 7 99 53 P 17 | | | BOGOTA, BOGOTA | | | COLOMBIA | | GUILLERMO.A.RODRIGUEZ@METLIFE.COM.CO |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| NORTON ROSE FULBRIGHT US LLP | COUNSEL TO BNY MELLON | C/O MARIAN BALDWIN FUERST, FRANCISCO VAZQUEZ | 1301 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019-6022 | | 212-541-5369 | marian.baldwin@nortonrosefulbright.com; francisco.vazquez@nortonrosefulbright.com |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 2; ATTN RACHAEL E. SIEGEL & GREG ZIPES | ALEXANDER HAMILTON CUSTOM HOUSE | ONE BOWLING GREEN, ROOM 534 | | NEW YORK | NY | 10004-1408 | | 212-668-2361 | RACHAEL.E.SIEGEL@USDOJ.GOV; GREG.ZIPES@USDOJ.GOV |
| SECRETARIA DE HACIENDA BOGOTA | ATTN: ANA MARIA CADENA | CARRERA 30 N.' 25-90 | | | BOGOTA D.C. | | 11001 | COLOMBIA | | CERTIFICADOS@SHD.GOV.CO |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: ANTONIA M. APPS, REGIONAL DIRECTOR | 100 PEARL ST, STE 20-100 | | NEW YORK | NY | 10004-2616 | | | BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS | 100 F STREET, NE | | | WASHINGTON | DC | 20549 | | 202-772-9295 | BANKRUPTCYNOTICESCHR@SEC.GOV |
| NORTON ROSE FULBRIGHT US LLP | (COUNSEL TO INDENT TTEE FOR THE OLD NOTES) | ATTN: MARIAN BALDWIN | 1301 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019-6022 | | | marian.baldwin@nortonrosefulbright.com |
| THE BANK OF NEW YORK MELLON | ATTN: CREDIVALORES - CREDISERVICIOS | TRUSTEE - JOANNE ADAMIS | 240 GREENWICH STREET, FLOOR 7 EAST | | NEW YORK | NY | 10286 | | (212) 815 5875 / (212) 815 5877 | JOANNE.ADAMIS@BNYMELLON.COM |
| TRUSTEE | ATTN: SALVATORE LAMONICA | LAMONICA HERBST & MANISCALCO LLP | 3305 JERUSALEM AVENUE, SUITE 201 | | WANTAGH | NY | 11793 | | | slamonica@ecf.axosfs.com;bkadmin@axosbank.com; sl@lhmlawfirm.com |
| JACQULYN S. LOFTIN GARY F. HERBST | LAMONICA HERBST & MANISCALCO, LLP | 3305 JERUSALEM AVENUE, SUITE 201 | | | WANTAGH | NY | 11793 | | | jsl@lhmlawfirm.com |
| CREDIVALORES – CREDISERVICIOS S.A. | | CARRERA 10 No 65 -98 PISO 5 | | | BOGOTÁ | | | COLOMBIA | | impuestos@credivalores.com |
| CREDIVALORES – CREDISERVICIOS S.A. | SUSANA HIDVEGI | HB LEGAL | 64A STREET #1F-96 | | BOGOTÁ | | | COLOMBIA | | shidvegi@hblegal.com.co |
| CREDIVALORES – CREDISERVICIOS S.A. | BIVIANA DEL PILAR TORRES CASTANEDA | TORRES CASTANEDA ABOGADOS | CALLE 113 NO. 7 45 TORRE B OF 917 | | BOGOTÁ | | | COLOMBIA | (+) 601 927 73 43 | btorres@tcabogados.com.co |
| CREDIVALORES – CREDISERVICIOS S.A. | GERMAN A. LOZANO BONILLA | CARRERA 10 No 65 -98 PISO 5 | | | BOGOTÁ | | | COLOMBIA | | glozano@credivalores.com; german_lozano82@hotmail.com |
| CREDIVALORES – CREDISERVICIOS S.A. | JUAN CARLOS ESTUPINAN SANDOVAL | DIRECTOR DE PLANEACION FINANCIERA (CFO) | CARRERA 10 No 65 -98 PISO 5 | | BOGOTÁ | | | COLOMBIA | (571) 3137500 Ext. (1463); Fax (571) 3137505 | jestupinan@credivalores.com |