# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>CREDIVALORES - CREDISERVICIOS S.A.<br><br>Debtor | Chapter 7<br>Case 24-10837-dsj<br>Re: ECF #217 |

## ORDER GRANTING CHAPTER 7 TRUSTEE'S CROSS-MOTION FOR TURNOVER

Upon the cross-motion of Salvatore LaMonica, solely in his capacity as Chapter 7 trustee ("Trustee") for turnover of the entire client file of Baker & McKenzie LLP ("Baker McKenzie") concerning Credivalores - Crediservicios S.A. ("Debtor") and all other Debtor property held by Baker McKenzie, pursuant to 11 U.S.C. § 542 and FRBP 1019(d); and the Court having jurisdiction over this proceeding under 28 U.S.C. § 1334(b); and this matter being a core proceeding under 28 U.S.C. § 157(b)(2)(E); now, therefore, it is hereby:

ORDERED, that within fourteen (14) days following entry hereof, Baker McKenzie shall turnover to the Trustee Baker McKenzie's entire client file concerning the Debtor and all other Debtor property held by Baker McKenzie; and it is further

ORDERED, that the Court shall retain jurisdiction over all matters relating to enforcement of this order.

Dated: New York, NY
_____, 2025

                                              Hon. David S. Jones
                                              United States Bankruptcy Judge