# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>CREDIVALORES - CREDISERVICIOS S.A.<br>　　　　　　　　　　　　　Debtor | Chapter 7<br>Case 24-10837-dsj<br>Re: ECF #217 |

# NOTICE OF HEARING ON CHAPTER 7
# TRUSTEE'S CROSS-MOTION FOR TURNOVER

　　　　PLEASE TAKE NOTICE that a hearing will be held before the Honorable David S. Jones, United States Bankruptcy Judge, on December 4, 2025, at 10:00 a.m. or as soon thereafter as counsel may be heard, on the cross-motion of Salvatore LaMonica, solely in his capacity as Chapter 7 trustee, for turnover of the entire client file of Baker & McKenzie LLP concerning the Debtor and all other Debtor property held by Baker McKenzie LLP, pursuant to 11 U.S.C. § 542 and FRBP 1019(d).

　　　　PLEASE TAKE FURTHER NOTICE that the hearing will be conducted by Zoom for Government. Parties wishing to participate in the hearing must register using the eCourt Appearance tool https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl at least twenty-four (24) hours before the hearing. Zoom invites will be sent to registrants around 4:00 p.m. the business day before the hearing.

　　　　PLEASE TAKE FURTHER NOTICE that objections to the cross-motion must be made by November 28, 2025. If no objections are timely made the Court may enter an order granting the relief sought in the cross-motion without further notice or opportunity to be heard.

Dated:　New York, NY
　　　　November 19, 2025

Amini LLC

/s/ Jeffrey Chubak
Avery Samet
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
Prospective Special Litigation Counsel for Salvatore LaMonica, Solely in his Capacity as Chapter 7 Trustee