**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| CREDIVALORES – CREDISERVICIOS S.A., | Case No. 24-10837 (DSJ) |
| Debtor. | |

_____

### ORDER (1) GRANTING MOTION OF BAKER & MCKENZIE LLP TO WITHDRAW AS COUNSEL FOR THE DEBTOR AND (2) DEEMING CHAPTER 7 TRUSTEE'S CROSS-MOTION FOR TURNOVER WITHDRAWN WITHOUT PREJUDICE

Upon (a) the motion (ECF #217, the "***Motion***") of Baker & McKenzie LLP ("***Baker McKenzie***") for entry of an order, pursuant to Local Rule 2090-1(e), authorizing Baker McKenzie to be relieved as counsel of record to Credivalores – Crediservicios S.A., (the "***Debtor***"), and relieving it from any further obligations in connection with the Chapter 7 case of the Debtor and any related proceedings, in each case, effective immediately upon the entry of the Order without any further action by Baker McKenzie; and (b) the cross-motion (ECF #222, the "***Cross-Motion***") of Salvatore LaMonica solely in his capacity as Chapter 7 trustee ("***Trustee***") for turnover of Baker McKenzie's client files concerning the Debtor and all other Debtor property held by Baker McKenzie, pursuant to 11 U.S.C. § 542 and FRBP 1019(d); and the Court having determined that jurisdiction over this matter is proper pursuant to 28 U.S.C. §§ 157 and 1334, this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing that notice of the Motion is sufficient and that no further notice is required; upon the record of the hearing on the Motion; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is **GRANTED** as set forth herein.

2.      The Cross-Motion is deemed **WITHDRAWN** without prejudice.

3.      Effective immediately upon the entry of this Order, and without any further action by Baker McKenzie, Baker McKenzie is deemed to withdraw as counsel of record for the Debtor; however, Baker McKenzie's withdrawal as counsel does not relieve it of turnover or any other legal obligations regarding client files concerning the Debtor or any Debtor property in its possession.

4.      Baker McKenzie shall produce to the Trustee on a rolling basis all documents from its client files concerning the Debtor, other than those documents which Baker McKenzie in good faith contends are protected from disclosure under FRCP 26(b)(3), with an initial production to be made by December 31, 2025 and production to be completed by January 15, 2026.

5.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order, including the matters raised in the Motion and Cross-Motion to the extent not addressed herein.

6.      This Order shall be effective and enforceable immediately upon its entry, and there shall be no stay of execution or effectiveness of this Order.


Dated: New York, New York
       December 22, 2025

                                    *s/ David S. Jones*
                                    HONORABLE DAVID S. JONES
                                    UNITED STATES BANKRUPTCY JUDGE