**EXHIBIT 1**
**DOCUMENT REQUESTS**

**DEFINITIONS**

"ACON" means ACON Investments, LLC and its members, managers, affiliates and funds managed by it or its affiliates.

"Asficredito" means Asesorias Financieras de Credito S.A.S.

"Ban100" means Bancien S.A. aka Ban100 S.A.

"Debtor" means Credivalores - Crediservicios S.A.

"Finanza Inversiones" means Finanza Inversiones S.A.S.

"GDA Luma" means GDA Luma Capital Management, LP and its general partner, limited partners, affiliates and funds managed by it or its affiliates.

"Gramercy" means Gramercy Funds Management LLC and its members, managers, affiliates and funds managed by it or its affiliates.

**INSTRUCTIONS**

In accordance with Local Rule 2004-1, the uniform definitions and rules of construction from Local Civil Rule 26.3 apply to these requests.

Unless otherwise specifically stated, the temporal scope of these requests is January 1, 2020 through July 31, 2025, whether the documents were prepared in this period or refer to this period.

**REQUESTS**

1. All documents concerning the Debtor, including:

    (a) all communications with any of the Debtor's directors, officers, employees, attorneys, financial advisors, investment bankers or other agents or representatives;

 (b) all communications with any of the Debtor's shareholders or lenders, or their directors, officers, employees, attorneys, financial advisors, investment bankers or other agents or representatives, concerning the Debtor;

 (c) all documents reflecting the Debtor's assets;

 (d) all documents concerning the sale, transfer or assignment of any of the Debtor's assets;

 (e) all documents concerning any transaction(s) between the Debtor and (i) any of its affiliates including Asficredito, Finanza Inversiones or Ban100, or (ii) any of ACON, Gramercy or GDA Luma, including the filing or recording of any security interest, lien or encumbrance;

 (f) all documents concerning the Debtor's financial condition;

 (g) all documents concerning the Debtor's failure or inability to consummate its Chapter 11 plan; and

 (h) all documents concerning payments made by or on behalf of the Debtor to any person or entity, including board and management compensation and expense reimbursements and any agreement(s) or board resolution(s) under which said payments were made.

2. Documents sufficient to reflect the identity of all direct and indirect owners of Asficredito, Finanza Inversiones and Ban100, and for each such owner the percentage ownership held by him/her/it.

3. The subpoena recipient's document retention policy.