**EXHIBIT 2**
**EXAMINATION TOPICS**

**DEFINITIONS**

"ACON" means ACON Investments, LLC and its members, managers, affiliates and funds managed by it or its affiliates.

"Asficredito" means Asesorias Financieras de Credito S.A.S.

"Ban100" means Bancien S.A. aka Ban100 S.A.

"Debtor" means Credivalores - Crediservicios S.A.

"Finanza Inversiones" means Finanza Inversiones S.A.S.

"GDA Luma" means GDA Luma Capital Management, LP and its general partner, limited partners, affiliates and funds managed by it or its affiliates.

"Gramercy" means Gramercy Funds Management LLC and its members, managers, affiliates and funds managed by it or its affiliates.

**INSTRUCTIONS**

In accordance with Local Rule 2004-1, the uniform definitions and rules of construction from Local Civil Rule 26.3 apply to these topics.

Unless otherwise specifically stated, the relevant time period for all topics for examination is January 1, 2020 through July 8, 2025.

**EXAMINATION TOPICS**

1. Communications with the Debtor's directors, officers, employees, attorneys, financial advisors, investment bankers or other agents or representatives.

2. Communications with any of the Debtor's shareholders or lenders, or their directors, officers, employees, attorneys, financial advisors, investment bankers or other agents or representatives, concerning the Debtor.

3. The Debtor's assets, or the sale, transfer or assignment thereof.

4. Transactions between the Debtor and (a) any of its affiliates including Asficredito, Finanza Inversiones or Ban100, or (b) any of ACON, GDA Luma or Gramercy, including the filing or recording of any security interest, lien or encumbrance.

5. The Debtor's financial condition.

6. The Debtor's failure or inability to consummate its Chapter 11 plan.

7. Payments made by or on behalf of the Debtor to any person or entity, including board and management compensation and expense reimbursements and any agreement(s) or board resolution(s) under which said payments were made.

8. Ownership of Asficredito, Finanza Inversiones and Ban100.

9. Efforts to preserve, collect, review and produce documents, communications and electronically stored information.