Avery Samet
Jeffrey Chubak
Amini LLC
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
Prospective Special Litigation Counsel for
Salvatore LaMonica, Solely in his Capacity
as Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CREDIVALORES - CREDISERVICIOS S.A.<br><div align="right">Debtor</div> | Chapter 7<br>Case 24-10837-dsj |

### NOTICE OF PRESENTMENT OF APPLICATION FOR ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO ISSUE FRBP 2004 DOCUMENT AND DEPOSITION SUBPOENAS TO ACON INVESTMENTS, LLC, GRAMERCY FUNDS MANAGEMENT LLC AND GDA LUMA CAPITAL MANAGEMENT, LP

PLEASE TAKE NOTICE that upon the annexed application of Salvatore LaMonica, solely in his capacity as Chapter 7 trustee, for an order authorizing him to issue FRBP 2004 subpoenas to ACON Investments, LLC, Gramercy Funds Management LLC, and GDA Luma Capital Management, LP requesting production of documents described in Exhibit 1 to the application and to examine their corporate representatives at depositions on topics described in Exhibit 2 to the application, the undersigned will present the attached proposed order to the Honorable David S. Jones, United Staes Bankruptcy Judge, for signature on February 5, 2026, at 12:00 p.m.

PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers by February 4, 2026, there may not be a hearing and the Order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE that the ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections.

| | |
|---|---|
| Dated: New York, NY<br>January 13, 2026 | Amini LLC<br><br>/s/ Jeffrey Chubak<br>Avery Samet<br>Jeffrey Chubak<br>131 West 35th Street<br>12th Floor<br>New York, NY 10001<br>(212) 490-4700<br>asamet@aminillc.com<br>jchubak@aminillc.com<br>Prospective Special Litigation Counsel for<br>Salvatore LaMonica, Solely in his Capacity<br>as Chapter 7 Trustee |

To: ACON Investments, LLC
1133 Connecticut Avenue NW
Suite 700
Washington, D.C. 20036
Attn: Teresa Bernstein, General Counsel

Gramercy Funds Management LLC
20 Dayton Avenue
Greenwich, CT 06830
Attn: Joshua O'Melia, Chief Legal Officer

GDA Luma Capital Management, LP
885 Third Avenue
Suite 24C
New York, NY 10022
Attn: Gabriel del Alba, Managing Partner