# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| In re:<br>CREDIVALORES - CREDISERVICIOS S.A.<br>Debtor | Chapter 7<br>Case 24-10837-dsj<br>**CERTIFICATE OF SERVICE**<br>Re: ECF #243 |
|---|---|

I hereby certify:

1. I am a paralegal at Amini LLC, am over 18 years of age and am not a party to this bankruptcy case.

2. On January 13, 2026, the **Application for Order Authorizing Chapter 7 Trustee to Issue FRBP 2004 Document and Deposition Subpoenas to ACON Investments, LLC, Gramercy Funds Management LLC and GDA Luma Capital Management, LP** was electronically filed via NextGen CM/ECF, causing notice of electronic filing to be served on all registered users that entered appearances herein, pursuant to FRBP 9036.

3. On said date, I served a copy of said document by first class mail, postage prepaid, pursuant to FRBP 7004(b) made applicable by FRBP 9014(b)(1) upon the following persons at their respective last known addresses listed below:

| ACON Investments, LLC<br>1133 Connecticut Avenue NW<br>Suite 700<br>Washington, D.C. 20036<br>Attn: Teresa Bernstein, General Counsel | Gramercy Funds Management LLC<br>20 Dayton Avenue<br>Greenwich, CT 06830<br>Attn: Joshua O'Melia, Chief Legal Officer |
|---|---|
| GDA Luma Capital Management, LP<br>885 Third Avenue<br>Suite 24C<br>New York, NY 10022<br>Attn: Gabriel del Alba, Managing Partner | Office of the United States Trustee<br>One Bowling Green<br>Room 534<br>New York, NY 10004<br>Attn: Greg M. Zipes |

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 13, 2026.

*/s/ Laura Coleman*
Laura Coleman