# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>CREDIVALORES - CREDISERVICIOS S.A.<br><div align="right">Debtor</div> | Chapter 7<br>Case 24-10837-dsj<br>ECF #243 |

### NOTICE OF FILING OF REVISED FORM OF ORDER ON APPLICATION FOR FRBP 2004 EXAMINATION OF ACON INVESTMENTS, LLC, GRAMERCY FUNDS MANAGEMENT LLC AND GDA LUMA CAPITAL MANAGEMENT, LP

PLEASE TAKE NOTICE Salvatore LaMonica, solely in his capacity as Chapter 7 trustee submits the revised proposed form order attached as Exhibit 1 granting his application for FRBP 2004 examination and reflecting comments from counsel for Gramercy Funds Management LLC, in place of that filed with the application (ECF #243-3). A blackline comparison is attached as Exhibit 2.

Dated: New York, NY
      February 4, 2026

Amini LLC

/s/ Jeffrey Chubak
Avery Samet
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
Prospective Special Litigation Counsel for Salvatore LaMonica, Solely in his Capacity as Chapter 7 Trustee