**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CREDIVALORES - CREDISERVICIOS S.A.,<br><br><div align="right">Debtor.</div> | Chapter 7<br><br>Case 24-10837<br>(DSJ) |

<div align="center">

**ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO**
**ISSUE FRBP 2004 DOCUMENT AND DEPOSITION SUBPOENAS TO**
**ACON INVESTMENTS, LLC, GRAMERCY FUNDS MANAGEMENT**
**LLC AND GDA LUMA CAPITAL MANAGEMENT, LP**

</div>

Upon the application of Salvatore LaMonica, solely in his capacity as Chapter 7 trustee ("Trustee") of the above-named debtor, Credivalores - Crediservicios S.A., for leave to issue FRBP 2004 subpoenas to ACON Investments, LLC ("ACON"), Gramercy Funds Management LLC ("Gramercy"), and GDA Luma Capital Management, LP ("GDA Luma"), requesting production of documents described in Exhibit 1 to the application, and to examine their corporate representatives at depositions on topics described in Exhibit 2 to the application; and good cause having been shown for the requested discovery; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); now, therefor, it is hereby:

ORDERED, that the application is granted as set forth herein; and it is further

ORDERED, that the Trustee is authorized to issue the above-described document and deposition subpoenas to ACON, Gramercy and GDA Luma; and it is further

ORDERED, that ACON, Gramercy and GDA Luma shall provide written responses and objections to the requests in the document subpoenas not later than twenty (20) days after service thereof, together with a copy of this order; and it is further

ORDERED, that ACON, Gramercy and GDA Luma shall, prior to conducting an electronic search utilizing search terms, meet and confer with the Trustee's counsel to attempt to agree on appropriate search terms; and it is further

ORDERED, that the subject production and examination are subject to any applicable privilege; provided, that if any requested document is withheld on the basis of privilege, the subpoena recipient shall produce a categorical privilege log to the Trustee's counsel within Fourteen (14) days after the time of production; and it is further

ORDERED, that ACON, Gramercy and GDA Luma reserve all rights to object to any and all document requests and examination topics, and all disputes concerning the subpoenas, including objections thereto, that are not resolved by agreement of the parties may be raised only by letter brief to the Court not exceeding five pages, single-spaced; and the other party shall file a responsive letter brief within three (3) business days, which shall not exceed five pages, single-spaced, and copies of such letter briefs shall also be emailed to the Court's chambers; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.


Dated: New York, New York
       February 6, 2026

                          s/ David S. Jones
                          Honorable David S. Jones
                          United States Bankruptcy Judge