**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| CREDIVALORES - CREDISERVICIOS S.A. | Case 24-10837 (DSJ) |
| Debtor | |

### ORDER PURSUANT TO FRBP 2004 AUTHORIZING EXAMINATION OF ACQUIOM AGENCY SERVICES LLC AND PRODUCTION OF DOCUMENTS

Upon the application dated March 12, 2026 ("Application") of Salvatore LaMonica, solely in his capacity as Chapter 7 trustee ("Trustee") of the above-named debtor, Credivalores - Crediservicios S.A. ("Debtor"), for an order pursuant to FRBP 2004 directing the production of documents by and oral examination of Acquiom Agency Services LLC ("Acquiom"), by any manager, officer or employee of Acquiom most knowledgeable about the examination topics attached to the application as Exhibit 1 ("FRBP 2004 Topics"); and after due deliberation, the Court having concluded that the Trustee has established sufficient cause for the relief granted herein; and no additional notice being required except as specified herein; now, therefore, it is hereby ORDERED:

1. The Trustee is authorized to conduct an oral examination of Acquiom, by any manager, officer or employee of Acquiom most knowledgeable about the FRBP 2004 Topics.

2. The Trustee is authorized, pursuant to FRBP 9016, to issue subpoenas for the production of documents relevant to the FRBP 2004 Topics and attendance for the foregoing examination (each, a "FRBP 2004 Subpoena").

3. Acquiom shall produce the documents (including electronically stored information) in its possession, custody or control referenced in the FRBP 2004 Subpoena not later than 20 days after the service of such subpoena, the Application and a copy of this Order, to be delivered to the

Trustee's special litigation counsel, Amini LLC, 131 West 35th Street, 12th Floor, New York, NY 10001, Attn: Jeffrey Chubak.

4. Acquiom, by any manager, officer or employee of Acquiom most knowledgeable about the FRBP 2004 Topics, shall appear for the foregoing examination not later than thirty (30) days after the date of service of the FRBP 2004 Subpoena, the Application and a copy of this Order at the offices of the Trustee's special litigation counsel, Amini LLC, 131 West 35th Street, 12th Floor, New York, NY 10001.

5. The production and examination required hereby are subject to any applicable privilege; provided, that if production of a document required to be produced hereby is withheld on the basis of an asserted privilege, Acquiom shall provide a proper privilege log to the Trustee's special litigation counsel at the time of document production hereunder.

6. Acquiom shall, prior to conducting an electronic search utilizing search terms, meet and confer with the Trustee's special litigation counsel to attempt to agree on appropriate search terms.

7. All disputes concerning FRBP 2004 Subpoenas, including objections thereto, that are not resolved by agreement of the parties may be raised only by letter brief to the Court not exceeding five pages, single spaced. The other party shall file a responsive letter brief within three business days, which shall not exceed five pages, single spaced. Copies of such letter briefs shall also be emailed to the Court's chambers.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
   March 13, 2026

           _s/ David S. Jones_
           Honorable David S. Jones
           United States Bankruptcy Judge